IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Alan Kim Patrono and Jane H. Patrono,<br>                          Debtors | Chapter 11<br><br>Case No. 1:25-bk-02214 |

## AFFIDAVIT OF PROFESSIONAL

This Affidavit is signed this 8th day of August, 2025, by the below signed individual who proposes to be retained as a professional in the above-captioned bankruptcy action. The Affiant does swear or affirm that:

Affiant proposes to be retained by the Debtors as counsel for the Debtors.

Affiant has no other interest or connection in the administration of the above-captioned Estate, except as follows:

   None

Any connection noted above does not in any way leave the Affiant as anything other than a disinterested party.

Affiant knows of no interest which would render the Affiant unable to perform services to the standards of the Affiant's profession.

Affiant asserts that if any pre-petition claim exists that would render Counsel as other than disinterested, it is hereby waived with prejudice.

Counsel received a pre-petition retainer in the amount of $20,000.00 on August 6, 2025 from the Debtors. $2,000.00 of this retainer was expended prior to the filing of the within case and $1,738.00 of which was paid as the Chapter 11 case filing fee. The amount of $16,262.00 remains in Counsel's trust account.

CGA Law Firm


/s/Lawrence V. Young
By: Lawrence V. Young, Esquire
Affiant

{02433008/1}