IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALAN KIM PATRONO and | : | |
| JANE H. PATRONO | : | Case No. 1:25-bk-02214-HWV |
| | : | |
| Debtors. | : | |

## ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Obermayer Rebmann Maxwell & Hippel, LLP appears for H&M Holdings Group, LLC, Hauser Family Farms, LLC, Hannah Hauser, and Melinda Davis, creditors and parties-in-interest in the above-captioned case, and, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
Obermayer Rebmann Maxwell and Hippel, LLP
200 Locust Street, Suite 400
Harrisburg, PA 17101

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or transmitted

by mail, electronic mail, delivery, telephone, facsimile, or otherwise, made by the Debtor, the trustee, or any other party in the above-captioned bankruptcy case.

Respectfully submitted,

OBERMAYER REBMANN MAXWELL & HIPPEL, LLP

By: /s/ *Paige Macdonald-Matthes*
Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
200 Locust Street, Suite 400
Harrisburg, PA 17101
(717) 234-9730
Fax: (717) 236-2485
pmm@obermayer.com
jennifer.bruce@obermayer.com
Counsel for: H&M Holdings Group, LLC, Hauser Family Farms, LLC, Hannah Hauser, and Melinda Davis

Date: August 13, 2025

Case 1:25-bk-02214-HWV    Doc 13    Filed 08/13/25    Entered 08/13/25 11:27:03    Desc
Main Document      Page 2 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALAN KIM PATRONO and | : | |
| JANE H. PATRONO | : | Case No. 1:25-bk-02214-HWV |
| | : | |
| Debtors. | : | |

## **CERTIFICATE OF SERVICE**

I, Paige Macdonald-Matthes, Esquire, attorney for H&M Holdings Group, LLC, Hauser Family Farms, LLC, Hannah Hauser, and Melinda Davis, creditors and parties-in-interest in the above-captioned case, hereby certify that on August 13, 2025, a true and correct copy of the *Entry of Appearance and Request for Service of Notices and Papers* in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

/s/ *Paige Macdonald-Matthes*
Paige Macdonald-Matthes, Esquire

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

LAWRENCE V. YOUNG
CGA Law Firm
135 North George Street
York, PA 21009
*Counsel for Debtors*
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

JOSEPH P. SCHALK
Office of United States Trustee
1501 N. 6th Street, Box 302
Harrisburg, PA 17102
*Assistant U.S. Trustee*
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

RACHEL WOLF
Department of Justice
Office of United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, N.J. 07102
*Assistant U.S. Trustee*
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

LISA ANN RYNARD
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754
*Trustee*
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other: