IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN KIM PATRONO ET AL. | Bankruptcy No. 1:25-bk-02214-HWV<br><br>Chapter 11 |

**METTE, EVANS & WOODSIDE'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

NOW COMES Mette, Evans & Woodside, and by and through undersigned counsel, to request entry of an order from this Court under 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001(a)(1), for relief from the automatic stay, and avers the following in support:

1. Mette, Evans & Woodside, by and through its attorneys, represent the Debtors in the following State court cases (the "Pending Actions"):

| | | |
|---|---|---|
| H&M Holdings Group, LLC v. Alan Kim Patrono | C.A. No. 2018-SU-1293 | Adams County Court of Common Pleas |
| H&M Holdings Group, LLC v. Alan Kim Patrono | C.A. No. 2019-12301 | Cumberland County Court of Common Pleas (coordinated with Adams County Court of Common Pleas No. 2018-SU-1293). |
| H&M Holdings Group, LLC v. Jane H. Patrono | C.A. No. 2019-12302 | Cumberland County Court of Common Pleas (coordinated with Adams County Court of Common Pleas No. 2018-SU-1293). |

2. The foregoing cases are coordinated and assigned to the same judge in the Adams County Court of Common Pleas.

3. Debtors have substantially and materially fallen behind in their payment obligations under a representation agreement with Mette, Evans & Woodside for the Pending Actions. For that reason, Mette, Evans & Woodside will be shortly submitting a Claim in this proceeding.

1

4. Mette, Evans & Woodside requests limited relief from the automatic stay under 11 U.S.C. § 362(d), namely, that the Court enter an order, authorizing the State courts in the Pending Actions to hear and determine a forthcoming motion to withdrawal as counsel by Mette, Evans & Woodside.

5. Stay may be lifted for cause, in whole or in part. 11 U.S.C. § 362(d)(1). "Whether cause exists is determined on a case-by-case basis based on the totality of the circumstances." *In re Chandler*, 441 B.R. 452, 463 (Bankr. E.D. Pa. 2010) (citation omitted).

6. Cause exists to lift stay because Mette, Evans & Woodside is now a creditor of the Debtors in this proceeding, which has created a conflict of interest in the Pending Actions. For Mette, Evans & Woodside to file and maintain a Claim in this proceeding will create a significant risk that its representation of the Debtors in the Underlying Cases will be materially limited, contrary to Pa. R.P.C. 1.7(a). Due to Debtors' nonpayment for professional services, that is a recognized basis for withdrawal of counsel under Pa. R.P.C. 1.16(b)(5).

7. On August 22, 2025, undersigned counsel contacted Debtors' Counsel and the Chapter 11 Trustee, Attorney Rynard, but did not obtain concurrence for this Motion.

## CONCLUSION

**WHEREFORE**, based on the foregoing, Mette, Evans & Woodside requests that the Court grant this Motion and enter the proposed order, lifting the automatic stay in part as to the Pending Actions for the purpose of allowing Mette, Evans & Woodside, and all attorneys within its employ, to move for withdrawal as counsel for the Debtors in such cases.

AND such other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: August 22, 2025            By:     /s/ Joel A. Ready
                                          Joel A. Ready, Esquire
                                          PA Attorney I.D. # 321966
                                          8500 Allentown Pike, Suite 3
                                          Blandon, PA 19510
                                          (610) 926-7875