# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN KIM PATRONO ET AL. | Bankruptcy No. 1:25-bk-02214-HWV <br><br> Chapter 11 |

## NOTICE

     Mette, Evans & Woodside, by and through undersigned counsel, filed a Motion for Relief from the Automatic Stay, requesting an order to lift the automatic stay for the purpose of allowing such movant to withdraw as counsel for the Debtors in the following cases:

| | | |
|---|---|---|
| H&M Holdings Group, LLC v. Alan Kim Patrono | C.A. No. 2018-SU-1293 | Adams County Court of Common Pleas |
| H&M Holdings Group, LLC v. Alan Kim Patrono | C.A. No. 2019-12301 | Cumberland County Court of Common Pleas |
| H&M Holdings Group, LLC v. Jane H. Patrono | C.A. No. 2019-12302 | Cumberland County Court of Common Pleas |

If you object to the relief requested, you must file your objection/response within 14 days of the filling of this Notice with the Clerk of Bankruptcy Court, Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy (1) on undersigned counsel, as shown below; (2) on counsel for the Debtor, Lawrence V. Young, Esq., CGA Law Firm, 135 North George St., York, PA 17401; and (3) on the Chapter 11 Trustee, Lisa A. Rynard, Esquire, 240 Broad St., Montoursville, PA 17754.

If you file and serve an objection/response within the time permitted, a hearing will be held on **September 30, 2025**, at **9:30 a.m.**, at the Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, PA 17102. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: August 22, 2025     By:   /s/ Joel A. Ready
                                                  Joel A. Ready, Esquire
                                                  PA Attorney I.D. # 321966
                                                  8500 Allentown Pike, Suite 3
                                                  Blandon, PA 19510
                                                  (610) 926-7875

1