**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan Kim Patrono** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number 1:25-bk-02214
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B...................................................................... $ **4,252,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.............................................................. $ **153,536.18**

   1c. Copy line 63, Total of all property on Schedule A/B........................................................................ $ **4,405,536.18**

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **1,917,092.65**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $ **0.00**

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **1,682,538.16**

   **Your total liabilities** $ **3,599,630.81**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................. $ **4,835.16**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $ **7,104.64**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

| Debtor 1 | **Alan Kim Patrono** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF PENNSYLVANIA

Case number  **1:25-bk-02214**

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**98 East Broadway**
Street address, if available, or other description

**Gettysburg         PA      17325-0000**
City                       State       ZIP Code

**Adams**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$600,000.00** | **$600,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**tenants by the entireties**

☐ **Check if this is community property**
(see instructions)

### If you own or have more than one, list here:

1.2

**28 West Middle Street**

Street address, if available, or other description

**Gettysburg**     **PA**     **17325-0000**

City          State     ZIP Code

**Adams**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$400,000.00**     **$400,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants in Common**

☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

1.3

**30-32 West Middle Street**

Street address, if available, or other description

**Gettysburg**     **PA**     **17325-0000**

City          State     ZIP Code

**Adams**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$375,000.00**     **$375,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**tenants by the entireties**

☐ **Check if this is community property** (see instructions)

---

| Debtor 1 | **Alan Kim Patrono** | | |
|---|---|---|---|
| Debtor 2 | **Jane H. Patrono** | Case number *(if known)* | **1:25-bk-02214** |

1.4 **If you own or have more than one, list here:**

**410 Cashtown Road**
_____
Street address, if available, or other description


**Gettysburg          PA     17325-0000**
_____
City                State       ZIP Code


**Adams**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**1/3 Interest in Hauser Family Farms and Winery**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
          **$2,250,000.00**                    **$2,250,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

1.5 **If you own or have more than one, list here:**

**Parcel No. 07F09-0037D-000 consisting of 29.37 acres**
_____
Street address, if available, or other description


_____
City                State       ZIP Code


_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
          **$213,100.00**                    **$213,100.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

**If you own or have more than one, list here:**

1.6

**Parcel No. 07F09-0037-000 consisting of 43.98 acres**

Street address, if available, or other description

_____

City      State      ZIP Code

_____

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$375,400.00** | **$375,400.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.7

**Parcel No. 07F09-0037E consisting of .98 acres**

Street address, if available, or other description

_____

City      State      ZIP Code

_____

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$38,500.00** | **$38,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................................=>    **$4,252,000.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**......................................................................=>   | **$0.00** |

| **Part 3:** | **Describe Your Personal and  Household Items** |

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | See Attached list | **$10,365.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

   | Assets owned by Alan Kim Patrono-See attached list. | **$7,525.00** |

   | Assets located at 98 East Broadway-See attached list. | **$45,445.00** |

   | 1 antique blanket chest | **$150.00** |

   | 1 antique full length mirror | **$200.00** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Wearing apparel | $2,000.00 |
| Knitted Beaver jacket | $150.00 |
| Mink Stole | $100.00 |
| Two (2) mink coats | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes.  Describe.....

| | |
|---|---|
| Jewelry-See attached list | $66,975.00 |
| Gold charm bracelet with 10 gold charms | $3,000.00 |
| I ounce gold nugget | $3,300.00 |
| I gold chow chow pendent. | $750.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

$140,460.00

**Part 4:  Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes...........................................................................................................

| | |
|---|---|
| **Cash** | $4,000.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes........................        Institution name:

| Official Form 106A/B | Schedule A/B: Property | page 6 |
|---|---|---|

| | | |
|---|---|---|
| 17.1. | **Checking** | **Members 1st FCU** | **$1,311.84** |
| 17.2. | **Checking** | **Merril Lynch Bank of America** | **$2,222.00** |
| 17.3. | **Checking** | **ACNB** | **$1,438.00** |
| 17.4. | **Checking** | **DIP Account** | **$30.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................              Institution or issuer name:

| | |
|---|---|
| **Two $100 bonds.  One from 1984 and one from 1985** | **$460.00** |
| **One $25 Bond from 1946** | **$120.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Patrono and Murphy** | % | **$0.00** |
| **Apple Leaf Abstracting and Settlement Co** | % | **$0.00** |
| **1/3 Hauser Family Farms-only asset is the winery consisting of the winery building, the storage facility, residence and old peach packing house situated on 170 acres.** | **33.3** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                Type of account:        Institution name:

| | |
|---|---|
| **IRA** | **$1,000.00** |

Case 1:25-bk-02214-HWV    Doc 22    Filed 08/22/25    Entered 08/22/25 15:27:06    Desc
Main Document    Page 9 of 68

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................                          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
■ Yes.  Give specific information..

| | |
|---|---|
| Counterclaim for rent funds from Hauser Hill to Hauser Family Farms.  $15,000 per month claimed by opposing party as rent.  Debtor wife is entitled to 1/3 of rent paid. | **$0.00** |

| | |
|---|---|
| Refund from United Debt Settlement | **$2,494.34** |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes. Describe each claim.........

| | |
|---|---|
| **Paige McDonald Mathis, Esquire representing Melinda Davis and Hannah Hauser. Claim for abuse of process and tortious interference with contracts. Claim for Abuse of process in filing a Motion to strike a letter as violation of Court order. Claim for abuse of process in filing a false affidavit claiming that they did not consent to the removal of John Murphy and that they fired Post & Schell as a result. Claim for using a false pleading alleging that Melinda's signature was forged.** | **Unknown** |
| **Claim against David Tayman for abuse of process regarding the false affidavit claiming no consent.** | **Unknown** |
| **Claim against law firm in California. Law firm of Eric Collins Johnson, 225 Bush Street, San Francisco, CA 94101 Breach of contract for purchase of Brigatine Quarter timeshare.** | **$0.00** |

**35. Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................................

| **$13,076.18** |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

|  |
|---:|
| **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ..........................................................................................

|  |
|---:|
| **$4,252,000.00** |

| | | |
|---|---:|---:|
| 56. **Part 2: Total vehicles, line 5** | | $0.00 |
| 57. **Part 3: Total personal and household items, line 15** | | $140,460.00 |
| 58. **Part 4: Total financial assets, line 36** | | $13,076.18 |
| 59. **Part 5: Total business-related property, line 45** | | $0.00 |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | | $0.00 |
| 61. **Part 7: Total other property not listed, line 54** | + | $0.00 |

62. **Total personal property.** Add lines 56 through 61...    **$153,536.18**    Copy personal property total    **$153,536.18**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62

|  |
|---:|
| **$4,405,536.18** |

14. Attach an itemized room by room list of all household goods, furniture, furnishings and appliances, giving an auction or "yard sale" value for each item.

| | Item | Value |
|---|---|---|
| 1. | Glassed in side porch | $ |
| 2. | Wicker couch, table, 2 chairs, rocking chair, wooden refrigerator, and garden stool | $ 500 |
| 3. | Kitchen | $ |
| 4. | Pots and pans | $ 500 |
| 5. | cutlery | $ 200 |
| 6. | wooden table | $ 200 |
| 7. | dry sink | $ 150 |
| 8. | refrigerator | $ 500 |
| 9. | Dining room | $ |
| 10. | 13 dining room table chairs | $ 300 |
| 11. | glassware | $ 100 |
| 12. | Living room | $ |
| 13. | couch | $ 200 |
| 14. | 6 chairs | $ 200 |
| 15. | coffee table | $ 50 |
| 16. | baby grand piano | $ 0 |
| 17. | pie shaped table | $ 100 |
| 18. | Downstairs hallway | $ |
| 19. | cooking and serving items | $ 200 |
| 20. | 2 vacuums | $ 100 |
| 21. | miscellaneos decorative items | $ 200 |
| 22. | Family room | $ |
| 23. | 2 couches | $ 500 |
| 24. | 3 table lamps | $ 25 |
| 25. | 2 floor lamps | $ 25 |
| 26. | lazy floor style chair | $ 150 |
| 27. | pie crust table | $ 15 |
| 28. | miscellaneous decorations | $ 100 |
| 29. | 6 face masks | $ 100 |
| 30. | metal mirror | $ 25 |
| 31. | 2 credenzas | $ 50 |
| 32. | Primary first floor bedroom | $ |
| 33. | Settee with pull out bed | $ 300 |
| 34. | exercise bike | $ 50 |
| 35. | 2 wicker boxes | $ 25 |
| 36. | bedding, towels and lighting | $ 50 |
| 37. | Sewing room | $ |
| 38. | sewing machine and table | $ 250 |
| 39. | single bed and mattress | $ 100 |
| 40. | numerous books | $ 50 |
| 41. | 4 wall paintings | $ 400 |
| 42. | Upstairs primary | $ |
| 43. | Queen poster bed | $ 300 |
| 44. | tv hutch | $ 100 |
| 45. | 32" samsung tv | $ 100 |
| 46. | 2 dressers | $ 200 |

