IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Alan Kim Patrono and Jane H. Patrono,<br>                Debtors | Chapter 11<br><br>Case No. 1:25-bk-02214-HWV |

## **ORDER**

Upon consideration of Debtors' Motion for the Entry of an Order Establishing Bar Dates for the Filing of Proofs of Claim, Doc. 25, it is

**ORDERED** that the Bar Date for the filing of Proofs of Claim in the above-captioned case is November 25, 2025. It is further

**ORDERED** that the Bar Date for the filing of Proofs of Claim by governmental units is February 4, 2026. It is further

**ORDERED** that any creditor that fails to file a Proof of Claim, and which is not disputed, will have the amount of its claim be treated as the amount listed in the schedules for all purposes, including voting and payment.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 27, 2025