# United States Bankruptcy Court
## Middle District of Pennsylvania

In re )
    *Alan Kim Patrono,* )
    *Jane H. Patrono,* )
     )
                   Debtors ) Case No. 1:25-bk-02214-HWV
     )
Address   c/o Lawrence Young, Esq. CGA Law Firm )
        135 North George Street, York, PA 17401 )
     ) Chapter 11
Last four digits of Social Security or Individual Tax-payer Identification )
(ITIN) No(s).,(if any): _____ )
     )
     )
Employer's Tax Identification (EIN) No(s).(if any): _____ )
_____ )

## NOTICE OF MOTION TO DISMISS CHAPTER 11 CASE

Creditors H&M Holdings Group, LLC, Hauser Family Farms, LLC, Hannah Hauser, and Melinda Davis have filed papers with the court to Dismiss the Chapter 11 Bankruptcy Case.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to dismiss the Chapter 11 bankruptcy case, or if you want the court to consider your views on the Motion, then on or before **September 19, 2025**, you or your attorney must:

    File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

        Sylvia H. Rambo U.S. Courthouse
        1501 North 6th Street
        Harrisburg, PA 17102

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also send a copy to:

        Paige Macdonald-Matthes, Esquire
        Obermayer Rebmann Maxwell & Hippel, LLP
        200 Locust Street, Suite 400
        Harrisburg, PA 17101

**All Parties to be noticed under Local Rules**

    [Attend the hearing scheduled to be held on **September 23, 2025**, at 9:30 A.M. in Courtroom____, United States Bankruptcy Court for the Middle District of Pennsylvania.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: August 29, 2025                      Signature: /s/ Paige Macdonald-Matthes
                                                        Name: Paige Macdonald Matthes
                                                        Address: 200 Locust Street, Suite 400
                                                                 Harrisburg, PA 17101

| Label Matrix for local noticing<br>0314-1<br>Case 1:25-bk-02214-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Aug 29 13:17:46 EDT 2025 | American Express National Bank c/o Zwicker &<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 | H&M Holdings Group, LLC<br>210 Ridgewood Drive<br>Gettysburg, PA 17325-8510 |
|---|---|---|
| Hauser Family Farms, LLC<br>30 W. Middle Street<br>Gettysburg, PA 17325-2101 | Mette, Evans & Woodside<br>8500 Allentown Pike<br>STE 3<br>Blandon, PA 19510-9101 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| ALAN KIM PATRONO<br>JANE H. PATRONO<br>98 E BROADWAY<br>GETTYSBURG, PA 17325-1303 | AMERICAN EXPRESS<br>P.O. BOX 96001<br>LOS ANGELES, CA 90096-8000 | American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road, P.O. Box 9043<br>Andover, MA 01810-0943 |
| American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19850-5019 |
| BARCLAYS<br>P O BOX 60517<br>CITY OF INDUSTRY, CA 91716-0517 | CREDIT ONE BANK<br>P.O. BOX 60500<br>CITY OF INDUSTRY, CA 91716-0500 | Capital One, N.A., successor by merger to Di<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| DISCOVER<br>P.O. BOX 6103<br>CAROL STREAM, IL 60197-6103 | H&M HOLDINGS GROUP<br>c/o Paige Macdonald-Matthes, Esquire<br>Jennifer Bruce, Esquire<br>200 Locust Street<br>Suite 400<br>Harrisburg, PA 17101-1500 | H&M Holdings, LLC<br>210 Ridgewood Drive<br>Gettysburg, PA 17325-8510 |
| HANNAH M. HAUSER<br>c/o Paige Macdonald-Matthes, Esquire<br>Jennifer Bruce, Esquire<br>200 Locust Street<br>Suite 400<br>Harrisburg, PA 17101-1500 | HAUSER FAMILY FARMS LLCC<br>c/o Paige Macdonald-Matthes, Esquire<br>Jennifer Bruce, Esquire<br>200 Locust Street<br>Suite 400<br>Harrisburg, PA 17101-1500 | Hannah Hauser<br>c/o Paige Macdonald-Matthes, Esquire<br>Jennifer Bruce, Esquire<br>200 Locust Street<br>Suite 400<br>Harrisburg, PA 17101-1500 |
| Hauser Family Farms, LLC<br>c/o Paige Macdonald-Matthes, Esquire<br>Jennifer Bruce, Esquire<br>200 Locust Street<br>Suite 400<br>Harrisburg, PA 17101-1500 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | LAWRENCE V. YOUNG<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK, PA 17401-1132 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | M&T Bank<br>PO Box 1508<br>Buffalo NY 14240-1508 | MELINDA H. DAVIS<br>c/o Paige Macdonald-Matthes, Esquire<br>Jennifer Bruce, Esquire<br>200 Locust Street<br>Suite 400<br>Harrisburg, PA 17101-1500 |
| MEMBERS 1ST CREDIT UNION<br>5000 LOUISE DRIVE<br>MECHANICSBURG, PA 17055-4899 | MEMBERS FIRST CREDIT CARD<br>PO BOX 2165<br>MIDLAND, MI 48641-2165 | Melinda Davis<br>c/o Paige Macdonald-Matthes, Esquire<br>Jennifer Bruce, Esquire<br>200 Locust Street<br>Suite 400 |

| | | |
|---|---|---|
| Mette, Evans & Woodside<br>c/o Joel A. Ready, Esquire<br>8500 Allentown Pike, STE 3<br>Blandon, PA 19510-9101 | Mette, Evans & Woodside<br>c/o Joel A. Ready, Esquire<br>Cornerstone Law Firm, LLC<br>8500 Allentown Pike, STE 3<br>Blandon, PA 19510-9101 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 |
| Paige Macdonald-Matthes, Esquire<br>Jennifer Bruce, Esquire<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>200 Locust Street, Suite 400<br>Harrisburg, PA 17101-1500 | SAM'S CLUB<br>P.O. BOX 71711<br>PHILADELPHIA, PA 19176-1711 | SECRETARY OF TREASURY<br>15TH & PENN AVENUE NW<br>WASHINGTON, DC 20220-0001 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | YORK ADAMS TAX BUREAU<br>P O BOX  15627<br>YORK, PA 17405-0156 | Alan Kim Patrono<br>98 E Broadway<br>Gettysburg, PA 17325-1303 |
| Hannah Hauser<br>210 Ridgewood Drive<br>Fairfield, PA 17325 United States of Ame 17325-8510 | Jane H. Patrono<br>98 E Broadway<br>Gettysburg, PA 17325-1303 | Lisa Ann Rynard<br>Law Office of Lisa A. Rynard<br>(Trustee)<br>240 Broad Street<br>Montoursville, PA 17754-2282 |
| Melinda Davis<br>48 Beechwood Drive<br>Fairfield, PA 17320-9205 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | M&T BANK<br>P.O. BOX 62014<br>BALTIMORE, MD 21264 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Lawrence V. Young<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401-1132 | (d)Lawrence V. Young<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401-1132 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     2<br>Total                   44 |