# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Bankruptcy No. 1:25: bk-02214 (HWV)** |
| | : | |
| **ALAN KIM PATRONO ET AL.** | : | |
| | : | **CHAPTER 11** |
| **Debtors.** | : | |
| | : | |

## CREDITORS, H&M HOLDINGS GROUP, LLC, HAUSER FAMILY FARMS, LLC, MELINDA H. DAVIS and HANNAH M. HAUSER, REPLY IN OPPOSITION/OBJECTION TO METTE, EVANS & WOODSIDE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW come Creditors, H&M HOLDINGS GROUP, LLC, HAUSER FAMILY FARMS, LLC, MELINDA H. DAVIS, and HANNAH M. HAUSER (hereinafter collectively "Hauser Creditors") and file their Reply in Opposition/Objection to Mette, Evans & Woodside's Motion for Relief from the Automatic Stay (ECF No. 21), and in support thereof aver as follows:

1. Denied as stated. The law firm of Mette, Evans & Woodside (hereinafter "Mette") represents the Debtors, Alan Kim Patrono and Jane Patrono (hereinafter collectively "Debtors") in two confession of judgment matters now stayed in the Adams County Court of Common Pleas captioned as follows: *H&M Holdings Group, LLC v. Alan Kim Patrono*, Docket No. 2018-SU-1293 (Cumberland County Court of Common Pleas Docket No. 2019-12301) and *H&M Holdings Group, LLC v. Jane H. Patrono*, Docket No. 2018-SU-1293 (Cumberland

4903-1860-9764 v3

County Court of Common Pleas Docket No. 2019-12302).  The law firm of Mette also represents the Debtors' son, Jonathan Patrono in a third confession of judgment matter currently pending in the Adams County Court of Common Pleas captioned: *H&M Holdings Group, LLC v. Jonathan*, Docket No. 2018-SU-1293 (Cumberland County Court of Common Pleas Docket No, 2019-12300).  Finally, the law firm of Mette also represents the Debtors, <u>as well as the other co-Defendants</u> in a matter currently pending in the Adams County Court of Common Pleas captioned *H&M HOLDINGS GROUP, LLC, HAUSER FAMILY FARMS, LLC, MELINDA H. DAVIS, and HANNAH M. HAUSER v. ALAN K. PATRONO, JONATHAN ALAN PATRONO, JANE HAUSER PATRONO, POLLY E. PATRONO a/k/a POLLY E. PATRONO-CARLSON, JOHN J. MURPHY, III, PATRONO & MURPHY, LLC, APPLE LEAF ABSTRACTING & SETTLEMENT COMPANY and JOHN DOE(S)/JANE DOE(S)*, Docket No. 2018-SU-1293.[1]

2.    Admitted.

3.    The Hauser Creditors are without knowledge sufficient to form a belief as to the truth and/or veracity of the averments set forth in paragraph 3 of Mette's Motion and strict proof of the same, if relevant, is demanded at the time of hearing

---

[1] NOTE: John J. Murphy, III is no longer represented by Mette, effective April 11, 2024.  Mette continues to represent Patrono & Murphy, LLC, as well as Apple Leaf Abstracting & Settlement Company which were purchased by John Murphy from Debtor Alan Kim Patrono in February 2022.

2

on Mette's Motion for Relief from the Automatic Stay (hereinafter "Motion").

