☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11            12/17

Month: _from 8 August 2025_          Date report filed: 09/17/2025
                                                        MM / DD / YYYY
Line of business: _Attorney_          NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  _Alan K Patrono_

Original signature of responsible party  _Alan K Patrono_

Printed name of responsible party  _Alan K Patrono_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☒ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 22,485.24

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 9819.89

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 19,384.65

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -9564.76

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 12,920.48

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        $ 0

    (Exhibit E)

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $  0

     *(Exhibit F)*

### 6. Employees

26. What was the number of employees when the case was filed?                             0

27. What is the number of employees as of the date of this monthly report?               0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $  0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $  0

30. How much have you paid this month in other professional fees?                         $ 2,916.93

31. How much have you paid in total other professional fees since filing the case?        $ 2,916.93

### 7. Projections  *Unknown* 

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                    $ _____

36. Total projected cash disbursements for the next month:                             − $ _____

37. Total projected net cash flow for the next month:                                   = $ _____



**ACNB**
**BANK**

PO Box 3129
Gettysburg PA 17325-3129

**RETURN SERVICE REQUESTED**

ALAN K PATRONO
JANE H PATRONO
98 E BROADWAY
GETTYSBURG PA 17325-1303

### *Managing Your Accounts*

| | | |
|---|---|---|
|  | Bank Name | ACNB Bank |
| | Phone Number | (888) 334-2262 |
|  | Mailing Address | PO Box 3129<br>Gettysburg, PA 17325-3129 |



# Give Yourself the Advantage

Keeping a close watch.

**Identity Theft Monitoring, Credit Monitoring,** and **ID Theft Aid and Restoration** with Advantage Reward Checking.

*Benefits are offered and provided by BaZing and are subject to additional terms and conditions available at www.bazing.com.*

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Advantage Rewards Checking | XXXXXXXXX9671 | $4,066.19 |

## Advantage Rewards Checking - XXXXXXXXX9671

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/26/2025 | **Beginning Balance** | **$1,437.57** |
| | 3 Credit(s) This Period | $3,891.00 |
| | 10 Debit(s) This Period | $1,262.38 |
| 08/25/2025 | **Ending Balance** | **$4,066.19** |
| | Service Charges | -$7.95 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/26/2025 | **Beginning Balance** | | | **$1,437.57** |
| 07/28/2025 | Check 1536 | $17.36 | | $1,420.21 |



Member **FDIC**

## MANAGING YOUR ACCOUNT

To keep your account up-to-date on a regular basis, consider using Online Banking or our toll free 24-Hour Telephone Banking Line. Both are free and provide you with up-to-the-minute information on transactions, as well as give you the capability to do transfers in case you need to cover transactions. Visit acnb.com to register for Online Banking. Call us at 1.888.334.2262 to sign up for Telephone Banking.

If you have a personal checking account, make sure you're covered with Overdraft Protection. You'll need to sign up for Overdraft Protection and designate the accounts to link to Overdraft Protection. Once Overdraft Protection is set up, funds will transfer from the Overdraft Protection funding account(s) to your checking account to cover any overdrafts in your account.

If you have a difficult time covering transactions in your account for a period of time, a loan may be a good option for you. We have a variety of loans, some of which are secured by collateral and some that are unsecured and don't require collateral. A personal unsecured loan may be just what you need to help cover some transactions. To find out more, please call 1.888.334.2262 and ask for information on our personal unsecured loans.

We at ACNB Bank want to do what we can to help you with your account. Please call us any time you need assistance. We're here to help.

## ACCOUNT RECONCILEMENT

| Checks/Withdrawals Not Yet Posted To Your Account | |
|---|---|
| Description or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total Outstanding** | |

### Use These Easy Steps To Reconcile Your Account Records With The Bank Statement

1. *In your account register, mark off (with a √) each entry that matches a transaction listed on this statement.*

2. *Make sure that other charges or deductions shown on the statement have been subtracted from your register balance, and that all deposits (and other credit items, if any) have been added.*

3. *In the table provided to the left, list all checks or withdrawals in your register not showing a √. These are debit transactions which were not posted to your account during (or prior to) the period covered by this statement.*

4. *Fill in the spaces in the table below. If the final figure does not agree with the latest balance in your register, recheck the accuracy of all your computations. Any statement irregularity should be reported to the Bank immediately.*

| | |
|---|---|
| *ENTER Ending Balance On This Statement* | |
| *ADD Any Deposits Not Credited* | |
| *SUBTOTAL* | |
| *SUBTRACT Outstanding Checks/Withdrawals* | |
| *BALANCE Should Agree With Your Register* | |



**ACNB BANK**

24-Hour Telephone Banking Line
1.888.338.2262

View your accounts and pay bills for free using
Online Banking and Bill Pay & Presentment.
Register at acnb.com.

