IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Alan Kim Patrono and Jane H. Patrono,<br>              Debtors | Chapter 11<br><br>Case No. 1:25-bk-02214 |

DEBTORS' MOTION TO APPOINT MARSHALL L. MILLER AND
<u>MOUNTAIN REALTY ERA POWERED AS REALTOR FOR THE DEBTORS</u>

COMES NOW, this 30th day of September, 2025, the Debtors, by their counsel, CGA Law Firm, Lawrence V. Young, Esquire, and does file the within Motion averring that:

1.      Alan Kim Patrono and Jane H. Patrono (hereinafter referred to as "Debtors") filed a voluntary Chapter 11 Petition on August 8, 2025.

2.      The Debtor wishes to employ Marshall L. Miller and Mountain Realty ERA Powered, 914 Fairfield Road, Gettysburg, Pennsylvania 17325, as its Realtor. Debtors believe the services to be provided by Marshall L. Miller and Mountain Realty ERA Powered, including, but not limited to, listing and selling real estate and interests in real estate and businesses, are necessary to an effective reorganization.

3.      The Debtor has selected Marshall L. Miller and Mountain Realty ERA Powered as he is familiar with the Debtors' assets. Debtors believe the services to be provided by Marshall L. Miller and Mountain Realty ERA Powered are necessary to an effective reorganization.

4.      The Marshall L. Miller and Mountain Realty ERA Powered shall be compensated at broker's fee of $295.00 as well as a share in the six (6%) percent total commission. If a co-broker is involved in the transaction, the total commission to be paid will be three (3%) percent of the gross sale price of the Property to be paid when the Property actually goes to settlement and proceeds therefrom distributed. A copy of the Listing Agreements is attached hereto and

{02452519/1}

incorporated herein by reference as Exhibit "A."  Marshall L. Miller and Mountain Realty ERA Powered understands that a "Dual Agency" is not permitted.

6.	Marshall L. Miller and Mountain Realty ERA Powered represents no other entity in connection with this case, is a disinterested party as that term is defined in 11 U.S.C. § 101(14), and represents or holds no interest adverse to the Bankruptcy Estate with respect to the matters on which it is to be employed, as noted in the Affidavit of Professional which is attached hereto and incorporated herein by reference as Exhibit "B".

WHEREFORE, the Debtor in Possession requests this Honorable Court to enter an Order authorizing the Debtor in Possession to employ Marshall L. Miller and Mountain Realty ERA Powered as Realtor for the Debtors.

Respectfully submitted

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Sup. Ct. I.D. No. 21009
135 North George Street
York, PA 17401
(717) 848-4900
Counsel for Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
    Alan Kim Patrono and Jane H. Patrono,
              Debtors

Chapter 11

Case No. 1:25-bk-02214

CERTIFICATE OF SERVICE

I certify that on September 29, 2025, a true and correct copy of the attached Motion was

served upon the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| United States Trustee | Via CM/ECF |
| Lisa Ann Rynard, Esquire | Via CM/ECF |
| Joseph P Schalk, Esquire | Via CM/ECF |

Dated: September 30, 2025

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Sup. Ct. I.D. No. 21009
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900

{02452519/1}