# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  | Chapter 11

Alan Kim Patrono and Jane H. Patrono,
Debtors  | Case No. 1:25-bk-02214

### AFFIDAVIT OF PROFESSIONAL

This Affidavit is signed this 29th day of September, 2025, by the below signed individual who proposes to be retained as a professional in the above-captioned bankruptcy action. The Affiant does swear or affirm that:

Affiant proposes to be retained by the Debtors as Realtor for the Debtors.

Affiant has no other interest or connection in the administration of the above-captioned Estate, except as follows:

Debtors met with Affiant prior to bankruptcy filing to discuss listing Jane Patrono's one-third (1/3) interest in Hauser Family Farms, LLC. No listing was ever finalized.

Any connection noted above does not in any way leave the Affiant as anything other than a disinterested party as it has been made clear that the Debtors are the realtor's clients.

Affiant knows of no interest which would render the Affiant unable to perform services to the standards of the Affiant's profession.

Affiant asserts that if any pre-petition claim exists that would render Realtor as other than disinterested, it is hereby waived with prejudice.

Realtor received no pre-petition retainer from the Debtors.

Mountain Realty ERA Powered

By: Marshall L. Miller
Affiant

{02440093/1}