| | |
|---|---|
| In Re: | Chapter 11 |
| Alan Kim Patrono and Jane H. Patrono, Debtors | Case No. 1:25-bk-02214 |

### DEBTORS' MOTION TO APPOINT AARON MARTIN, ESQUIRE AND METTE EVANS & WOODSIDE AS SPECIAL COUNSEL FOR THE DEBTORS

AND NOW, this 30th day of September, 2025, comes the Debtors, by their counsel, CGA Law Firm, Lawrence V. Young, Esquire, and does file the within Motion averring that:

1.  Alan Kim Patrono and Jane H. Patrono (hereinafter referred to as "Debtors") filed a voluntary Chapter 11 Petition on August 8, 2025.

2.  The Debtors need the services of Special Counsel to represent them with respect to all legal matters relating to the State Court proceedings.

3.  The Debtors propose to retain Aaron Martin, Esquire and Mette, Evans & Woodside, 3401 North Front Street, Harrisburg, Pennsylvania 17110-0950, as their Special Counsel.

4.  The Debtors have selected these attorneys because they have had considerable experience in matters of this character and the Debtors believe they are well qualified to represent them in this proceeding.

5.  Mette, Evans & Woodside represents no other entity in connection with this case, is a disinterested party as that term is defined in 11 U.S.C. § 101(14), and represents or holds no interest adverse to the interest of the Estate with respect to the matters on which it is to be employed, except as noted in the Affidavit of Professional which is attached hereto and incorporated herein by reference.

6.  This case is scheduled to go to trial in the Adams County Court of Common Pleas in late October of 2025. Counsel has been involved in this litigation for years. Having to change counsel would be highly detrimental to the Debtors' litigation.

7.  All partners, associates and paralegals shall be compensated at their appropriate hourly rates, which are based upon experience and seniority. Ronald L. Finck, Esquire and Aaron

{02432828/1}

Martin, Esquire, have been assigned by Mette, Evans & Woodside as primary counsel. Attorneys billable rates at Mette, Evans & Woodside range from $215 and $550 per hour.

8.      Mette, Evans & Woodside received the total sum of $541,981.47 from the Debtors. The amount of $541,981.47 was expended by Special Counsel for pre-petition legal services. No funds remains in Special Counsel's trust account as a retainer. Any compensation shall be paid only upon approval of the Bankruptcy Court.

9.      Counsel wishes to retain its prepetition claim of $332,977.15 as a condition of representation.

WHEREFORE, the Debtors request this Honorable Court to enter the attached Order appointing Aaron Martin, Esquire and Mette, Evans & Woodside as Special Counsel for the Debtors.

Respectfully submitted,

CGA Law Firm

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Sup. Ct. I.D. No. 21009
135 North George Street
York, PA 17401
(717) 848-4900
Counsel for the Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 11 |
|---|---|
| Alan Kim Patrono and Jane H. Patrono, Debtors | Case No. 1:25-bk-02214 |

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Office of the U.S. Trustee

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900

{02432828/1}