IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  |  Chapter 11
    Alan Kim Patrono and Jane H. Patrono, |
        Debtors  |  Case No. 1:25-bk-02214

## AFFIDAVIT OF LEGAL SERVICES PROVIDER

This Affidavit is signed this 30th day of September, 2025, by the below signed law firm, Mette, Evans & Woodside, which proposes to be retained as a professional by the above-captioned parties in this bankruptcy action for matters pending in the Pennsylvania Courts of Common Pleas. The Affiant does swear or affirm that:

Affiant proposes to be retained by the Debtors as counsel for the Debtors.

Affiant has no other interest or connection in the administration of the above-captioned Estate, except as follows:

        Debtors owe Affiant $332,977.15 for incurred but unpaid pre-Petition legal services and costs.

        Mette, Evans & Woodside received the total sum of $541,981.47 from the Debtors in payment for legal services and costs paid.

        The total amount of $874,958.62 was incurred by Debtors for services provided and costs incurred by Special Counsel for pre-petition legal services.

        There is no amount in Special Counsel's trust account as a retainer for this account.

Debtors confirmed a fee arrangement with Mette, Evans & Woodside on or about September 30, 2025, a copy of which is attached.

Any connection noted above does not in any way leave the Affiant as anything other than a disinterested party.

Affiant knows of no interest which would render the Affiant unable to perform services to the standards imposed by the Pennsylvania Rules of Professional Conduct or the Rules of this Honorable Court of the Courts of the Commonwealth of Pennsylvania.

Affiant has not received a pre-petition retainer.

Mette Evans & Woodside

By: Kathryn L. Simpson, Esquire
Managing Partner, Mette, Evans & Woodside
Affiant

3446616v1