

-KATHRYN L. SIMPSON, ESQUIRE

DIRECT DIAL: (717) 231-5221
E-MAIL: klsimpson@mette.com

September 30, 2025

Via email: alank@appleleaf.com

Alan K. Patrono
Jane H. Patrono
98 East Broadway
Gettysburg, PA 17325

     **Re:    Engagement of Counsel**

Dear Mr. and Mrs. Patrono:

We are pleased that you have engaged our law firm to serve as your counsel. This will confirm prior oral representations that gave rise to this firm representing you in several matters that are on-going. It is our policy to confirm in writing the nature of the engagement and the terms of our legal representation. If you do not understand all of the terms or language in this engagement agreement, please contact me prior to signing this engagement agreement.

**Scope of Representation:** We have been engaged to act as counsel to you regarding defending you in the following coordinated matters: H&M Holdings Group, LLC, Hauser Family Farms LLC, Melinda H. Davis, and Hannah M. Hauser v. Alan Patrono and Jane Hauser Patrono (and others) which are pending in the Court of Common Pleas.

If such matters arise later, you agree that this engagement does not apply to any related legal matter. Therefore, a separate engagement agreement for provision of services and dealing with our legal services pertaining to such matters.

**Limited Scope of Representation:** Other than as described above, the scope of our representation does not include advice or services regarding accounting, tax, personal financial matters or business management, and related non-legal matters and advice. If you wish for us to consult with other professionals retained by you regarding this matter, we will communicate with you in writing to confirm the scope of such consultations prior to initiating same.

**Fees and Billing Statements:** We will submit a bill to you every month. Expenses will be separately stated on the bill and our fees will be charged as indicated below. Our billing statements are due and payable upon presentation and are overdue if not paid by the due date set forth on the statements. If you fail to pay our statements in full on or before the due date set forth on the statements, we reserve the right to assess you with a monthly service charge equal to 1% of all fees, expenses and disbursements that are past due. In no event will the service charge be

3401 North Front Street, Harrisburg, PA 17110   717-232-5000   Fax 717-236-1816
7 Interplex Drive, Suite 400, Trevose, PA 19053   215-355-7260   Fax 215-355-7664
www.mette.com

greater than that permitted by any applicable law.

You are responsible for payment of all legal fees, expenses, and disbursements. Please see the "Expenses" and "Late Payment and Failure to Pay" provisions of this agreement for further information.

On the basis of our time, our hourly billing rates range from $265 per hour to $525 per hour depending on the experience of the attorney.

Throughout the pendency of these matters, counsel assigned has been Ronald L. Finck, Esquire and Aaron D. Martin, Esquire. Mr. Martin is the primary attorney handling this matter. However, from time to time, we may make use of other attorneys in the office whose billable rates range from $215 to $550 per hour. To the extent possible, we will use paralegals for appropriate tasks. From time to time, it is necessary to adjust our hourly rates to compensate for increased experience factors or for inflationary cost increases in our economy. We will, of course, notify you of such adjustments.

**Expenses:** In the course of rendering services to you, it may be necessary for us to incur expenses for filing fees, transcripts, printing, copying, mailing, expedited delivery services and the like. We do not charge overtime for firm secretarial and other staff services unless the need for overtime is caused by you, the client. The actual expenses incurred will vary depending on the services that we provide to you.

Expense items incurred on your behalf will be itemized separately and listed on our billing statements as "disbursements." As is customary, expense disbursements may not be current at the time of final billing. Remaining disbursements, if any, will be billed at a later date.

**Responsibilities of Law Firm and Client:** We will provide only legal services, as previously described in the "Scope of Representation" and "Limited Scope of Representation" sections of this engagement agreement. We will keep you apprised of developments and will consult with you as necessary to ensure the timely, effective, and efficient completion of our work. You acknowledge that we cannot guarantee either the outcome or the timing to complete legal services on your behalf.

You agree to be truthful and cooperative with us, to respond to our inquiries and communications promptly and to provide promptly all information known or available that may be relevant to our engagement. You will provide us with factual information and materials as we require in order to perform the foregoing services. You acknowledge and agree that you remain responsible for making all business or technical decisions and that you are not relying on us for accounting, tax, personal financial matters or business management, and

related non-legal matters and advice. You also acknowledge that we are not responsible for investigating the character or credit of persons with whom you may be dealing.

