# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Alan Kim Patrono
fdba Patrono & Murphy LLC, fdba Apple Leaf Abstracting & Settlement Co.

**Debtor 1**

Jane H. Patrono

**Debtor 2**

Chapter: 11

Case number: 1:25−bk−02214−HWV

Document Number: 55

Matter: DEBTORS MOTION TO APPOINT MARSHALL L. MILLER AND MOUNTAIN REALTY ERA POWERED AS REALTOR

Alan Kim Patrono
Jane H. Patrono
**Movant(s)**

vs.

H&M Holdings Group, LLC
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 8, 2025.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | Date: 11/4/25<br><br>Time: 09:30 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 8, 2025 |

nthrgreq(02/19)