IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Alan Kim Patrono and Jane Hauser Patrono,<br>                                 Debtors<br><br>Alan Kim Patrono and Jane Hauser Patrono,<br>                                 Movants<br>v.<br><br>H&M Holdings Group, LLC,<br>Hauser Family Farms, LLC,<br>Melinda H. Davis; and<br>Hannah M. Hauser<br>                                 Respondents | Chapter 11<br><br>Case No. 1:25-bk-02214 |

## DEBTORS' MOTION FOR EXPEDITED CONSIDERATION

AND NOW, this 8th day of October, 2025, comes the Debtors, by and through their counsel, CGA Law Firm, Lawrence V. Young, Esquire, and does file the within Motion requesting an expedited hearing, as follows:

    1. Movants are the within Debtors, Alan Kim Patrono and Jane H. Patrono (hereinafter "Debtors"), at all times represented by the CGA Law Firm, Lawrence V. Young, Esquire.

    2. The Respondents are H&M Holdings Group, LLC, Hauser Family Farms, LLC, Melinda H. Davis and Hannah M. Hauser, at all times represented by their counsel, Obermayer, Rebmann, Maxwell & Hippel, LLP, Paige Macdonald-Matthes, Esquire.

    3. This Honorable Court has lifted the Automatic Stay for the purpose of litigation to proceed in the Court of Common Pleas in Adams County.

    4. To that end, a Motion was filed by the Debtors, through their counsel, to have Special Counsel appointed for their continued representation in that litigation.

    5. Special counsel is proposed to be Aaron Martin, who has been the Debtors' counsel throughout much of the Common Pleas litigation.

    6. The Respondents', by their counsel, objected to Aaron Martin being appointed as Special Counsel. The reasons for the objection, while they speak for themselves, are believed to be without merit.

{02433117/1}

7. A hearing before the Court of Common Pleas in Adams County is scheduled to begin October 23, 2025 at 8:30 a.m. The Court has announced that it will not delay the hearing regardless.

8. A hearing before the Bankruptcy Court on the issue of appointing Aaron Martin as Special Counsel needs to be conducted before October 23, 2025 at 8:30 a.m.

9. In order for the Debtors to have a formal Bankruptcy Court approved relationship with counsel, it is imperative that Aaron Martin and his firm be appointed as Special Counsel for the Debtors in the ongoing litigation, and that it be accomplished prior to October 23, 2025.

10. A decision on this matter from the Bankruptcy Court must be made as much in advance as possible of the trial date before the Court of Common Pleas so that Aaron Martin can fully prepare.

WHEREFORE, it is requested that this Motion be granted setting up an expedited hearing on the Motion for the Appointment of Special Counsel and dealing with the objections filed thereto.

Respectfully submitted,

CGA Law Firm

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Supreme Ct. I.D. No. 21009
Counsel for Debtor in Possession
135 North George Street
York, PA 17401
(717) 848-4900
Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Alan Kim Patrono and Jane H. Patrono,<br>                       Debtors | Chapter 11<br><br>Case No. 1:25-bk-00938 |

CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2025 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

| Name | Mode of Service |
|---|---|
| United States Trustee | Via CM/ECF |
| Lisa Ann Rynard, Esquire | Via CM/ECF |
| Joseph P Schalk, Esquire | Via CM/ECF |
| Rachel Wolf, Esquire | Via CM/ECF |

      I hereby certify that on October 8, 2025 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and sent notification of such filing to the following Filing Users by email:

Paige Macdonald-Matthes, Esquire      pmm@obermayer.com

Dated: 10/08/2025

                                      /s/Lawrence V. Young, Esquire
                                      Lawrence V. Young, Esquire
                                      CGA Law Firm
                                      135 North George Street
                                      York, PA 17401
                                      (717) 848-4900

{02433117/1}