{02138381/1}5

| | | |
|---|---|---|
| 47. | 2 floor lamps | $ 100 |
| 48. | one settee | $ 200 |
| 49. | 4 table lamps | $ 200 |
| 50. | 2 closets of clothes | $ 1000 |
| 51. | dressing table | $ 100 |
| 52. | 6 paintings | $ 600 |
| 53. | 4 floor throw rugs | $ 100 |
| 54. | Upstairs 2nd bedroom | $ |
| 55. | crafts | $ 50 |
| 56. | dresser | $ 50 |
| 57. | clothes | $ 1000 |
| 58. | pull out sofa | $ 250 |
| 59. | Samsung tv | $ 25 |
| 60. | 2 table lamps | $ 25 |
| 61. | Office | $ |
| 62. | marble top desk | $ 100 |
| 63. | HP Printer | $ 50 |
| 64. | 2 file cabinets | $ 50 |
| 65. | I Pad | $ 250 |
| 66. | | $ |
| 67. | | $ |
| 68. | | $ |
| 69. | | $ |
| 70. | | $ |
| 71. | | $ |
| 72. | | $ |
| 73. | | $ |
| 74. | | $ |
| 75. | | $ |
| 76. | | $ |
| 77. | | $ |
| 78. | | $ |
| 79. | | $ |
| 80. | | $ |
| 81. | | $ |
| 82. | | $ |
| 83. | | $ |
| 84. | | $ |
| 85. | | $ |
| 86. | | $ |
| 87. | | $ |
| 88. | | $ |
| 89. | | $ |
| 90. | | $ |
| **Total** | | $ |

15. Do you have any life insurance that you have purchased on your own?

{02138381/1}6

Alan and Jane Patrono

Assets located at 28 west middle street

Owned by AKP.

1. Lionel post war train engine, tender, car carrier and caboose.

Value 500.

2. Lionel pre war train engine, tender, caboose, and 2 cars.

Value 500

Jointly owned property

FIRST FLOOR HALLWAY

4 oriental vintage runner rugs. Value 500

1 vintage antique 10 light chandelier. Value 500.

3 vintage or antique wall sconces. Value 150

FIRST FLOOR 2 FRONT OFFICES

2 vintage oriental rugs. Value 500

2 vintage brass chandeliers

One with globes. Value 250

One with crystal prisms. Value 250

FIRST FLOOR CONFERENCE ROOM

1 Sarouk rug. Value 500

FIRST FLOOR STORAGE ROOM

One vintage oriental runner rug. Value 200

One antique brass 4 bulb chandelier Value 350

2ND FLOOR CONFERENCE ROOM

1 Vintage oriental rug. Value 250

3 vintage brass 4 light ballroom side lights. Value 300

2ND FLOOR FRONT OFFICE

1 Dutch style crystal 5 bulb chandelier. Value 300 1 oriental vintage rug. Value 250

2ND FLOOR BACK OFFICE

1 vintage oriental rug poor shape. Value 50

1 vintage brass 5 bulb chandelier. Value 300

1 vintage 2 light sconce. Value 100

2ND FLOOR BACK OFFICE

1 vintage 5 light chandelier. Value 250

1 vintage 2 light sconce. Value 100

1 vintage oriental rug. Value 250

2ND FLOOR HALLWAY

2 oriental runner rugs. Value 250

2 6 light brass chandeliers Value 200

1 3 light brass wall sconce. Value 100

TOP OF STAIRCASE

1 large crystal basket chandelier. Value 400

3RD FLOOR FRONT OFFICE

1 oriental rug. Value 250

3RD FLOOR 2ND OFFICE

1 oriental rug. Value 250

1 table lamp. Value 25

Alan and Jane Patrono

Assets located at 98 East Broadway

JOINTLY OWNED PROPERTY

KITCHEN

14 bone China cups and saucers. Value 300

4 porcelain teapots. Value 200

DINING ROOM

1 antique banquet table. Value 500

1 antique roll top table. Value 785

1 antique sewing table. Value 400

1 large antique corner cupboard. Value 1000

6 Tiffany sterling table salts. Value 800

Numerous sterling silver items. Value 750

Numerous items of glassware. Value 300

Large sterling silver vase. Value 275

Sterling silver coffee set. Value 750

Sterling silver water pitcher. Value 500

Collection of silver thimbles. Value 300

1 large music box. Value 1000

1 step-back cupboard. Value 2000

10 piece Anri nativity set. Value 4000

1 four piece Sheffield horn cutlery set. Value 240

Twelve place sitting sterling silver flatware. Value 500

LIVING ROOM

1 crystal candle piano lamp. Value 150

1 set of miniature merry go round figures. Value 150

1 svwarski crystal eagle. Value 200

3 Steuben vases. Value 150

1 small corner cabinet Value 200

1 Lladro figurine-Frolicking stags. Value 2675

2 Dutch skating lanterns. Value 40

1 set of brass environs and poker set. Value 200

2 Steuben candlesticks. Value 100

1 set of Russian dolls. Value 50

1 Boehm barn owl. Value 525

19th century Austrian furniture miniatures Value 575

Royal porcelain coffee set. Value 120

1 symphonies music box. Value 200

7 porcelain miniature boxes. Value 240

2 limited edition Boehm mallard ducks. Value 325

1 Turkish silk on silk rug. Value 400

Disney collection. Value 600

Satsuma collection. Value 300

1 end table for banquet table. Value 250

Paperweight collection. Value 300

1 roll top campaign desk Value 325

ENTRANCE HALL

One banquet table end table. Value 250

2 pieces Swarovski crystal figurines. Value 150

1 large Waterford crystal vase. Value 500

1 mappin and Webb tantalus. Value 750

1 French tantalus Value 600

2 3 stem candlesticks. Value 500

1 grandmother's clock. Value 550

1 oriental rug. Value 250

1 Victorian dresser with Mable top and mirror. Value 500

IST FLOOR HALLWAY

2 oriental runners. Value 100

1 Grinch production cel. Value 1860

1 Snow White production cell-Dopey. Value 1860

1 Mickey and Pluto painting signed by Disney. Value 350

1 other Disney lithograph. Value 250

1 banquet table end table. Value 250

2 music boxes. Value 500

1 chow chow painting by Sally's Struthers Value 300

1ST FLOOR BEDROOM

1 French escritoire inlaid desk. Value 1250

1 Victorian antique plant stand. Value 150

1 cylinder music box. Value 1000

1 queen size Victorian bed. Value 1000

1 settee with pull out bed. Value 250

2 Victorian tables. Value 200

FAMILY ROOM

20 piece Harmony kingdom collection. Value 300

5 piece opera glass collection. Value 200

Panasonic 50 inch tv plus cables, dvd and sound Value 1000

1 eames chair. Value 750

1 marble pedestal. Value 300

31 piece brass bell collection. Value 400

1 oriental rug. Value 250

6 face masks. Value 300

1 antique marble top chest. Value 100

1 antique rifle with powder horn. Value 500

2ND FLOOR PRIMARY BEDROOM

1 Fontaine's fox Toonerville Trolley. Value 65

1 Bing bros tin car. Value 120

2 metal Disney bank mold and accompanying bank. Value 500

2ND HALLWAY.