4.     It is admitted only that Mette is requesting the relief set forth in paragraph 4. It is denied however that the Court should grant the relief requested by Mette as Mette cannot meet its burden of proof required under 11 U.S.C. §362(d)(1). Indeed, Mette's motion is completely void of any evidence, including *inter alia*, supporting declarations or affidavits demonstrating that cause exists for the relief they seek. *See* In re Scalera, 521 B.R. 513, 517 (Bankr. W.D. Pa. 2014) (initial burden is on requesting party to make prima facie showing of cause sufficient to support party's request for relief from stay); *see also* In re Brown, 311 B.R. 409, 413 (E.D. Pa. 2004) ("Unsecured creditors are generally entitled to relief from an automatic stay only in extraordinary circumstances."). By way of further reply, Mette fails to mention in its Motion that Mette and its counsel are currently the subject of a sanctions Order issued by the Court of Common Pleas, Adams County dated March 12, 2024, and that a hearing to determine the amount of the sanctions to be imposed on Mette and its counsel is currently scheduled for October 30, 2025. Any attempt to withdraw by Mette would not only further exacerbate the conflict of interest that Mette has created for itself by virtue of its decision to represent all of the Parties in the pending Adams County Court of Common Pleas matters, (a fact that was clearly and unequivocally made known to counsel for Mette, specifically Ronald L. Finck, Esquire and Aaron Martin, Esquire several

3

4903-1860-9764 v3

times by the Judge presiding over these pending matters, the Honorable Michael A. George), but would inevitably result in the further delay of the proceedings currently pending in the Adams County Court of Common Pleas due to the fact that the remaining Defendants, (two of which are the Debtors' son and daughter), will presumably argue that they need to find new counsel. Any further delay will most certainly further prejudice and harm the Hauser Creditors who have already been victimized by what can only be described as the weaponization of the legal process by Debtors and their Counsel Mette since the inception of the litigation in 2018. Finally, and by way of further reply, the Hauser Creditors have filed a Motion to Dismiss the above captioned bankruptcy filing due to the fact that the Debtors have filed their Chapter 11 bankruptcy in bad faith. *See* ECF No. 32, which is incorporated herein as if more fully set forth at length. Should the Court grant the Hauser Creditor's Motion to Dismiss, the relief requested by Mette in its motion will be rendered moot.

5. The averments set forth in paragraph 5 of Mette's motion state conclusions of law to which no response is required.

6. Denied. Any conflict of interest in the pending actions had already been created by virtue of the fact that since the inception of the pending actions Mette has determined to represent all of the Defendants despite the fact that the Honorable Michael A. George repeatedly advised counsel for Mette of the inherent conflict of

interest they had created for themselves, as well as their clients, by virtue of their improvident decision to represent all Defendants. Mette does not come before this Honorable Court with clean hands.

7. The Hauser Creditors are without knowledge sufficient to form a belief as to the truth of the averments set forth in paragraph 7 of Mette's motion and strict proof of the same, if relevant, is demanded at the time of hearing.

WHEREFORE, the Hauser Creditors, jointly and severally, respectfully request that this Honorable Court deny Mette, Evans & Woodside's Motion for Relief from the Automatic Stay, and further award the Hauser Creditors all such other relief as is proper and just,

Respectfully submitted,

OBERMAYER REBMANN
MAXWELL & HIPPEL, LLP

Date: August 29, 2025

*/s/ Paige Macdonald-Matthes*
Paige Macdonald-Matthes, Esquire
Attorney ID No. 66266
200 Locust Street, Suite 400
Harrisburg, PA 17101
(717) 234-9730 Telephone
(717) 236-2485 Facsimile
Email: pmm@obermayer.com
*Counsel for Hauser Creditors*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this August 29, 2025, that a true and correct copy of the Hauser Creditors' Reply In Opposition/Objection to the Motion for Relief From Automatic Stay Filed on Behalf of Mette, Evans & Woodside (ECF Doc. No. 21) has been served upon all parties of interest registered with the Bankruptcy Court Clerk to receive electronic notice via the CM/ECF system and in accordance with the attached service list.