Member FDIC

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

TELEPHONE US AT
1.888.334.2262

OR WRITE US AT

ACNB BANK
ELECTRONIC FUNDS TRANSFER
P.O. BOX 3129
GETTYSBURG, PA 17325

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



## Advantage Rewards Checking - XXXXXXXXX9671 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2025 | External Withdrawal COLUMBIA GAS OF BILLPAY - BILLPAY | $66.41 | | $1,353.80 |
| 08/04/2025 | Descriptive Deposit Mobile Deposit | | $1 974.00 | $3,327.80 |
| 08/04/2025 | Descriptive Deposit Mobile Deposit | | $200.00 | $3,527.80 |
| 08/06/2025 | External Withdrawal PROG PREFERRED BRANCH12DEBIT ACH - INS PREM | $360.82 | | $3,166.98 |
| 08/08/2025 | External Withdrawal FirstEnergy 8005457741 - OPCO-ACH | $434.84 | | $2,732.14 |
| 08/11/2025 | External Withdrawal PSN* GETTYSBURG B OROUGH STORM WATER A - UTILITY PA | $50.00 | | $2,682.14 |
| 08/11/2025 | External Withdrawal PSN* GETTYSBURG B OROUGH STORM WATER A - UTILITY PA | $100.00 | | $2,582.14 |
| 08/11/2025 | External Withdrawal PSN* GETTYSBURG B OROUGH STORM WATER A - UTILITY PA | $25.00 | | $2,557.14 |
| 08/11/2025 | Over Counter Check 1548 | $100.00 | | $2,457.14 |
| 08/22/2025 | External Deposit COMM OF PA - PA HOUSE AP0109029111 | | $1 717.00 | $4,174.14 |
| 08/25/2025 | Check 1549 | $100.00 | | $4,074.14 |
| 08/25/2025 | Maintenance Service Charge | $7.95 | | $4,066.19 |
| **08/25/2025** | **Ending Balance** | | | **$4,066.19** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1536 | 07/28/2025 | $17.36 | 1548* | 08/11/2025 | $100.00 | 1549 | 08/25/2025 | $100.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/26/2025 | $1,437.57 | 08/04/2025 | $3,527.80 | 08/11/2025 | $2,457.14 |
| 07/28/2025 | $1,420.21 | 08/06/2025 | $3,166.98 | 08/22/2025 | $4,174.14 |
| 08/01/2025 | $1,353.80 | 08/08/2025 | $2,732.14 | 08/25/2025 | $4,066.19 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $80.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| Maintenance Service Charge | -$7.95 |
| Total Service Charge | -$7.95 |

This Page Left Intentionally Blank.



# MEMBERS 1st
### FEDERAL CREDIT UNION
PO Box 8893 • Camp Hill, PA 17001
800.237.7288 • members1st.org

ALAN K PATRONO
JANE H PATRONO
98 E BROADWAY
GETTYSBURG PA 17325



YOUR CARD, YOUR RULES

Manage your cards with flexibility, security and confidence with Card Controls!

▶ MEMBERS1ST.ORG

REFER AND EARN $50

REFER A FRIEND When they join, you both get a $50 Amazon eGift Card.*

GET STARTED ▶ MEMBERS1ST.ORG/REFER

*Prospective members must meet current eligibility requirements. Visit members1st.org/refer for full terms and conditions. 3-25-005

FEDERALLY INSURED BY NCUA.




## ACCOUNT BALANCES AT A GLANCE

Your current Member Loyalty Rewards level is Titanium.

| | |
|---|---|
| CHECKING | 1,179.29 |
| SAVINGS | 5.00 |
| CERTIFICATES | 0.00 |
| LOANS | 99,819.18 |

## CHECKING (0011)

**BEGINNING BALANCE:** **$48,678.53**

| Eff. Date | Post Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| 08/01 | 08/01 | Withdrawal ACH PENN NATIONAL IN TYPE: AUTO DEBIT ID: D230961349 CO: PENN NATIONAL IN | | 84.50 | 48,594.03 |
| 08/01 | 08/01 | Withdrawal ACH CGA Law Firm TYPE: eCheck ID: 4721601420 DATA: bFT3pW0DhNIsV9tGTvEt CO: CGA Law Firm NAME: Patrono Alan | | 10,000.00 | 38,594.03 |
| 08/01 | 08/01 | Withdrawal ACH CGA Law Firm TYPE: eCheck ID: 4721601420 DATA: bFT3pW0DhNIsV9tGTvEt CO: CGA Law Firm NAME: Patrono Alan | | 10,000.00 | 28,594.03 |
| 08/04 | 08/04 | Withdrawal ACH VISA TYPE: PAYMENT ID: 1465106539 CO: VISA NAME: ALAN K PATRONO | | 500.00 | 28,094.03 |
| 08/05 | 08/05 | Check 1071 Tracer 934800000005915 | | 28.00 | 28,066.03 |
| 08/05 | 08/05 | Check 938 Tracer 934800000005909 | | 35.00 | 28,031.03 |
| 08/06 | 08/06 | Withdrawal ACH VISA TYPE: PAYMENT ID: 1465106539 CO: VISA NAME: ALAN K PATRONO | | 500.00 | 27,531.03 |
| 08/06 | 08/06 | Withdrawal ACH METTE EVANS AND TYPE: J2606 OOFF ID: 8263863381 CO: METTE EVANS AND | | 10,000.00 | 17,531.03 |
| 08/08 | 08/08 | Withdrawal POS #460903 WAYNE NELL AND SONS MEATS EAST BERLIN PA | | 37.68 | 17,493.35 |