As a matter of our professional responsibility and as long as in our judgment it will not substantively injure your position in this matter, we retain control over decisions affecting our reputation and professionalism. This discretion, includes, among other decisions, whether to extend deadlines for opposing counsel; whether to cooperate with opposing counsel in scheduling or similar matters; and whether and how matters should be argued in correspondence, pleadings, or to a court or administrative body.

We may provide to you newsletters or similar materials regarding general legal developments or matters of current interest. Similarly, we may invite you to attend seminars or symposia where legal topics are discussed. In our experience, such information or events are educational, because a well-informed client will be better able to make decisions about the need for future legal representation. However, it is understood that such communications do not constitute legal advice, and do not create an attorney-client relationship beyond the scope of the representation described herein.

**Termination:** You may terminate this representation at any time with or without cause by notifying us in writing of your desire to do so. Upon receipt of the notice to terminate representation, we will cease all legal work on your behalf immediately. You will be responsible for paying all legal fees, expenses and disbursements incurred on your behalf in this matter until written notice of termination is received by our firm.
If you terminate the representation before the conclusion of the matter, we will be entitled to receive payment for the services rendered.

To the extent permitted by rules of professional conduct and the court, we may terminate our representation at any time if you breach any material term of this agreement, fail to cooperate or follow our advice on a material matter, if a conflict of interest develops or is discovered, or if there exists, at any time, any fact or circumstance that would, in our opinion, render our continuing representation unlawful, unethical, or otherwise inappropriate.

If we elect to terminate our representation, you will timely take all steps reasonably necessary and will cooperate as reasonably required to relieve us of any further obligation to perform legal services, including the execution of any documents necessary to complete our withdrawal from representation. In such case, you agree to pay for all legal services performed and any legal fees, expenses or disbursements incurred on your behalf before the termination of our representation in accordance with the provisions of this agreement.

September 30, 2025
Page 4

**Electronic Data Communication and Storage;** In order to expedite communication, we routinely use unencrypted e-mail. Unless emails are encrypted, it is possible that messages may be reviewed by someone other than the intended recipient. As a result, confidentiality and the attorney/client privilege cannot be guaranteed with respect to communications sent electronically. If you wish to avoid this risk, you may request that we communicate solely in person or via telephone, facsimile, ordinary mail, or a form of express delivery. Unless we receive such a request, it is understood we are authorized to use unencrypted e-mail to communicate with you and others about your case.

**File Retention and Destruction:** Please be advised that it is the policy of Mette, Evans & Woodside to retain client files for a minimum of five (5) years following termination of a case. At that time, the file may be destroyed. Our policy is not to destroy files in ongoing matters, including ongoing corporate representation and estate planning. Prior to its destruction, you may forward a written request for the return of the file, which we will provide you at no additional cost except for postage or shipping charges, provided that all sums due and owing the firm are paid in full. Upon closing of the file, the firm will attempt to return to you, at your last address with our firm, any original documents contained in the file. No other notice will be provided prior to destruction of the file. If you have any questions about the length of time your file will be retained, please ask.

**No Guarantee of Success:** It is expressly acknowledged by you that this law firm has not made any warranties or representations to you, nor have we given you any assurances as to the favorable or successful resolution of your claim or defense of the action referred to above; nor as to the favorable outcome of any legal action that may be filed; nor as to the nature or amount of any awards or distributions of property, attorney fees, costs, or any other aspects of this matter. All of this law firm's expressions relative to your case are limited only to estimates based upon our experience and judgment and are only our opinion. Such expressions should not be considered as representations, promises, or guarantees of results, which might be obtainable, either by way of a negotiated settlement or in a contested trial.

**Client Review of this Agreement:** You have a right to have this engagement agreement reviewed by another law firm prior to signing it. Likewise, you have the right to review this engagement agreement outside the presence of this law firm and away from the law firm's office prior to signing it. You understand that this law firm is not retained until you have counter-signed this letter and returned it to us.

September 30, 2025
Page 5

If you have any questions or concerns about the terms of this engagement agreement, please contact us immediately. On behalf of Mette, Evans & Woodside, we appreciate the opportunity to provide these services.

Very truly yours,

KATHRYN L. SIMPSON
Managing Partner

AGREED TO:

ALAN K. PATRONO

JANE H. PATRONO

3448855v1