1 miniature chest. Value 200

1 Disney painting with Snow White and 7 dwarfs pins. Value 350

1 oriental runner. Value 300

7 pieces Knowles, Taylor, and Knowles lotus ware. Value 350

2ND BEDROOM

1 crystal dumbo. Value 500

Various collectibles. Value 200

2 antique dressers. Value 250

1 antique marble clock. Value 200

1 unmarked salesman's sample road grader. Value 1250

1 sewing desk. Value 780

1 mickey and Pluto serigraph signed. Value 235

Alan and Jane Patrono

Jewelry-Jointly held

<u>Valued at standard gold weight and/or gemstone value</u>

1. 2 large gold bracelets. Value 3,000

2. 7 gold bracelets. Value 2000

3. 1 Diamond and Platinum tennis bracelet. Value 2250

4. 1 Emerald, Diamond and Gold bracelet. Value 1500

5. 1 Gold, Diamond, and pearl brooch Value 3000

6. 7 gold necklaces. Value 3000

7. White gold and topaz ring. Value 750

8. 8 krugerands. Value 27000

9. Aquamarine and gold pendent Value 250

10 Gold ring with stones. Value 250

11. Gold and diamond ring. Value 5375

12.Elgin Gold pocket watch. Value 200

13. Gold filed Hamilton pocket watch Value 200

14. Antique squash blossom and turquoise necklace. Value 750

15. Chopard gold, diamond, and emerald ring. Value 3000

16. Gold, diamond and citrine pendent. Value 500

17. Gold and stone key fob Value 750

18. Gold and stone bracelet. Value 500

19. Aquamarine and gold ring. Value 1000

20. 27 gold and stone rings. Value 1000

21. Large gold ring with stone. Value 1000

22. Diamond and stone gold ring. Value 250

23. Modern design Aqua pendent. Value 250

24. Platinum, gold and 4 diamonds ring. Value 2500

25. Mallorca pearl necklace. Value 200

26. 3 natural pearl necklaces. Value 300

27. Gold pocket watch 200. Value 200

28. Sapphire and gold bracelet. Value 1000

29. 2 gold and stone rings. Value 300

30. Gold and emerald pendent. Value 300

31. 2 Victorian gold, diamond and pearl sunburst pins. Value 300

32 Gold and semi-precious stone necklace. Value 750

33.Pearl bracelet. Value 100

34. Amethyst heart shape pendent surrounded by diamonds. Value 2000

35. 2 pandora bracelets with multiple charms and 4 gold charms. Value 750

36. Miscellaneous silver items. Value 250

37. Gold, pearl and stone pendant with chain. Value 250

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan Kim Patrono** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | 1:25-bk-02214 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **98 East Broadway Gettysburg, PA 17325 Adams County Residence**<br>Line from *Schedule A/B*: **1.1** | **$600,000.00** | ■ | **$492,445.21** | 11 USC § 522(b)(3)(B) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **28 West Middle Street Gettysburg, PA 17325 Adams County**<br>Line from *Schedule A/B*: **1.2** | **$400,000.00** | ■ | **$400,000.00** | 11 USC § 522(b)(3)(B) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **30-32 West Middle Street Gettysburg, PA 17325 Adams County**<br>Line from *Schedule A/B*: **1.3** | **$375,000.00** | ■ | **$375,000.00** | 11 USC § 522(b)(3)(B) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **See Attached list**<br>Line from *Schedule A/B*: **6.1** | **$10,365.00** | ■ | **$10,365.00** | 11 U.S.C. §522(b)(2)(B) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Assets located at 98 East Broadway-See attached list.**<br>Line from *Schedule A/B*: **8.2** | **$45,445.00** | ■ | **$45,445.00** | 11 U.S.C. §522(b)(2)(B) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Alan Kim Patrono** | | | |
|---|---|---|---|---|
| Debtor 2 | **Jane H. Patrono** | | Case number (if known) | **1:25-bk-02214** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1 antique blanket chest**<br>Line from *Schedule A/B*: **8.3** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| **1 antique full length mirror**<br>Line from *Schedule A/B*: **8.4** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| **Wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1) |
| **Knitted Beaver jacket**<br>Line from *Schedule A/B*: **11.2** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1) |
| **Mink Stole**<br>Line from *Schedule A/B*: **11.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1) |
| **Two (2) mink coats**<br>Line from *Schedule A/B*: **11.4** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8124(a)(1) |
| **Jewelry-See attached list**<br>Line from *Schedule A/B*: **12.1** | $66,975.00 | ■ $66,975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. §522(b)(2)(B) |
| **Gold charm bracelet with 10 gold charms**<br>Line from *Schedule A/B*: **12.2** | $3,000.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 Pa.C.S. § 8123(a) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. §522(b)(2)(B) |
| **Checking: Members 1st FCU**<br>Line from *Schedule A/B*: **17.1** | $1,311.84 | ■ $1,311.84<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. §522(b)(2)(B) |
| **Checking: Merril Lynch Bank of America**<br>Line from *Schedule A/B*: **17.2** | $2,222.00 | ■ $2,222.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. §522(b)(2)(B) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: ACNB**  Line from *Schedule A/B*: **17.3** | $1,438.00 | ■  $1,438.00  ☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. §522(b)(2)(B)** |
| **Refund from United Debt Settlement**  Line from *Schedule A/B*: **30.2** | $2,494.34 | ■  $2,494.34  ☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor 1 | **Alan Kim Patrono** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Jane H. Patrono** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:25-bk-02214** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

| 2.1 | **Adams County Tax Claim Bureau** | Describe the property that secures the claim: | **$7,735.61** | **$600,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**117 Baltimore St., Room 204**
**Gettysburg, PA**
**17325-2313**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**98 East Broadway Gettysburg, PA 17325  Adams County Residence**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2024**      Last 4 digits of account number    **6690**

| Debtor 1 | **Alan Kim Patrono** | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jane H. Patrono** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | **Adams County Tax Claim Bureau** | | | $2,095.13 | $38,500.00 | $0.00 |

Creditor's Name

**117 Baltimore St., Room 204**
**Gettysburg, PA 17325-2313**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred **2023 and 2024**

**Describe the property that secures the claim:**

> **Parcel No. 07F09-0037E consisting of .98 acres**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.3 | **Adams County Tax Claim Bureau** | | | $11,442.73 | $375,000.00 | $0.00 |

Creditor's Name

**117 Baltimore St., Room 204**
**Gettysburg, PA 17325-2313**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

> **30-32 West Middle Street Gettysburg, PA 17325  Adams County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

---

| 2.4 | **Members 1st Credit Union** | | $99,819.18 | $600,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**98 East Broadway Gettysburg, PA 17325  Adams County Residence**

**5000 Louise Drive Mechanicsburg, PA 17055**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)     **Mortgage**

Date debt was incurred _____     Last 4 digits of account number     **9142**

---

| 2.5 | **Members 1st Federal Credit Union** | | $1,475,000.00 | $2,250,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**410 Cashtown Road Gettysburg, PA 17325  Adams County 1/3 Interest in Hauser Family Farms and Winery**

**5000 Marketplace Way Enola, PA 17025-2431**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)     **Mortgage**

Date debt was incurred     **10/26/2011**     Last 4 digits of account number     _____

| Debtor 1 | **Alan Kim Patrono** | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jane H. Patrono** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.6 | **Members 1st Federal Credit Union** | | **$321,000.00** | **$2,250,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **410 Cashtown Road Gettysburg, PA 17325  Adams County**
> **1/3 Interest in Hauser Family Farms and Winery**

**5000 Marketplace Way
Enola, PA 17025-2431**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  **Mortgage**

**Date debt was incurred**  10/26/2011    **Last 4 digits of account number**

---

| 2.7 | **PNC Bank** | | **Unknown** | **$375,000.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **30-32 West Middle Street Gettysburg, PA 17325 Adams County**

**6750 Miller Road
Brecksville, OH
44141-3262**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  **Mortgage**

**Date debt was incurred**  5/7/07    **Last 4 digits of account number**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6

| Debtor 1 | **Alan Kim Patrono** | | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | **Jane H. Patrono** | | | | | |
| | First Name | Middle Name | Last Name | | | |

| 2.8 | **Smigel, Anderson & Sacks** | | **Unknown** | **$375,400.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Parcel No. 07F09-0037-000 consisting of 43.98 acres**

**2917 N. Front Street**
**Harrisburg, PA 17110**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| 2.9 | **Smigel, Anderson & Sacks** | | **Unknown** | **$38,500.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Parcel No. 07F09-0037E consisting of .98 acres**

**2917 N. Front Street**
**Harrisburg, PA 17110**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Mortgage**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| Debtor 1 | **Alan Kim Patrono** | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jane H. Patrono** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1 0 | **Smigel, Anderson & Sacks** | Describe the property that secures the claim: | **Unknown** | **$213,100.00** | **Unknown** |
|---|---|---|---|---|---|

| Creditor's Name |

**Describe the property that secures the claim:**

> **Parcel No. 07F09-0037D-000 consisting of 29.37 acres**

**2917 N. Front Street
Harrisburg, PA 17110**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred _____     Last 4 digits of account number _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,917,092.65** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,917,092.65** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Alan Kim Patrono** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number   **1:25-bk-02214**
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| 4.1 | **American Express** | Last 4 digits of account number   **9413** | | **$31,389.00** |
| | Nonpriority Creditor's Name | | | |
| | **P.O. Box 96001** | When was the debt incurred? | | |
| | **Los Angeles, CA 90096** | _____ | | |
| | Number Street City Zip Code | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

| 4.2 | **Bank of America** | Last 4 digits of account number | **1559** | $9,247.00 |

Nonpriority Creditor's Name
**PO Box 15019**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **Barclays** | Last 4 digits of account number | **6607** | $17,877.00 |