*/s/ Paige Macdonald-Matthes*
Paige Macdonald-Matthes, Esquire

4903-1860-9764 v3

Label Matrix for local noticing
0314-1
Case 1:25-bk-02214-HWV
Middle District of Pennsylvania
Harrisburg
Fri Aug 29 13:17:46 EDT 2025

American Express National Bank c/o Zwicker &
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

H&M Holdings Group, LLC
210 Ridgewood Drive
Gettysburg, PA 17325-8510

Hauser Family Farms, LLC
30 W. Middle Street
Gettysburg, PA 17325-2101

Mette, Evans & Woodside
8500 Allentown Pike
STE 3
Blandon, PA 19510-9101

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

ALAN KIM PATRONO
JANE H. PATRONO
98 E BROADWAY
GETTYSBURG, PA 17325-1303

AMERICAN  EXPRESS
P.O. BOX 96001
LOS ANGELES, CA 90096-8000

American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810-0943

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE 19850-5019

BARCLAYS
P O BOX 60517
CITY OF INDUSTRY, CA 91716-0517

CREDIT ONE BANK
P.O. BOX 60500
CITY OF INDUSTRY, CA 91716-0500

Capital One, N.A., successor by merger to Di
PO Box 3025
New Albany, OH  43054-3025

DISCOVER
P.O. BOX 6103
CAROL STREAM, IL 60197-6103

H&M HOLDINGS GROUP
c/o Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
200 Locust Street
Suite 400
Harrisburg, PA 17101-1500

H&M Holdings, LLC
210 Ridgewood Drive
Gettysburg, PA 17325-8510

HANNAH M. HAUSER
c/o Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
200 Locust Street
Suite 400
Harrisburg, PA 17101-1500

HAUSER FAMILY FARMS LLCC
c/o Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
200 Locust Street
Suite 400
Harrisburg, PA 17101-1500

Hannah Hauser
c/o Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
200 Locust Street
Suite 400
Harrisburg, PA 17101-1500

Hauser Family Farms, LLC
c/o Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
200 Locust Street
Suite 400
Harrisburg, PA 17101-1500

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

LAWRENCE V. YOUNG
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA 17401-1132

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T Bank
PO Box 1508
Buffalo NY 14240-1508

MELINDA H. DAVIS
c/o Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
200 Locust Street
Suite 400
Harrisburg, PA 17101-1500

MEMBERS 1ST CREDIT UNION
5000 LOUISE DRIVE
MECHANICSBURG, PA 17055-4899

MEMBERS FIRST CREDIT CARD
PO BOX 2165
MIDLAND, MI 48641-2165

Melinda Davis
c/o Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
200 Locust Street
Suite 400

Mette, Evans & Woodside
c/o Joel A. Ready, Esquire
8500 Allentown Pike, STE 3
Blandon, PA 19510-9101

Mette, Evans & Woodside
c/o Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, STE 3
Blandon, PA 19510-9101

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Paige Macdonald-Matthes, Esquire
Jennifer Bruce, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
200 Locust Street, Suite 400
Harrisburg, PA 17101-1500

SAM'S CLUB
P.O. BOX 71711
PHILADELPHIA, PA 19176-1711

SECRETARY OF TREASURY
15TH & PENN AVENUE NW
WASHINGTON, DC 20220-0001

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

YORK ADAMS TAX BUREAU
P O BOX  15627
YORK, PA 17405-0156

Alan Kim Patrono
98 E Broadway
Gettysburg, PA 17325-1303

Hannah Hauser
210 Ridgewood Drive
Fairfield, PA 17325 United States of Ame 17325-8510

Jane H. Patrono
98 E Broadway
Gettysburg, PA 17325-1303

Lisa Ann Rynard
Law Office of Lisa A. Rynard
(Trustee)
240 Broad Street
Montoursville, PA 17754-2282

Melinda Davis
48 Beechwood Drive
Fairfield, PA 17320-9205


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

M&T BANK
P.O. BOX 62014
BALTIMORE, MD 21264


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Lawrence V. Young
CGA Law Firm
135 North George Street
York, PA 17401-1132

(d)Lawrence V. Young
CGA Law Firm
135 North George Street
York, PA 17401-1132

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44