| Eff. Date | Post Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| 08/08 | 08/08 | Withdrawal POS #241745 WEIS MARKETS 120 GETTYSBURG PA | | 76.36 | 17,416.99 |
| 08/08 | 08/08 | Withdrawal Debit Card DEBIT CARD 08/08 MONEYSHARP 8662006825 MONEYSHARP.OR IL | | 12.00 | 17,404.99 |
| 08/09 | 08/09 | Withdrawal Debit Card DEBIT CARD 08/08 WINE AND SPIRITS 0101 GETTYSBURG PA | | 51.91 | 17,353.08 |
| 08/09 | 08/09 | Withdrawal POS #086935 SUNOCO 0363058905 GETTYSBURG PA | | 21.80 | 17,331.28 |
| 08/09 | 08/09 | Withdrawal POS #062324 WAL-MART #1537 1270 YORK RD GETTYSBURG PA | | 27.91 | 17,303.37 |
| 08/10 | 08/10 | Withdrawal Debit Card DEBIT CARD 08/08 LA BELLA ITALIA 717-3341978 LA BELLA ITALI | | 30.52 | 17,272.85 |
| 08/10 | 08/10 | Withdrawal Debit Card DEBIT CARD 08/10 CHEWY.COM 800-672-4399 CHEWY.COM FLUSIN030 | | 67.99 | 17,204.86 |
| 08/11 | 08/11 | Withdrawal POS #808929 WEIS MARKETS 120 GETTYSBURG PA | | 15.27 | 17,189.59 |
| 08/11 | 08/11 | Withdrawal POS #820384 WEIS MARKETS 120 GETTYSBURG PA | | 28.03 | 17,161.56 |
| 08/11 | 08/11 | Withdrawal ACH METTE EVANS AND TYPE: J2609 OOFF ID: 8263863381 CO: METTE EVANS AND | | 4,952.39 | 12,209.17 |
| 08/11 | 08/11 | Withdrawal ACH METTE EVANS AND TYPE: J2609 OOFF ID: 8263863381 CO: METTE EVANS AND | | 7,964.54 | 4,244.63 |
| 08/11 | 08/11 | Check 939 Tracer 935400000008938 | | 60.00 | 4,184.63 |
| 08/13 | 08/13 | Withdrawal Debit Card DEBIT CARD 08/12 SQ *FELLINI CAFE 4 INC. Media PA | | 48.28 | 4,136.35 |
| 08/13 | 08/13 | Withdrawal POS #828616 ACME 0845 CAPE MAY NJ | | 16.73 | 4,119.62 |
| 08/13 | 08/13 | Withdrawal Debit Card DEBIT CARD 08/12 MEDIA BOROUGH PARKING MEDIA PA | | 0.75 | 4,118.87 |
| 08/13 | 08/13 | Withdrawal Debit Card DEBIT CARD 08/12 THE WASHINGTON INN CAPE MAY NJ | | 187.80 | 3,931.07 |
| 08/13 | 08/13 | Withdrawal Debit Card DEBIT CARD 08/13 SQ *CAPE MAY PEANUT BUTTE Cape May NJ | | 54.38 | 3,876.69 |
| 08/13 | 08/13 | Withdrawal ACH FirstEnergy TYPE: OPCO-ACH ID: 1341968288 DATA: 8005457741 CO: FirstEnergy | | 317.70 | 3,558.99 |
| 08/13 | 08/13 | Withdrawal POS #558173 ACME 0845 CAPE MAY NJ | | 3.99 | 3,555.00 |
| 08/14 | 08/14 | Withdrawal Debit Card DEBIT CARD 08/13 QUINCYS ORIGINAL LOBSTER CAPE MAY NJ | | 29.65 | 3,525.35 |
| 08/14 | 08/14 | Recurring Withdrawal Bill Payment #013808 AMAZON PRIME*A697Z1ZI3 Amzn.com/bill WA | | 147.34 | 3,378.01 |
| 08/15 | 08/15 | Withdrawal Debit Card DEBIT CARD 08/14 DUNKIN #363751 ELVERSON PA | | 13.59 | 3,364.42 |
| 08/15 | 08/15 | Withdrawal POS #765816 SQ *OYLER'S ORGANIC FARMS SQUARE PURCHASE BIGLERVILLE PA | | 134.91 | 3,229.51 |
| 08/15 | 08/15 | Withdrawal Debit Card DEBIT CARD 08/14 ACME 0845 CAPE MAY NJ | | 11.31 | 3,218.20 |
| 08/15 | 08/15 | Withdrawal Debit Card DEBIT CARD 08/14 THE LOBSTER HOUSE 609-8848296 THE LOBSTER | | 87.41 | 3,130.79 |
| 08/16 | 08/16 | Withdrawal Debit Card DEBIT CARD 08/15 WEIS MARKETS 120 GETTYSBURG PA | | 117.44 | 3,013.35 |
| 08/16 | 08/16 | Withdrawal POS #084725 WINE AND SPIRITS 0101 GETTYSBURG PA | | 72.03 | 2,941.32 |
| 08/16 | 08/16 | Withdrawal POS #812763 WEIS MARKETS 120 GETTYSBURG PA | | 6.57 | 2,934.75 |
| 08/17 | 08/17 | Withdrawal Debit Card DEBIT CARD 08/17 AMAZON MKTPL*K94BZ8LI3 Amzn.com/bill WA | | 41.17 | 2,893.58 |