Nonpriority Creditor's Name
**P O Box 60517**
**City of Industry, CA 91716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 | **Credit One Bank** | Last 4 digits of account number | **8713** | $2,353.00 |

Nonpriority Creditor's Name
**P.O. Box 60500**
**City of Industry, CA 91716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| | | | |
|---|---|---|---|
| 4.5 | **Discover** | Last 4 digits of account number  **9190** | **$27,375.00** |

Nonpriority Creditor's Name
**P.O. Box 6103**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | | |
|---|---|---|---|
| 4.6 | **H&M Holdings** | Last 4 digits of account number | **$1,571,651.16** |

Nonpriority Creditor's Name
**210 Ridgewood Drive**
**Gettysburg, PA 17325**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **2018-SU-813 & 814**

---

| | | | |
|---|---|---|---|
| 4.7 | **Hannah M. Hauser** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**210 Ridgewood Drive**
**Fairfield, PA 17320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **2018-SU-813 & 814**

---

| 4.8 | **Hauser Family Farms LLCC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**30 W Middle Street**
**Gettysburg, PA 17325**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **2018-SU-813 & 814**

---

| 4.9 | **M&T Bank** | Last 4 digits of account number | **0299** | **$17,813.00** |

Nonpriority Creditor's Name

**P.O. Box 62014**
**Baltimore, MD 21264**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.10 | **Melinda H. Davis** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**48 Beachwood Drive**
**Fairfield, PA 17320**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **2018-SU-813 & 814**

Case 1:25-bk-02214-HWV    Doc 22    Filed 08/22/25    Entered 08/22/25 15:27:06    Desc
Main Document    Page 35 of 68

| 4.1 | **Members First Credit Card** | Last 4 digits of account number | 7142 | | $4,833.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 2165**

**Midland, MI 48641**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address

**Paige Macdonald-Matthes, Esquire Obermayer Rebmann Maxwell and Hippel, LL**

**200 Locust Street, Suite 400**

**Harrisburg, PA 17101**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

**Paige Macdonald-Matthes, Esquire Obermayer Rebmann Maxwell and Hippel, LL**

**200 Locust Street, Suite 400**

**Harrisburg, PA 17101**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

**Paige Macdonald-Matthes, Esquire Obermayer Rebmann Maxwell and Hippel, LL**

**200 Locust Street, Suite 400**

**Harrisburg, PA 17101**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

**Paige Macdonald-Matthes, Esquire Obermayer Rebmann Maxwell and Hippel, LL**

**200 Locust Street, Suite 400**

**Harrisburg, PA 17101**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim | |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | **Total Claim** |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,682,538.16 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,682,538.16 |

| Debtor 1 | **Alan Kim Patrono** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | **1:25-bk-02214** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **Apple Honda**<br>**1226 Carlisle Street**<br>**Hanover, PA 17331** | **2024 Honda CRV Hybrid** |
| 2.2    **KIA Financial Services**<br>**P.O. Box 681811**<br>**Franklin, TN 37068** | **2024 Kia Niro** |

| Debtor 1 | **Alan Kim Patrono** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number  **1:25-bk-02214**
(if known)

☐ Check if this is an amended filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **Hauser Family Farms**<br>**410 Cashtown Road**<br>**Gettysburg, PA 17325** | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Members 1st Federal Credit Union** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alan Kim Patrono** |
| Debtor 2 (Spouse, if filing) | **Jane H. Patrono** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **1:25-bk-02214** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed ☐ Not employed | ☐ Employed ■ Not employed |
| **Occupation** | **Attorney** | **Housewife** |
| **Employer's name** | **Self Employed** | |
| **Employer's address** | | |
| **How long employed there?** | **3** | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** .................................................. | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ -386.42 | $ -386.42 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 4,035.00 | $ 1,573.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 3,648.58    $ 1,186.58

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 3,648.58 + $ 1,186.58 = $ 4,835.16
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12. $ 4,835.16

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:    Rental income will decrease after September 2025 when a tenant is scheduled to move out.

Case 1:25-bk-02214-HWV    Doc 22    Filed 08/22/25    Entered 08/22/25 15:27:06    Desc
Main Document    Page 41 of 68

Fill in this information to identify your case:

Debtor 1 __Alan Kim Patrono__

Debtor 2 __Jane H. Patrono__
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number __1:25-bk-02214__
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ __676.86__

   **If not included in line 4:**

   | 4a. | Real estate taxes | 4a. $ __1,566.43__ |
   |---|---|---|
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ __256.67__ |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ __120.00__ |
   | 4d. | Homeowner's association or condominium dues | 4d. $ __0.00__ |

5. Additional mortgage payments for your residence, such as home equity loans    5. $ __0.00__

6. **Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 581.26 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 89.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 387.77 |
| 6d. | Other. Specify:   **Garbage** | 6d. | $ | 22.55 |
| | **Cellular Service** | | $ | 167.99 |
| | **Movie Streaming** | | $ | 50.00 |

| | | | | |
|---|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 100.00 |
| 10. | **Personal care products and services** | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | 0.00 |
| 15b. | Health insurance | 15b. | $ | 52.00 |
| 15c. | Vehicle insurance | 15c. | $ | 365.95 |
| 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 261.70 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 506.46 |
| 17c. | Other. Specify: | 17c. | $ | 0.00 |
| 17d. | Other. Specify: | 17d. | $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 21. | **Other:** Specify:   **Haircuts** | 21. | +$ | 100.00 |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | $ | 7,104.64 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 7,104.64 |

23. **Calculate your monthly net income.**

| | | | | |
|---|---|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | | 4,835.16 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | | 7,104.64 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | | -2,269.48 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

Debtor 1    **Alan Kim Patrono**
<br>First Name          Middle Name          Last Name

Debtor 2    **Jane H. Patrono**
<br>(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:25-bk-02214**
<br>(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Alan Kim Patrono**
<br>**Alan Kim Patrono**
<br>Signature of Debtor 1

Date    **8/22/2025**

X **/s/ Jane H. Patrono**
<br>**Jane H. Patrono**
<br>Signature of Debtor 2

Date    **8/22/2025**

Fill in this information to identify your case:

| Debtor 1 | **Alan Kim Patrono** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number 1:25-bk-02214
(if known)

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes. Fill in the details.

   | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|
   | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security Benefits | $32,280.00 | Social Security Benefits | $12,584.00 |
| | Rental Income from 30-32 W Middle Street | $6,868.00 | Rental Income from 30-32 W Middle Street | $6,868.00 |
| **For last calendar year:** (January 1 to December 31, 2024 ) | Social Security Benefits | $45,601.20 | Social Security Benefits | $17,761.20 |
| | Rental Income from 30-32 W Middle Street | $10,092.00 | Rental Income from 30-32 W Middle Street | $10,092.00 |
| | Rental Income from 28 West Middle Street | $13,044.00 | Rental Income from 28 West Middle Street | $13,044.00 |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | Social Security Benefits | $45,765.00 | Social Security Benefits | $17,918.00 |
| | Rental Income from 30-32 W Middle Street | $10,050.00 | Rental Income from 30-32 W Middle Street | $10,050.00 |
| | Rental Income from 28 West Middle Street | $13,044.00 | Rental Income from 28 West Middle Street | $13,044.00 |
| | | $0.00 | IRA Distributions | $41,736.91 |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

■ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Mette, Evans & Woodside**<br>**3401 North Front Street**<br>**Harrisburg, PA 17110-0950** | | **Unknown** | **Unknown** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **H&M Holdings vs. Alan Kim Patrono**<br>**2018-SU-1293-Cumberland County2019-12301** | | **Adams County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Confession of Judgment** |
| **H&M Holdings vs. Jane H. Patrono**<br>**2018-SU-1293-Cumberland County2019-12302** | | **Adams County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Confession of Judgment** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **H&M Holdings Group v. Alan Kim Patrono2019 CV 7967**<br>**2019 CV 7967** | | **Dauphin County Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **H&M Holdings Group v. Jane Hauser Patrono**<br>**2019 CV 7967** | | **Dauphin County Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **H&M Holdings Group v. Alan & Kim Patrono**<br>**2018-SU-1293** | **Civil-Succession to Dauphin County case** | **Adams County Court of Common Pleas**<br>**Adams County Courthouse**<br>**117 Baltimore St, Room 103**<br>**Gettysburg, PA 17325** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ☐ No
   ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Adams County Historical Society**<br>**625 Biglerville Rd**<br>**Gettysburg, PA 17325** | **Various older documents** | | **Unknown** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **30-32 West Middle Street. Roof damage.** | **An estimate was made and paid and the proceeds went to the contractors to fix the roof.** | **June 6, 2024** | **$3,523.02** |
| **Debtor wife had an automobile accident.** | **An estimate was made and the proceeds plus the Debtors' deductible contribution went to the auto body shop.** | **11/2024** | **$5,277.91** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **CGA Law Firm**<br>**135 North George Street**<br>**York, PA 17401** | | **8/6/2025** | **$20,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Mette, Evans & Woodside**<br>**3401 North Front Street**<br>**Harrisburg, PA 17110-0950** | **Ongoing litigation representation** | **2018-2025** | **Unknown** |
| **United Debt Settlement**<br>**240 W 37th Suite 400**<br>**New York, NY 10001** | **$623.80 twice monthly since February 2025.** | **Twice monthly** | **$623.80** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Brian and Kelly Drees**<br>**Hilliard, OH 43026**<br><br>**None** | **2 units of 214 Brigatine Quarters, Hilton Head, SC** | | **2024 and 2025** |
| **Sally Morin**<br>**Gettysburg, PA 17325**<br><br>**None** | **357 West High Street, Gettysburg, PA 17325** | | **2/2024** |
| **Jewelry Dealer**<br><br>**None** | **Gold Jewelry-received $6,800 to pay some legal fees.** | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☐ **No**
☑ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Hauser Estate, Inc.**<br>**Gettysburg, PA 17325** | **DEP** | **Hauser Estate, Inc. received notice that it was discharging items into a nearby stream by virtue of drainage from spray irrigation. The stream was tested and no pollutants were found. The spray irrigation was modified. At the time Jane had a 1% interest in Hauser Estate, Inc** | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No.** None of the above applies.  Go to Part 12.