| Eff. Date | Post Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| 08/17 | 08/17 | Withdrawal POS #448442 WAL WAL-MART #1537 522324 1270 YORK RD GETTYSBURG PA | | 10.98 | 2,882.60 |
| 08/17 | 08/17 | Withdrawal POS #557163 MCDONALD'S F17811 1090 YORK RD GETTYSBURG PA | | 4.97 | 2,877.63 |
| 08/17 | 08/17 | Withdrawal Bill Payment #321905 WWW.CAPBLUECROSS.COM 2500 ELMERTON AVE HARRISBURG PA | | 52.00 | 2,825.63 |
| 08/18 | 08/18 | Withdrawal Debit Card DEBIT CARD 08/17 Prime Video Channels amzn.com/bill WA | | 6.35 | 2,819.28 |
| 08/18 | 08/18 | Withdrawal POS #085624 ETSY, INC. ETSY.COM*ROCKY WWW.ETSY.COM/ BROOKLYN NY | | 39.11 | 2,780.17 |
| 08/16 | 08/18 | Withdrawal POS #096812 AMAZON.COM*M636E0BF3 SEATTLE WA | | 20.06 | 2,760.11 |
| 08/18 | 08/18 | Check 1072 Tracer 936100000011478 | | 60.00 | 2,700.11 |
| 08/19 | 08/19 | Withdrawal Debit Card DEBIT CARD 08/18 UPMC PINNACLE HANOVER CAR HANOVER PA | | 20.00 | 2,680.11 |
| 08/19 | 08/19 | Withdrawal Debit Card DEBIT CARD 08/18 GOODWILL KA - HANOVER HANOVER PA | | 36.04 | 2,644.07 |
| 08/20 | 08/20 | Withdrawal Debit Card DEBIT CARD 08/19 SAMS CLUB #4855 HANOVER PA | | 119.39 | 2,524.68 |
| 08/20 | 08/20 | Withdrawal Debit Card DEBIT CARD 08/19 JERSEY MIKES 8064 GETTYSBURG PA | | 45.68 | 2,479.00 |
| 08/20 | 08/20 | Withdrawal POS #063916 PY *HOLLABAUGH BROTHERS, 545 CARLISLE RD BIGLERVILLE PA | | 49.95 | 2,429.05 |
| 08/20 | 08/20 | AMAZON MKTPLACE PMTS Pending credit/return for $19.99 on card 27808 | | | 2,429.05 |
| 08/20 | 08/20 | Withdrawal Adjustment Debit Card Credit Voucher 08/20 AMAZON MKTPLACE PMTS Amzn.com/bill WA | 19.99 | | 2,449.04 |
| 08/20 | 08/20 | Withdrawal ACH Capital Blue Cro TYPE: debitpmt ID: F800146791 DATA: 599000023532 CO: Capital Blue Cro NAME: Jane H Patrono | | 52.00 | 2,397.04 |
| 08/20 | 08/20 | Withdrawal Transfer To Loan 0001 | | 699.42 | 1,697.62 |
| 08/21 | 08/21 | Withdrawal Debit Card DEBIT CARD 08/20 MCDANNELLS FRUIT FARM & BIGLERVILLE PA | | 37.20 | 1,660.42 |
| 08/21 | 08/21 | Check 1000030 Tracer 936400000006658 | | 327.39 | 1,333.03 |
| 08/22 | 08/22 | Withdrawal Debit Card DEBIT CARD 08/21 OLD NAVY ON-LINE 800-6536289 OLD NAVY ON-L | | 21.19 | 1,311.84 |
| 08/22 | 08/22 | Deposit by Check Mobile Deposit hold release 08/29/2025 $1,000.00 | 1,000.00 | | 2,311.84 |
| 08/22 | 08/22 | Withdrawal POS #474812 WAL WAL-MART #1537 002440 1270 YORK RD GETTYSBURG PA | | 156.63 | 2,155.21 |
| 08/22 | 08/22 | Withdrawal Debit Card DEBIT CARD 08/22 MILHIMES AUTOMOTIVE GETTYSBURG PA | | 128.71 | 2,026.50 |
| 08/23 | 08/23 | Withdrawal Debit Card DEBIT CARD 08/22 WINE AND SPIRITS 0101 GETTYSBURG PA | | 30.72 | 1,995.78 |
| 08/23 | 08/23 | Withdrawal Debit Card DEBIT CARD 08/22 Gettysburg Dental Associa717-3348193 Getty | | 88.00 | 1,907.78 |
| 08/23 | 08/23 | Withdrawal POS #012732 ETSY, INC. ETSY.COM*UNSTA WWW.ETSY.COM/ BROOKLYN NY | | 19.73 | 1,888.05 |
| 08/24 | 08/24 | Withdrawal Debit Card DEBIT CARD 08/23 WEIS MARKETS 120 GETTYSBURG PA | | 95.93 | 1,792.12 |
| 08/24 | 08/24 | Withdrawal Debit Card DEBIT CARD 08/22 LA BELLA ITALIA 717-3341978 LA BELLA ITALI | | 36.52 | 1,755.60 |



| Eff. Date | Post Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| 08/24 | 08/24 | Withdrawal POS #024590 | | 23.53 | 1,732.07 |
| | | WEIS MARKETS 120 GETTYSBURG PA | | | |
| 08/24 | 08/24 | Withdrawal Debit Card DEBIT CARD | | 14.83 | 1,717.24 |
| | | 08/24 eBay O*04-13498-15188 San Jose CA | | | |
| 08/24 | 08/24 | Withdrawal Debit Card DEBIT CARD | | 10.76 | 1,706.48 |
| | | 08/24 eBay O*04-13498-15189 San Jose CA | | | |
| 08/25 | 08/25 | Withdrawal POS #591347 | | 70.00 | 1,636.48 |
| | | SQUIRES ELECTRONICS APPLI CHAMBERSBURG PA | | | |
| 08/25 | 08/25 | Withdrawal ACH COMCAST-XFINITY | | 338.76 | 1,297.72 |
| | | TYPE: CABLE SVCS ID: 0000213249 DATA: 800-266-2278 CO: COMCAST-XFINITY | | | |
| 08/25 | 08/25 | Withdrawal Debit Card DEBIT CARD | | 8.47 | 1,289.25 |
| | | 08/25 Prime Video Channels amzn.com/bill WA | | | |
| 08/26 | 08/26 | Withdrawal POS #724439 | | 4.34 | 1,284.91 |
| | | KENNIES MARKETS BIGLERVI BIGLERVILLE PA | | | |
| 08/27 | 08/27 | Check 1074 Tracer 937000000005382 | | 106.00 | 1,178.91 |
| 08/31 | 08/31 | Deposit Dividend | 0.38 | | 1,179.29 |
| | | Annual Percentage Yield Earned 0.05% from 08/01/25 through 08/31/25 | | | |