■ **Yes.** Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **1/3 Hauser Family Farms LLC**<br>**410 Cashtown Road**<br>**Gettysburg, PA 17325** | **170 Acre Farm with Winery &**<br>**Warehouse**<br><br>John Martin,<br>34 West Middle Street,<br>Gettysburg, PA | EIN:<br><br>From-To   **Life-Present** |
| **Patrono and Murphy**<br>**28 West Middle Street**<br>**Gettysburg, PA 17325** | Law Firm<br><br>John Martin<br>34 West Middle Street<br>Gettysburg, PA  17325 | EIN:<br><br>From-To   6/1/2015-3/1/2022 |
| **Apple Leaf Real Estate Services**<br>**LLC**<br>**28 West Middle Street**<br>**Gettysburg, PA 17325** | Title Agency<br><br>John Martin<br>34 West Middle Street<br>Gettysburg, PA  17325 | EIN:<br><br>From-To   1994-3/1/2022 |
| **17 Lincoln Square Collections**<br>**17 Lincoln Square**<br>**Gettysburg, PA 17325** | Antique mall and gift shop.<br>Rentals.<br><br>John Martin<br>34 West Middle Street<br>Gettysburg, PA  17325 | EIN:<br><br>From-To   2001-2022 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ **No**
☐ **Yes.** Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Alan Kim Patrono**                                    **/s/ Jane H. Patrono**

**Alan Kim Patrono**                                         **Jane H. Patrono**
**Signature of Debtor 1**                                  **Signature of Debtor 2**

**Date**    **8/22/2025**                                   **Date**    **8/22/2025**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
☒ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# Mette

3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950

Tuesday, August 19, 2025

18937-0001: Dauphin County

Alan K. & Jane H. Patrono
Jonathan A. & Melisa N. Patrono
Apple Leaf Real Estate Services LLC
Patrono & Murphy, LLC
Polly E. Patrono-Carlson
Alejando & Rosa Nakahodo
John J. Murphy, III
c/o Alan K. Patrono
NO MAIL: BANKRUPTCY FILED

| Date | Stmn No. | Ledger Type | Amount |
|---|---|---|---|
| **Invoice No: 248666** | | | |
| 2/11/2020 | 248666 | Statement | $2,438.00 |
| | | Total Due on Invoice No: 248666 | $2,438.00 |
| **Invoice No: 249312** | | | |
| 3/13/2020 | 249312 | Statement | $1,489.05 |
| | | Total Due on Invoice No: 249312 | $1,489.05 |
| **Invoice No: 249847** | | | |
| 4/10/2020 | 249847 | Statement | $6,145.88 |
| | | Total Due on Invoice No. 249847 | $6,145.88 |
| **Invoice No: 250281** | | | |
| 5/12/2020 | 250281 | Statement | $2,689.27 |
| | | Total Due on Invoice No: 250281 | $2,689.27 |
| **Invoice No. 250773** | | | |
| 6/12/2020 | 250773 | Statement | $4,966.99 |
| | | Total Due on Invoice No: 250773 | $4,966.99 |
| **Invoice No: 251256** | | | |
| 7/13/2020 | 251256 | Statement | $2,360.09 |
| | | Total Due on Invoice No: 251256 | $2,360.09 |
| **Invoice No: 251785** | | | |
| 8/17/2020 | 251785 | Statement | $1,553.65 |
| | | Total Due on Invoice No: 251785 | $1,553.65 |
| **Invoice No: 252134** | | | |
| 9/11/2020 | 252134 | Statement | $3,404.48 |
| | | Total Due on Invoice No: 252134 | $3,404.48 |
| **Invoice No: 252760** | | | |
| 10/20/2020 | 252760 | Statement | $258.51 |
| | | Total Due on Invoice No: 252760 | $258.51 |
| **Invoice No: 253165** | | | |
| 11/10/2020 | 253165 | Statement | $323.33 |
| | | Total Due on Invoice No: 253165 | $323.33 |
| **Invoice No: 253596** | | | |
| 12/9/2020 | 253596 | Statement | $1,410.29 |
| | | Total Due on Invoice No: 253596 | $1,410.29 |

**Invoice No: 254143**

| | | | | |
|---|---|---|---|---|
| 1/12/2021 | 254143 | Statement | | $1,623.09 |
| | | Total Due on Invoice No. 254143 | | $1,623.09 |

**Invoice No: 254524**

| | | | | |
|---|---|---|---|---|
| 2/10/2021 | 254524 | Statement | | $574.75 |
| | | Total Due on Invoice No. 254524 | | $574.75 |

**Invoice No: 254952**

| | | | | |
|---|---|---|---|---|
| 3/12/2021 | 254952 | Statement | | $456.03 |
| | | Total Due on Invoice No. 254952 | | $456.03 |

**Invoice No: 255333**

| | | | | |
|---|---|---|---|---|
| 4/7/2021 | 255333 | Statement | | $750.71 |
| | | Total Due on Invoice No. 255333 | | $750.71 |

**Invoice No: 256449**

| | | | | |
|---|---|---|---|---|
| 6/4/2021 | 256449 | Statement | | $333.33 |
| | | Total Due on Invoice No. 256449 | | $333.33 |

**Invoice No: 257104**

| | | | | |
|---|---|---|---|---|
| 7/13/2021 | 257104 | Statement | | $5,182.83 |
| | | Total Due on Invoice No. 257104 | | $5,182.83 |

**Invoice No: 257659**

| | | | | |
|---|---|---|---|---|
| 8/10/2021 | 257659 | Statement | | $1,897.36 |
| | | Total Due on Invoice No. 257659 | | $1,897.36 |

**Invoice No: 258344**

| | | | | |
|---|---|---|---|---|
| 9/13/2021 | 258344 | Statement | | $2,741.39 |
| | | Total Due on Invoice No. 258344 | | $2,741.39 |

**Invoice No: 259008**

| | | | | |
|---|---|---|---|---|
| 10/11/2021 | 259008 | Statement | | $19,128.32 |
| | | Total Due on Invoice No. 259008 | | $19,128.32 |

**Invoice No: 259573**

| | | | | |
|---|---|---|---|---|
| 11/9/2021 | 259573 | Statement | | $3,233.67 |
| | | Total Due on Invoice No. 259573 | | $3,233.67 |

**Invoice No: 259967**

| | | | | |
|---|---|---|---|---|
| 12/7/2021 | 259967 | Statement | | $7,416.38 |
| | | Total Due on Invoice No. 259967 | | $7,416.38 |

**Invoice No: 260608**

| | | | | |
|---|---|---|---|---|
| 1/7/2022 | 260608 | Statement | | $639.63 |
| | | Total Due on Invoice No. 260608 | | $639.63 |

**Invoice No: 261306**

| | | | | |
|---|---|---|---|---|
| 2/10/2022 | 261306 | Statement | | $1,953.71 |
| | | Total Due on Invoice No. 261306 | | $1,953.71 |

**Invoice No: 261921**

| | | | | |
|---|---|---|---|---|
| 3/11/2022 | 261921 | Statement | | $1,901.24 |
| | | Total Due on Invoice No 261921 | | $1,901.24 |

**Invoice No: 262340**

| | | | | |
|---|---|---|---|---|
| 4/12/2022 | 262340 | Statement | | $6,710.39 |
| | | Total Due on Invoice No. 262340 | | $6,710.39 |