**ENDING BALANCE:** **$1,179.29**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 938 | 08/05 | 35.00 | 939 | 08/11 | 60.00 | 1071* | 08/05 | 28.00 |
| 1072 | 08/18 | 60.00 | 1074* | 08/27 | 106.00 | 1000030* | 08/21 | 327.39 |

\* Indicates check out of sequence        6 Checks Cleared for 616.39

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 32.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

| Total Deposits | 1,000.38 | Average Daily Balance | 8,887.11 |
|---|---|---|---|
| Total Withdrawals | 48,499.62 | | |

## REGULAR SAVINGS (0000)

**BEGINNING BALANCE:** **$5.00**

| Eff. Date | Post Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| | | No Activity During This Statement Period | | | |

**ENDING BALANCE:** **$5.00**

## INTEREST ONLY - HELOCS (0001)

**BEGINNING BALANCE:** **$99,819.18**

| Eff. Date | Post Date | Description | Amount | Finance Charge | Fees | Principal | Balance Subject to Finance Charge |
|---|---|---|---|---|---|---|---|
| 08/20 | 08/20 | Payments Transfer From Share 0011 | -699.42 | 699.42 | 0.00 | 0.00 | 99,819.18 |

**ENDING BALANCE:** **$99,819.18**

| Annual Percentage Rate | 8.250% | Credit Limit | 0.00 |
|---|---|---|---|
| Daily Rate of | .022602% | **2024 Interest Paid** | **$9,175.20** |
| Available Credit | 0.00 | | |



| DATE FROM | DATE TO | PAGE | ACCOUNT NUMBER |
|-----------|---------|------|----------------|
| 08/01/2025 | 08/31/2025 | 5 of 5 | XXXXXXX518 |

** Periodic Rate May Vary On This Loan **

**Payment Amt Due:** **699.42**
**Payment Due Date:** **09/20/25**

## YTD SUMMARY

| **TOTAL DIVIDENDS PAID** | | **TOTAL LOAN INTEREST PAID** | |
|---|---|---|---|
| 0000 REGULAR SAVINGS | 0.00 | 0001 INTEREST ONLY - HELOCS | 5,503.76 |
| 0011 CHECKING | 1.79 | | |

Total Year to Date Dividends Paid (Includes Closed Shares)          1.79

This page intentionally left blank

MR ALAN K PATRONO AND

Account Number: 898-44088

# MERRILL
## A BANK OF AMERICA COMPANY

August 01, 2025 - August 29, 2025

## YOUR CMA TRANSACTIONS

**CHECKS WRITTEN/BILL PAYMENT**

| Date Written | Date Cleared | Check Number | Description | Debit | Credit |
|---|---|---|---|---|---|
| | 08/25 | 4232§ | CHECK | 5,000.00 | |
| | 08/26 | 4233§ | CHECK | 28.00 | |
| | 08/25 | 4234§ | CHECK | 1,000.00 | |
| **NET TOTAL** | | | | **6,028.00** | |

§ Check Image available online

To report Lost or Stolen Visa Cards or Checks, please call (800) CMA-LOST.

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 08/04 | ML BANK DEPOSIT PROGRAM | 792.00 | | 08/22 | ML BANK DEPOSIT PROGRAM | | 2,494.00 |
| 08/11 | ML BANK DEPOSIT PROGRAM | 262.00 | | 08/25 | ML BANK DEPOSIT PROGRAM | 6,000.00 | |
| 08/19 | ML BANK DEPOSIT PROGRAM | 72.00 | | 08/26 | ML BANK DEPOSIT PROGRAM | 28.00 | |
| 08/21 | ML BANK DEPOSIT PROGRAM | | 5,608.00 | | | | |
| **NET TOTAL** | | | | | | | **948.00** |

Case 1:25-bk-02214-HWV    Doc 41    Filed 09/17/25    Entered 09/17/25 12:23:33    Desc
Main Document    Page 14 of 27

# YOUR CMA TRANSACTIONS

## DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|------|-------------|------------------|----------|--------|---------------------|
| **Taxable Interest** | | | | | |
| 08/29 | BANK DEPOSIT INTEREST | ¤ Bank Interest | | .02 | .13 |
| | **Subtotal (Taxable Interest)** | | | .02 | .13 |
| | **NET TOTAL** | | | .02 | .13 |