**Invoice No: 263173**

| | | | | |
|---|---|---|---|---|
| 5/16/2022 | 263173 | Statement | | $4,798.17 |
| | | Total Due on Invoice No 263173 | | $4,798.17 |

**Invoice No. 263474**

| | | | | |
|---|---|---|---|---|
| 6/10/2022 | 263474 | Statement | | $11,082.23 |
| | | Total Due on Invoice No: 263474 | | $11,082.23 |

**Invoice No: 264032**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 7/15/2022 | 264032 | Statement | $4,325.67 |
| | | Total Due on Invoice No: 264032 | $4,325.67 |

**Invoice No: 264552**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 8/12/2022 | 264552 | Statement | $1,849.07 |
| | | Total Due on Invoice No: 264552 | $1,849.07 |

**Invoice No: 264954**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 9/14/2022 | 264954 | Statement | $1,795.49 |
| | | Total Due on Invoice No. 264954 | $1,795.49 |

**Invoice No: 265399**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 10/12/2022 | 265399 | Statement | $2,234.33 |
| | | Total Due on Invoice No: 265399 | $2,234.33 |

**Invoice No: 265719**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 11/2/2022 | 265719 | Statement | $11,837.42 |
| | | Total Due on Invoice No: 265719 | $11,837.42 |

**Invoice No: 266467**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 12/12/2022 | 266467 | Statement | $2,571.81 |
| | | Total Due on Invoice No: 266467 | $2,571.81 |

**Invoice No: 266896**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 1/11/2023 | 266896 | Statement | $4,343.83 |
| | | Total Due on Invoice No: 266896 | $4,343.83 |

**Invoice No: 267182**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 2/7/2023 | 267182 | Statement | $13,447.76 |
| | | Total Due on Invoice No: 267182 | $13,447.76 |

**Invoice No: 267855**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 3/9/2023 | 267855 | Statement | $6,292.13 |
| 6/29/2023 | 267855 | Write-off | ($1,111.82) |
| 6/30/2023 | 267855 | Cash receipt | ($5,180.31) |
| | | Total Due on Invoice No: 267855 | $0.00 |

**Invoice No: 268084**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 3/31/2023 | 268084 | Write-off | ($1,235.51) |
| 3/31/2023 | 268084 | Statement | $14,871.11 |
| 3/31/2023 | 268084 | Cash receipt | ($13,635.60) |
| | | Total Due on Invoice No: 268084 | $0.00 |

**Invoice No: 268415**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 4/17/2023 | 268415 | Statement | $1,550.51 |
| 5/15/2023 | 268415 | Write-off | ($1,235.51) |
| 5/15/2023 | 268415 | Cash receipt | ($315.00) |
| | | Total Due on Invoice No: 268415 | $0.00 |

**Invoice No: 268718**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 5/10/2023 | 268718 | Statement | $23,593.79 |
| 5/15/2023 | 268718 | Write-off | ($1,287.31) |
| 5/15/2023 | 268718 | Cash receipt | ($19,685.00) |
| 6/30/2023 | 268718 | Cash receipt | ($2,319.69) |
| 10/20/2023 | 268718 | Cash receipt | ($301.79) |
| | | Total Due on Invoice No: 268718 | $0.00 |

**Invoice No: 269120**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 6/7/2023 | 269120 | Statement | $13,053.01 |
| 8/25/2023 | 269120 | Write-off | ($1,287.31) |
| 8/25/2023 | 269120 | Cash receipt | ($11,765.70) |
| | | Total Due on Invoice No: 269120 | $0.00 |

**Invoice No: 269552**

| Date | Invoice No. | Type | Amount |
|---|---|---|---|
| 7/17/2023 | 269552 | Statement | $24,964.76 |

# Mette

3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950

Tuesday, August 19, 2025

18937-0001: Dauphin County

Alan K. & Jane H. Patrono
Jonathan A. & Melisa N. Patrono
Apple Leaf Real Estate Services LLC
Patrono & Murphy, LLC
Polly E. Patrono-Carlson
Alejando & Rosa Nakahodo
John J. Murphy, III
c/o Alan K. Patrono
NO MAIL: BANKRUPTCY FILED

| Date | Stmn No. | Ledger Type | Amount |
|------|----------|-------------|--------|
| **Invoice No: 248666** | | | |
| 2/11/2020 | 248666 | Statement | $2,438.00 |
| | | Total Due on Invoice No: 248666 | $2,438.00 |
| **Invoice No: 249312** | | | |
| 3/13/2020 | 249312 | Statement | $1,489.05 |
| | | Total Due on Invoice No: 249312 | $1,489.05 |
| **Invoice No: 249847** | | | |
| 4/10/2020 | 249847 | Statement | $6,145.88 |
| | | Total Due on Invoice No: 249847 | $6,145.88 |
| **Invoice No: 250281** | | | |
| 5/12/2020 | 250281 | Statement | $2,689.27 |
| | | Total Due on Invoice No: 250281 | $2,689.27 |
| **Invoice No: 250773** | | | |
| 6/12/2020 | 250773 | Statement | $4,966.99 |
| | | Total Due on Invoice No: 250773 | $4,966.99 |
| **Invoice No: 251256** | | | |
| 7/13/2020 | 251256 | Statement | $2,360.09 |
| | | Total Due on Invoice No: 251256 | $2,360.09 |
| **Invoice No: 251785** | | | |
| 8/17/2020 | 251785 | Statement | $1,553.65 |
| | | Total Due on Invoice No: 251785 | $1,553.65 |
| **Invoice No: 252134** | | | |
| 9/11/2020 | 252134 | Statement | $3,404.48 |
| | | Total Due on Invoice No: 252134 | $3,404.48 |
| **Invoice No: 252760** | | | |
| 10/20/2020 | 252760 | Statement | $258.51 |
| | | Total Due on Invoice No 252760 | $258.51 |
| **Invoice No: 253165** | | | |
| 11/10/2020 | 253165 | Statement | $323.33 |
| | | Total Due on Invoice No 253165 | $323.33 |
| **Invoice No: 253596** | | | |
| 12/9/2020 | 253596 | Statement | $1,410.29 |
| | | Total Due on Invoice No: 253596 | $1,410.29 |

**Invoice No: 254143**

| | | | | |
|---|---|---|---|---|
| 1/12/2021 | 254143 | Statement | | $1,623 09 |
| | | Total Due on Invoice No. 254143 | | $1,623.09 |

**Invoice No: 254524**

| | | | | |
|---|---|---|---|---|
| 2/10/2021 | 254524 | Statement | | $574 75 |
| | | Total Due on Invoice No: 254524 | | $574 75 |

**Invoice No: 254952**

| | | | | |
|---|---|---|---|---|
| 3/12/2021 | 254952 | Statement | | $456 03 |
| | | Total Due on Invoice No: 254952 | | $456.03 |

**Invoice No: 255333**

| | | | | |
|---|---|---|---|---|
| 4/7/2021 | 255333 | Statement | | $750 71 |
| | | Total Due on Invoice No: 255333 | | $750.71 |

**Invoice No: 256449**

| | | | | |
|---|---|---|---|---|
| 6/4/2021 | 256449 | Statement | | $333 33 |
| | | Total Due on Invoice No: 256449 | | $333.33 |

**Invoice No: 257104**

| | | | | |
|---|---|---|---|---|
| 7/13/2021 | 257104 | Statement | | $5,182 83 |
| | | Total Due on Invoice No: 257104 | | $5,182.83 |

**Invoice No: 257659**

| | | | | |
|---|---|---|---|---|
| 8/10/2021 | 257659 | Statement | | $1,897 36 |
| | | Total Due on Invoice No: 257659 | | $1,897.36 |

**Invoice No: 258344**

| | | | | |
|---|---|---|---|---|
| 9/13/2021 | 258344 | Statement | | $2,741 39 |
| | | Total Due on Invoice No: 258344 | | $2,741.39 |

**Invoice No: 259008**

| | | | | |
|---|---|---|---|---|
| 10/11/2021 | 259008 | Statement | | $19,128 32 |
| | | Total Due on Invoice No: 259008 | | $19,128.32 |

**Invoice No: 259573**

| | | | | |
|---|---|---|---|---|
| 11/9/2021 | 259573 | Statement | | $3,233 67 |
| | | Total Due on Invoice No: 259573 | | $3,233.67 |

**Invoice No: 259967**

| | | | | |
|---|---|---|---|---|
| 12/7/2021 | 259967 | Statement | | $7,416 38 |
| | | Total Due on Invoice No: 259967 | | $7,416.38 |