## CASH/OTHER TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|------|-------------|------------------|----------|-------|--------|
| **Electronic Transfers** | | | | | |
| 08/04 | VERIZON WIRELESS<br>0000000022585191600001 | Pre-Authorized Withdrawal | | 167.99 | |
| 08/04 | UNITED DEBT 9492<br>Alan Patrono | Pre-Authorized Withdrawal | | 623.80 | |
| 08/11 | KMF<br>ALAN PATRONO | Pre-Authorized Withdrawal | | 261.69 | |
| 08/19 | IPFS800-277-8878<br>ALAN KIIM PATRONO | Pre-Authorized Withdrawal | | 71.98 | |
| 08/20 | SSA TREAS 310<br>ALAN K PATRONO | Direct Deposit | | | 4,035.00 |
| 08/20 | SSA TREAS 310<br>JANE H PATRONO | Direct Deposit | | | 1,573.00 |
| 08/21 | UNITED DEBT 9492<br>Alan Patrono | Direct Deposit | | | 2,494.34 |
| | **Subtotal (Electronic Transfers)** | | | 1,125.46 | 8,102.34 |
| | **NET TOTAL** | | | | 6,976.88 |

Case 1:25-bk-02214-HWV   Doc 41   Filed 09/17/25   Entered 09/17/25 12:23:33   Desc
Main Document      Page 15 of 27

+

MR ALAN K PATRONO AND

Account Number: 898-44088

August 01, 2025 - August 29, 2025

**MERRILL**
Bull.®
A BANK OF AMERICA COMPANY

# ACCOUNT INVESTMENT OBJECTIVE

**GROWTH:** Objective is to accumulate wealth over time through price appreciation rather than current income. The investor should be willing to accept the risk of price volatility and principal loss In seeking to achieve growth.

If you have changes to your investment objective, please contact your Financial Advisor(s).

# YOUR CMA BANK DEPOSIT INTEREST SUMMARY

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 2,222 | 2,670 | .01 | 0.02 | 3,170 |
| **TOTAL** ML Bank Deposit Program | 2,222 | | | 0.02 | 3,170 |

# YOUR CMA ASSETS

## CASH/MONEY ACCOUNTS

| Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Interest on Deposits | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.97 | 0.97 | 1.0000 | .97 | | |
| +ML BANK DEPOSIT PROGRAM | 3,170.00 | 3,170.00 | 1.0000 | 3,170.00 | 0.02 | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 3,170.97 | | 3,170.97 | | |

## LONG PORTFOLIO

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| | 3,170.97 | 3,170.97 | | | .01 |
| **TOTAL** YIELD .01% | | | | | |

Case 1:25-bk-02214-HWV    Doc 41    Filed 09/17/25    Entered 09/17/25 12:23:33    Desc
Main Document        Page 16 of 27

MR ALAN K PATRONO AND

Account Number: 898-44088

**24-Hour Assistance:** (800) MERRILL

# CMA® ACCOUNT

August 01, 2025 - August 29, 2025

| CASH FLOW | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | $2,222.07 | |
| **CREDITS** | | |
| Funds Received | - | 1,800.00 |
| Electronic Transfers | 8,102.34 | 47,358.35 |
| Other Credits | - | 10,000.00 |
| *Subtotal* | *8,102.34* | *59,158.35* |
| **DEBITS** | | |
| Electronic Transfers | (1,125.46) | (28,252.88) |
| Margin Interest Charged | - | - |
| Other Debits | - | - |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | (6,028.00) | (39,789.97) |
| Advisory and other fees | - | (125.00) |
| *Subtotal* | *(7,153.46)* | *(68,167.85)* |
| **Net Cash Flow** | **$948.88** | **($9,009.50)** |
| **OTHER TRANSACTIONS** | | |
| Dividends/Interest Income | 0.02 | 0.13 |
| Security Purchases/Debits | - | - |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | **$3,170.97** | |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.



| | Allocation |
|---|---|
| ☐ Cash/Money Accounts | 100.00% |
| **TOTAL** | **100%** |

Having an asset allocation that reflects your profile and goals is key to achieving the right outcome. Consult with your advisor to determine an appropriate allocation across all your holdings.

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | X | |

Case 1:25-bk-02214-HWV    Doc 41    Filed 09/17/25    Entered 09/17/25 12:23:33    Desc
Main Document    Page 17 of 27

Online at: **www.mymerrill.com**

Account Number: 898-44088

24-Hour Assistance: (800) MERRILL

**MERRILL** ⚕
A BANK OF AMERICA COMPANY

MR ALAN K PATRONO AND
MRS JANE H PATRONO JTWROS
98 E BROADWAY
GETTYSBURG PA 17325-1303

**Net Portfolio Value:** $3,170.97

## ■ CMA® ACCOUNT

**Your Financial Advisor:**
ADAMS BAKER SCIOTTI GROUP
96 SOUTH GEORGE STREET
YORK PA    17401
1-866-237-0432

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (08/01) | $2,222.07 | |
| Total Credits | 8,102.36 | 59,158.48 |
| Total Debits | (7,153.46) | (68,167.85) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | - | - |
| **Closing Value** (08/29) | $3,170.97 | |

August 01, 2025 - August 29, 2025

| ASSETS | August 29 | July 31 |
|---|---|---|
| Cash/Money Accounts | 3,170.97 | 2,222.07 |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *3,170.97* | *2,222.07* |
| **TOTAL ASSETS** | **$3,170.97** | **$2,222.07** |
| **LIABILITIES** | | |
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | **-** |
| **NET PORTFOLIO VALUE** | **$3,170.97** | **$2,222.07** |
| MARGIN AVAILABLE CREDIT | 3,170.00 | |

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*

*Investment products:*

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|





ALAN K PATRONO
JANE H PATRONO
DEBTOR IN POSSESSION
CH11 CASE #25-02214 (MPA)
98 E BROADWAY
GETTYSBURG PA 17325-1303

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

You control your information - Be aware what you share

It could be something as innocent as your email address or where you bank or live. Be careful what you share and who you share it with.