**Invoice No: 260608**

| | | | | |
|---|---|---|---|---|
| 1/7/2022 | 260608 | Statement | | $639 63 |
| | | Total Due on Invoice No  260608 | | $639 63 |

**Invoice No: 261306**

| | | | | |
|---|---|---|---|---|
| 2/10/2022 | 261306 | Statement | | $1,953 71 |
| | | Total Due on Invoice No: 261306 | | $1,953.71 |

**Invoice No: 261921**

| | | | | |
|---|---|---|---|---|
| 3/11/2022 | 261921 | Statement | | $1,901 24 |
| | | Total Due on Invoice No: 261921 | | $1,901.24 |

**Invoice No: 262340**

| | | | | |
|---|---|---|---|---|
| 4/12/2022 | 262340 | Statement | | $6,710 39 |
| | | Total Due on Invoice No: 262340 | | $6,710 39 |

**Invoice No. 263173**

| | | | | |
|---|---|---|---|---|
| 5/16/2022 | 263173 | Statement | | $4,798 17 |
| | | Total Due on Invoice No: 263173 | | $4,798.17 |

**Invoice No: 263474**

| | | | | |
|---|---|---|---|---|
| 6/10/2022 | 263474 | Statement | | $11,082 23 |
| | | Total Due on Invoice No· 263474 | | $11,082 23 |

**Invoice No· 264032**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 7/15/2022 | 264032 | Statement | $4,325 67 |
| | | Total Due on Invoice No: 264032 | $4,325.67 |

**Invoice No: 264552**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 8/12/2022 | 264552 | Statement | $1,849 07 |
| | | Total Due on Invoice No: 264552 | $1,849 07 |

**Invoice No: 264954**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 9/14/2022 | 264954 | Statement | $1,795 49 |
| | | Total Due on Invoice No: 264954 | $1,795 49 |

**Invoice No: 265399**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 10/12/2022 | 265399 | Statement | $2,234 33 |
| | | Total Due on Invoice No: 265399 | $2,234 33 |

**Invoice No: 265719**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 11/2/2022 | 265719 | Statement | $11,837 42 |
| | | Total Due on Invoice No: 265719 | $11,837 42 |

**Invoice No: 266467**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 12/12/2022 | 266467 | Statement | $2,571 81 |
| | | Total Due on Invoice No: 266467 | $2,571.81 |

**Invoice No: 266896**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 1/11/2023 | 266896 | Statement | $4,343 83 |
| | | Total Due on Invoice No: 266896 | $4,343.83 |

**Invoice No: 267182**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 2/7/2023 | 267182 | Statement | $13,447 76 |
| | | Total Due on Invoice No: 267182 | $13,447.76 |

**Invoice No: 267855**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 3/9/2023 | 267855 | Statement | $6,292 13 |
| 6/29/2023 | 267855 | Write-off | ($1,111 82) |
| 6/30/2023 | 267855 | Cash receipt | ($5,180 31) |
| | | Total Due on Invoice No: 267855 | $0.00 |

**Invoice No: 268084**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 3/31/2023 | 268084 | Write-off | ($1,235 51) |
| 3/31/2023 | 268084 | Statement | $14,871 11 |
| 3/31/2023 | 268084 | Cash receipt | ($13,635 60) |
| | | Total Due on Invoice No: 268084 | $0.00 |

**Invoice No: 268415**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 4/17/2023 | 268415 | Statement | $1,550 51 |
| 5/15/2023 | 268415 | Write-off | ($1,235 51) |
| 5/15/2023 | 268415 | Cash receipt | ($315 00) |
| | | Total Due on Invoice No: 268415 | $0.00 |

**Invoice No: 268718**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 5/10/2023 | 268718 | Statement | $23,593 79 |
| 5/15/2023 | 268718 | Write-off | ($1,287 31) |
| 5/15/2023 | 268718 | Cash receipt | ($19,685 00) |
| 6/30/2023 | 268718 | Cash receipt | ($2,319 69) |
| 10/20/2023 | 268718 | Cash receipt | ($301 79) |
| | | Total Due on Invoice No: 268718 | $0.00 |

**Invoice No: 269120**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 6/7/2023 | 269120 | Statement | $13,053 01 |
| 8/25/2023 | 269120 | Write-off | ($1,287 31) |
| 8/25/2023 | 269120 | Cash receipt | ($11,765 70) |
| | | Total Due on Invoice No: 269120 | $0.00 |

**Invoice No: 269552**

| Date | Invoice | Type | Amount |
|------|---------|------|--------|
| 7/17/2023 | 269552 | Statement | $24,964 76 |

| | | | | |
|---|---|---|---|---|
| 8/16/2023 | 269552 | Cash receipt | ($10,000 00) | |
| 8/25/2023 | 269552 | Cash receipt | ($2,483 31) | |
| 10/19/2023 | 269552 | Write-off | ($1,238 53) | |
| 10/20/2023 | 269552 | Cash receipt | ($11,242 92) | |
| | Total Due on Invoice No: 269552 | | $0.00 | |

**Invoice No: 270403**

| | | | | |
|---|---|---|---|---|
| 9/15/2023 | 270403 | Statement | $28,175 25 | |
| 10/19/2023 | 270403 | Write-off | ($1,350 96) | |
| 10/20/2023 | 270403 | Cash receipt | ($26,824 29) | |
| | Total Due on Invoice No: 270403 | | $0.00 | |

**Invoice No: 270786**

| | | | | |
|---|---|---|---|---|
| 10/18/2023 | 270786 | Write-off | ($1,290 96) | |
| 10/18/2023 | 270786 | Statement | $4,449 25 | |
| 10/18/2023 | 270786 | Cash receipt | ($3,158 29) | |
| | Total Due on Invoice No: 270786 | | $0.00 | |

**Invoice No: 270806**

| | | | | |
|---|---|---|---|---|
| 10/20/2023 | 270806 | Statement | $17,331 90 | |
| 10/20/2023 | 270806 | Cash receipt | ($4,472 71) | |
| 11/28/2023 | 270806 | Cash receipt | ($11,668 41) | |
| 12/14/2023 | 270806 | Write-off | ($1,190 78) | |
| | Total Due on Invoice No: 270806 | | $0.00 | |

**Invoice No: 271108**

| | | | | |
|---|---|---|---|---|
| 11/13/2023 | 271108 | Statement | $53,556 97 | |
| 11/28/2023 | 271108 | Cash receipt | ($8,331 59) | |
| 12/14/2023 | 271108 | Cash receipt | ($1,400 00) | |
| 2/14/2024 | 271108 | Write-off | ($1,235 51) | |
| 2/14/2024 | 271108 | Cash receipt | ($42,589 87) | |
| | Total Due on Invoice No: 271108 | | $0.00 | |

**Invoice No: 271650**

| | | | | |
|---|---|---|---|---|
| 12/14/2023 | 271650 | Statement | $8,590 53 | |
| 2/14/2024 | 271650 | Write-off | ($1,235 51) | |
| 2/14/2024 | 271650 | Cash receipt | ($7,355 02) | |
| | Total Due on Invoice No: 271650 | | $0.00 | |

**Invoice No: 272001**

| | | | | |
|---|---|---|---|---|
| 1/12/2024 | 272001 | Statement | $5,114 20 | |
| 2/14/2024 | 272001 | Write-off | ($1,654 41) | |
| 2/14/2024 | 272001 | Cash receipt | ($2,055 11) | |
| 3/26/2024 | 272001 | Cash receipt | ($1,404 68) | |
| | Total Due on Invoice No: 272001 | | $0.00 | |

**Invoice No: 272521**

| | | | | |
|---|---|---|---|---|
| 2/21/2024 | 272521 | Statement | $1,784 71 | |
| 3/26/2024 | 272521 | Write-off | ($1,228 51) | |
| 3/26/2024 | 272521 | Cash receipt | ($556 20) | |
| | Total Due on Invoice No: 272521 | | $0.00 | |

**Invoice No: 272639**

| | | | | |
|---|---|---|---|---|
| 3/7/2024 | 272639 | Statement | $23,457 36 | |
| 3/26/2024 | 272639 | Write-off | ($1,242 56) | |
| 3/26/2024 | 272639 | Cash receipt | ($20,353 92) | |
| 5/28/2024 | 272639 | Cash receipt | ($1,860 88) | |
| | Total Due on Invoice No: 272639 | | $0.00 | |

**Invoice No: 273251**

| | | | | |
|---|---|---|---|---|
| 4/17/2024 | 273251 | Statement | $29,399 49 | |

| | | | | |
|---|---|---|---|---|
| 4/25/2024 | 273251 | | Cash receipt | ($4,867.89) |
| 4/29/2024 | 273251 | | Write-off | ($1,228.51) |
| 4/29/2024 | 273251 | | Cash receipt | ($23,303.09) |
| | | Total Due on Invoice No: 273251 | | $0.00 |