Fraudsters can use your personal information to steal your identity. They'll get into your accounts or even open new accounts in your name. This costs you money, time to close unauthorized accounts and an emotional toll as you try to repair your good name.

Scammers use all kinds of ways to get you to give up your information:
- Scammers can pose as your bank claiming there is a "problem" with your account.
- Tech imposters will convince you there is "an issue" with your device and get you to give them access to it.
- They'll have you scan QR codes or get you to fill in personal information on fake websites or online surveys.

Don't give them that chance. Protect your information on- and offline!

What to do:
- Use strong, complex passwords on all your accounts. Use two-factor authentication whenever it's available.



- Avoid clicking links in emails or texts. Instead, go directly to the official website or app.
- Be mindful of what you share on social media and who with.
- Use secure Wi-Fi. Avoid public Wi-Fi if possible.
- Install and maintain antivirus and antimalware software on your devices.
- Don't share personal information unless you initiated the contact. Slow down and always verify who you're giving the information to and why to ensure it makes sense.

Remember, it's your information. Share it wisely.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 8/18 | $0.00 |
| Deposits/Additions | 7,030.00 |
| Withdrawals/Subtractions | - 459.96 |
| Ending balance on 8/31 | $6,570.04 |

Account number: 7135402969 (primary account)

ALAN K PATRONO
JANE H PATRONO
DEBTOR IN POSSESSION
CH11 CASE #25-02214 (MPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 8/18 | | Deposit | 30.00 | | 30.00 |
| 8/22 | | eDeposit IN Branch 08/22/25 11:09:37 Am 1153 Carlisle St Hanover PA | 5,000.00 | | 5,030.00 |
| 8/26 | | Purchase authorized on 08/25 Gettysburg Times Gettysburg PA S465237685966173 Card 6264 | | 62.75 | 4,967.25 |
| 8/28 | | Purchase authorized on 08/27 Wine and Spirits 0 Gettysburg PA S385239613140620 Card 6264 | | 44.49 | |
| 8/28 | | Purchase authorized on 08/27 McDonald's F17811 Gettysburg PA S465239617220791 Card 6264 | | 5.18 | |
| 8/28 | | Recurring Payment authorized on 08/27 Apple.Com/Bill 866-712-7753 CA S585239633616998 Card 4322 | | 31.79 | |
| 8/28 | | Recurring Payment authorized on 08/27 Apple.Com/Bill 866-712-7753 CA S465239635573207 Card 4322 | | 10.59 | |
| 8/28 | | Recurring Payment authorized on 08/27 Apple.Com/Bill 866-712-7753 CA S465239636496076 Card 4322 | | 0.99 | |
| 8/28 | | Purchase authorized on 08/28 Sunoco 80009293 Gettysburg PA P00000055368814 Card 4322 | | 33.24 | 4,840.97 |
| 8/29 | | Mobile Deposit : Ref Number :810290139230 | 2,000.00 | | |
| 8/29 | | Purchase authorized on 08/27 Walmart.C 702 SW 8th S Bentonville AR P00000985201621 Card 4322 | | 27.55 | |
| 8/29 | | Purchase authorized on 08/28 Sq *Cashtown Inn Orrtanna PA S305240800081343 Card 6264 | | 70.01 | |
| 8/29 | | Purchase authorized on 08/29 Weis Markets 12 Gettysburg PA P000000455245684 Card 4322 | | 173.37 | 6,570.04 |
| Totals | | | $7,030.00 | $459.96 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/18/2025 - 08/31/2025 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|



*Monthly service fee summary (continued)*

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RD/RD

 **IMPORTANT ACCOUNT INFORMATION**

A new way to avoid the Clear Access Banking monthly service fee

We're updating Clear Access Banking with a new way to avoid the monthly service fee.
Starting October 25, 2025, you'll avoid the $5 monthly service fee when you receive $250 or more in total qualifying (1) electronic deposits in your Clear Access Banking account each fee period. (2)

You can also avoid the fee each fee period with:
- A primary account owner who is 13 to 24 years old (3)
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program (4)

To learn more about Clear Access Banking and its features, visit wellsfargo.com/checking/clear-access-banking. If you have questions, visit Help & Support on the Wells Fargo Mobile® app (5), go to wellsfargo.com/help, or call us anytime at 1-800-TO-WELLS (1-800-869-3557).

1. A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
2. The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.
3. When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee. Customers between 13 and 16 years old must have an adult co-owner.
4. You will receive your Worldwide Military Banking program benefits 45 days after your qualifying non-civilian military direct deposit is deposited into your eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking or wellsfargo.com/depositdisclosures.
5. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.