**Invoice No: 273320**

| | | | | |
|---|---|---|---|---|
| 12/22/2023 | 273320 | | Cash receipt | ($700.00) |
| 5/3/2024 | 273320 | | Statement | $30,604.13 |
| 5/28/2024 | 273320 | | Write-off | ($1,247.12) |
| 5/28/2024 | 273320 | | Cash receipt | ($18,139.12) |
| 5/31/2024 | 273320 | | Cash receipt | ($5,000.00) |
| 5/31/2024 | 273320 | | Cash receipt | ($2,500.00) |
| 6/5/2024 | 273320 | | Cash receipt | ($1,899.49) |
| 7/12/2024 | 273320 | | Cash receipt | ($1,118.40) |
| | | Total Due on Invoice No: 273320 | | $0.00 |

**Invoice No: 273923**

| | | | | |
|---|---|---|---|---|
| 6/19/2024 | 273923 | | Statement | $12,332.80 |
| 7/12/2024 | 273923 | | Write-off | ($1,246.69) |
| 7/12/2024 | 273923 | | Cash receipt | ($9,158.60) |
| 9/4/2024 | 273923 | | Cash receipt | ($1,927.51) |
| | | Total Due on Invoice No: 273923 | | $0.00 |

**Invoice No: 274275**

| | | | | |
|---|---|---|---|---|
| 7/18/2024 | 274275 | | Statement | $11,392.01 |
| 9/4/2024 | 274275 | | Write-off | ($1,235.51) |
| 9/4/2024 | 274275 | | Cash receipt | ($10,156.50) |
| | | Total Due on Invoice No: 274275 | | $0.00 |

**Invoice No: 274691**

| | | | | |
|---|---|---|---|---|
| 8/21/2024 | 274691 | | Statement | $14,026.90 |
| 9/4/2024 | 274691 | | Write-off | ($1,254.78) |
| 9/4/2024 | 274691 | | Cash receipt | ($9,546.14) |
| 11/4/2024 | 274691 | | Cash receipt | ($2,834.65) |
| 3/3/2025 | 274691 | | Cash receipt | ($391.33) |
| | | Total Due on Invoice No: 274691 | | $0.00 |

**Invoice No: 274772**

| | | | | |
|---|---|---|---|---|
| 9/6/2024 | 274772 | | Statement | $23,410.69 |
| 10/29/2024 | 274772 | | Cash receipt | ($22,175.18) |
| 10/30/2024 | 274772 | | Write-off | ($1,235.51) |
| | | Total Due on Invoice No: 274772 | | $0.00 |

**Invoice No: 275308**

| | | | | |
|---|---|---|---|---|
| 10/21/2024 | 275308 | | Statement | $14,536.62 |
| 11/4/2024 | 275308 | | Cash receipt | ($13,268.85) |
| 11/13/2024 | 275308 | | Write-off | ($1,267.77) |
| | | Total Due on Invoice No: 275308 | | $0.00 |

**Invoice No: 275636**

| | | | | |
|---|---|---|---|---|
| 11/13/2024 | 275636 | | Statement | $17,451.05 |
| 12/2/2024 | 275636 | | Cash receipt | ($13,241.63) |
| 12/5/2024 | 275636 | | Write-off | ($1,239.42) |
| 12/16/2024 | 275636 | | Cash receipt | ($2,970.00) |
| | | Total Due on Invoice No: 275636 | | $0.00 |

**Invoice No: 275972**

| | | | | |
|---|---|---|---|---|
| 12/12/2024 | 275972 | | Statement | $16,047.92 |
| 12/27/2024 | 275972 | | Cash receipt | ($4,808.50) |
| 1/2/2025 | 275972 | | Write-off | ($1,239.42) |

| Date | Invoice No | Type | Amount |
|---|---|---|---|
| 1/2/2025 | 275972 | Cash receipt | ($9,000.00) |
| 1/2/2025 | 275972 | Cash receipt | ($1,000.00) |
| | | **Total Due on Invoice No: 275972** | **$0.00** |

**Invoice No: 276549**

| Date | Invoice No | Type | Amount |
|---|---|---|---|
| 1/24/2025 | 276549 | Statement | $1,785.08 |
| 2/11/2025 | 276549 | Cash receipt | ($545.66) |
| 2/20/2025 | 276549 | Write-off | ($1,239.42) |
| | | **Total Due on Invoice No: 276549** | **$0.00** |

**Invoice No: 276797**

| Date | Invoice No | Type | Amount |
|---|---|---|---|
| 2/20/2025 | 276797 | Statement | $18,314.32 |
| 3/3/2025 | 276797 | Cash receipt | ($4,608.67) |
| 4/7/2025 | 276797 | Cash receipt | ($5,000.00) |
| 5/15/2025 | 276797 | Write-off | ($1,239.42) |
| 7/28/2025 | 276797 | Cash receipt | ($7,466.23) |
| | | **Total Due on Invoice No: 276797** | **$0.00** |

**Invoice No: 277168**

| Date | Invoice No | Type | Amount |
|---|---|---|---|
| 3/18/2025 | 277168 | Statement | $4,900.51 |
| 5/15/2025 | 277168 | Write-off | ($1,235.51) |
| 7/28/2025 | 277168 | Cash receipt | ($3,665.00) |
| | | **Total Due on Invoice No: 277168** | **$0.00** |

**Invoice No: 277664**

| Date | Invoice No | Type | Amount |
|---|---|---|---|
| 4/18/2025 | 277664 | Statement | $8,030.17 |
| 5/15/2025 | 277664 | Write-off | ($1,196.86) |
| 7/28/2025 | 277664 | Cash receipt | ($6,833.31) |
| | | **Total Due on Invoice No: 277664** | **$0.00** |

**Invoice No: 277997**

| Date | Invoice No | Type | Amount |
|---|---|---|---|
| 5/15/2025 | 277997 | Write-off | ($1,168.31) |
| 5/15/2025 | 277997 | Statement | $8,624.87 |
| 8/6/2025 | 277997 | Cash receipt | ($7,456.56) |
| | | **Total Due on Invoice No: 277997** | **$0.00** |

**Invoice No: 279101**

| Date | Invoice No | Type | Amount |
|---|---|---|---|
| 7/25/2025 | 279101 | Write-off | ($1,234.37) |
| 7/25/2025 | 279101 | Statement | $16,606.25 |
| 8/6/2025 | 279101 | Cash receipt | ($2,543.44) |
| 8/11/2025 | 279101 | Cash receipt | ($4,249.80) |
| 8/11/2025 | 279101 | Cash receipt | ($614.10) |
| 8/11/2025 | 279101 | Cash receipt | ($7,964.54) |
| | | **Total Due on Invoice No: 279101** | **$0.00** |

**Invoice No: 279356**

| Date | Invoice No | Type | Amount |
|---|---|---|---|
| 8/6/2025 | 279356 | Statement | $6,187.90 |
| 8/7/2025 | 279356 | Write-off | ($1,109.01) |
| 8/11/2025 | 279356 | Cash receipt | ($702.59) |
| | | **Total Due on Invoice No: 279356** | **$4,376.30** |
| | | **Grand Total:** | **$144,244.45** |

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re    **Alan Kim Patrono**
      **Jane H. Patrono**                        Case No.    **1:25-bk-02214**

                             Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **8/22/2025**                   **/s/ Alan Kim Patrono**
                                      **Alan Kim Patrono**
                                      Signature of Debtor

Date:    **8/22/2025**                   **/s/ Jane H. Patrono**
                                      **Jane H. Patrono**
                                      Signature of Debtor

Date:    **8/22/2025**                   **/s/ Lawrence V. Young**
                                      Signature of Attorney
                                      **Lawrence V. Young 21009**
                                      **CGA Law Firm**
                                      **135 North George Street**
                                      **York, PA 17401-1132**
                                      **717-848-4900   Fax: 717-843-9039**

# Chapter 11 Statement of Your Current Monthly Income (Official Form 122B)

> **If you are filing under chapter 7, 12, or 13, do not fill out this form.**

You must file the *Chapter 11 Statement of Your Current Monthly Income* (Official Form 122B) if you are an individual filing for bankruptcy under chapter 11.

**Information for completing the forms**

If you have nothing to report for a line, write $0.

If you are a servicemember, veteran, or the family member of a veteran, and are looking for a list of the types of benefits that the United States Department of Justice confirms need not be reported on lines 9 or 10 of Form 122B on account of the veteran's death or disability under the "Helping American Veterans in Extreme Need Act of 2019" (HAVEN Act), go to:

https://www.justice.gov/ust/means-testing