---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
shown on your statement... . . . . . . . . . . . . . .   $ _____

### ADD
B. Any deposits listed in your                        $ _____
register or transfers into                            $ _____
your account which are not                            $ _____
shown on your statement.              + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ _____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

### SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . . . - $ _____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . .   $ _____

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total $ |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



Cash Received          Exhibit C

1717   from Commonwealth of Pa
1573   Jane Social Security
4035   Alan Social Security
2494.34   Refund Winter Debt


Expenses Exhibit D   from Member Furol

| date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 8/8 | Nells | Food | 39.68 |
| 8/8 | Weiss | Food | 76.36 |
| 8/8 | Money Sharp | Credit Course | 12.00 |
| 8/9 | State Store | Wine | 51.91 |
| 8/9 | Sunoco | gas | 21.80 |
| 8/9 | Wall Mart | Pharmacy | 27.91 |
| 8/10 | LaBella | Take out dinner | 30.52 |
| 8/10 | Chewy | dog Eye Medicine | 62.99 |
| 8/11 | Weiss | Food | 15.27 |
| 8/11 | Weiss | Food | 28.03 |
| 8/11 | Mette Evans | legal fees | 4952.39 |
| 8/11 | Mette Evans | legal fees | 7964.54 |
| 8/11 | Lisa Forsythe | house cleaning | 60.00 |
| 8/13 | Fel N, Cafe | lunch | 48.38 |
| 8/13 | Acme | Food | 16.73 |
| 8/13 | Media Borough | Parking | .75 |
| 8/13 | Washington Inn | Dinner | 187.80 |
| 8/13 | Cape May Peanut Butter | Peanut Butter | 54.38 |
| 8/13 | First Energy | Electric | 317.70 |
| 8/13 | Acme | Food | 3.99 |
| 8/14 | Greenery | lunch | 29.65 |
| 8/14 | Amazon Prime | Can't find | 147.34 |
| 8/15 | Dunkin | Food | 13.59 |
| 8/15 | Gyros Market | Food | 134.91 |
| 8/15 | Acme | Food | 11.31 |
| | | | 88.44 |

14,332.

Exh D Continued

## Members First

| date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 8/16 | Weiss | Food | 117.44 |
| 8/16 | State Store | Wine | 72.03 |
| 8/16 | Weiss | Food | 6.57 |
| 8/17 | Amazon | Toner | 41.17 |
| 8/17 | WalMart | Trash bags | 10.88 |
| 8/17 | McDonalds | lunch | 4.97 |
| 8/17 | Capital Blue Cross | health Ins. | 52.52 |
| 8/18 | Prime | Streaming | 6.35 |
| 8/18 | Etsy | gift | 39.11 |
| 8/18 | Adaro | Clothing | 20.06 |
| 8/18 | Also Forsythe | housecleaning | 60.52 |
| 8/19 | UPMC | Doctor visit | 20.00 |
| 8/19 | Goodwill | Basket material | 36.00 |
| 8/20 | Sam's Club | Food | 119.39 |
| 8/20 | Jersey Mikes | Dinner | 45.68 |
| 8/20 | Hollabaugh's | Food | 49.95 |
| 8/20 | Capital Blue | Health Ins | 52.80 |
| 8/20 | Members First | Interest on loan | 699.42 |
| 8/21 | McDannells | Fruit | 39.20 |
| 8/21 | Adams C. Tax Bureau | R.E. Taxes | 327.39 |
| 8/22 | Old Navy | Clothing | 21.19 |
| 8/22 | WalMart | Prescription | 156.63 |
| 8/22 | Millhimes | Car Inspection Service | 128.71 |
| 8/23 | State Store | Wine | 35.72 |
| 8/22 | Gettysburg Dentist | Dental | 88.00 |
| 8/23 | Etsy | gift | 19.73 |
| 8/24 | Weiss | Food | 95.93 |
| 8/24 | LaBella | Dinner | 36.52 |
| 8/24 | Weiss | Food | 23.53 |
| 8/24 | Ebay | gift | 14.83 |
| 8/24 | Ebay | gift | 10.76 |
| 8/25 | Squires | Refrig. Filters | 70.00 |
| 8/25 | Comcast | Phone, internet + T.V | 338.76 |
| 8/25 | Prime | Streaming | 8.47 |
| 8/26 | Kennies | Food | 4.34 |

2858.80

Exhibit D. Continued

### Members First

| date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 8/27 | Kosmo Kuts | Dog Grooming | 106.00 |

### ACNB

| date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 8/8 | Met Ed | Electric | 434.84 |
| 8/11 | GBurg Boro | Stormwater | 50.00 |
| 8/11 | GBurg Boro | Stormwater | 100.00 |
| 8/11 | GBurg Boro | Stormwater | 25.00 |
| 8/11 | Alan Patrono | Cash | 100.00 |
| 8/25 | Alan Patron | Cash | 100.00 |
| 8/25 | ACNB | Maintenance fee | 7.95 |
| 8/28 | GBurg Tax Collector | Tax | 11.00 |
| 8/28 | Confederate Woods | Vet | 437.55 |

### Merrill Lynch

| date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 8/11 | Kia Finance | Lease | 261.69 |
| 8/19 | IPFS | Legal Ins | 71.98 |
| 8/26 | Hairspray | Haircut | 28.00 |

### Wells Fargo

| date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 8/26 | Gettysburg Times | Newspaper | 62.75 |
| 8/28 | State Store | Wine | 44.49 |
| 8/28 | McDonalds | Lunch | 5.18 |
| 8/28 | Apple | Streaming | 31.79 |
| 8/28 | Apple | Streaming | 10.59 |

1888.81

NJH

Schedule D Cont

Wells Fargo

| date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 8/28 | Apple | Storage | .99 |
| 8/28 | Sunoco | gas | 33.24 |
| 8/29 | Walmart | Pharmacy | 27.55 |
| 8/29 | Charltown Inn | Dinner | 70.01 |
| 8/29 | Weiss | Food | 173.01 |

304.79

19,384.65