## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month.  _September_

Line of business: _Jane Patrono – Landowning Co. Hauser Family Farm_
_Alan Patrono – Attorney_

Date report filed:  _____ MM / DD / YYYY

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  _Alan K Patrono + Jane H. Patrono_

Original signature of responsible party  _Alan K Patrono    Jane H Patrono_

Printed name of responsible party  _Alan K Patrono + Jane H. Patrono_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19 **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _14,923.49_

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ _7467.48_

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ _11,328.73_

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _3861.25_

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _11,067.24_

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24 **Total payables**

(Exhibit E)

$ _0_

Case 1:25-bk-02214-HWV   Doc 66   Filed 10/21/25   Entered 10/21/25 08:49:02   Desc
Main Document      Page 2 of 19

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**          $ 0

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          0
27. What is the number of employees as of the date of this monthly report?          0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ 23,000
30. How much have you paid this month in other professional fees?          $ 0
31. How much have you paid in total other professional fees since filing the case?          $ 0

## 7. Projections  *See page 4*

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:          $ _____
36. Total projected cash disbursements for the next month:          - $ _____
37. Total projected net cash flow for the next month:          = $ _____

Case 1:25-bk-02214-HWV    Doc 66    Filed 10/21/25    Entered 10/21/25 08:49:02    Desc
Main Document      Page 3 of 19

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Projections:

They are difficult because we lost tenants from 28 + 30 West Middle Street in the amount of 2,100 per month. This was due to the interference from Pl's attorney as per our filing. It is difficult to determine what the expenses will be until a couple of months go by. We are attempting to remedy this by selling 28 west Middle which is the empty building.

We have been shut out of the real and potential income from Hauser Family Farms due to the manipulation of the rents by the Pl's. We are attempting to remedy this by selling Jane's 1/3 interest in the entity that owns the winery i.e. Hauser Family farms.

Print      Save As...      Reset

# Wells Fargo Clear Access Banking℠



ALAN K PATRONO
JANE H PATRONO
DEBTOR IN POSSESSION
CH11 CASE #25-02214 (MPA)
98 E BROADWAY
GETTYSBURG PA 17325-1303

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo using texts and automated calls that look real.

Wells Fargo will not contact you and ask you to:
- Provide your PIN, access code, or card information.
- Give device passwords, share your screen, or join a video call.
- Withdraw cash and deposit it to another account.
- Send money to a person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- Hand over, mail, or leave your card somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app* or online. If you think your card has been used fraudulently, please contact us as soon as possible.



WELLS FARGO

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $6,570.04 |
| Deposits/Additions | 9,322.75 |
| Withdrawals/Subtractions | - 8,014.92 |
| Ending balance on 9/30 | $7,877.87 |

Account number: 7135402969 (primary account)

ALAN K PATRONO
JANE H PATRONO
DEBTOR IN POSSESSION
CH11 CASE #25-02214 (MPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/2 | | Purchase authorized on 08/28 Chewy.Com 800-672-4399 FL S465240521807563 Card 6264 | | 67.99 | *dog Medicine* |
| 9/2 | | Purchase authorized on 08/29 WWW.Hottopic.Com 800-370-1934 CA S305241663420303 Card 4322 | | 35.40 | *clothing* |
| 9/2 | | Purchase authorized on 08/29 Amazon Mktpl*W00lc Amzn.Com/Bill WA S305241788343382 Card 4322 | | 15.14 | *Sweatshirt* |
| 9/2 | | Purchase authorized on 08/29 Prime Video Channe Amzn.Com/Bill WA S465241798630852 Card 4322 | | 13.77 | *Streaming* |
| 9/2 | | Purchase authorized on 08/29 Amazon Mktpl*Qj1Ew Amzn.Com/Bill WA S385241804727879 Card 4322 | | 6.74 | *Book* |
| 9/2 | | Purchase authorized on 08/30 McDannells Fruit Farm Biglerville PA P305242530827908 Card 4322 | | 22.00 | *Fruit* |
| 9/2 | | Purchase authorized on 08/31 Amazon Mktpl*Vb1Gw Amzn.Com/Bill WA S465243573631659 Card 4322 | | 13.73 | *gift - Ornament* |
| 9/2 | | Purchase authorized on 08/31 McDannells Fruit F Biglerville PA S305243622617968 Card 6264 | | 7.00 | *Fruit* |
| 9/2 | | Purchase authorized on 08/31 Weis Markets 12 Gettysburg PA P000000483565664 Card 6264 | | 15.76 | *Food* |
| 9/2 | | Purchase authorized on 09/01 Weis Markets 12 Gettysburg PA P000000957080188 Card 6264 | | 4.30 | *Food* |
| 9/2 | | Purchase authorized on 09/01 Amazon Mktpl*3T1U2 Amzn.Com/Bill WA S385244607665350 Card 4322 | | 16.61 | *gift* |
| 9/2 | | Purchase authorized on 09/01 Prime Video Channe Amzn.Com/Bill WA S305244798934742 Card 4322 | | 9.53 | *Streaming* |
| 9/2 | | Purchase authorized on 09/02 Wal-Mart #1537 Gettysburg PA P000000556512466 Card 6264 | | 10.58 | *Eye Medicine* |
| 9/2 | | Honda Pmt 8005435636 C25241 2Uyystysd78K3Q5 Alan K Patrono | | 506.47 | *Lease* |
| 9/2 | | Columbia Gas of BILLPAY 250830 104234360030002 Alan K Patrono | | 63.93 | 5,761.09 *house service* |
| 9/3 | | Purchase authorized on 09/01 Trugreen *Lockb 800-878-4733 TN S385244536592364 Card 6264 | | 79.27 | *Lawn Care* |
| 9/3 | | Purchase authorized on 09/03 Wine and Spirits 0101 Gettysburg PA P000000785872329 Card 4322 | | 43.43 | 5,638.39 *Wine* |
| 9/4 | | Purchase authorized on 09/03 Prime Video Channe Amzn.Com/Bill WA S465246685074080 Card 4322 | | 10.59 | *Streaming* |
| 9/4 | | Purchase authorized on 09/03 Progressive *Insur 800-776-4737 OH S465246692405908 Card 6264 | | 360.82 | *Residence* |
| 9/4 | | Purchase authorized on 09/04 Wal-Mart 1270 York Rd Gettysburg PA P000000551486504 Card 4322 | | 13.96 | *drugs* |
| 9/4 | | Purchase Return authorized on 09/04 Wal-Mart Store Gettysburg PA P000000782228189 Card 4322 | *returned slack* 6.98 | | |
| 9/4 | | Purchase Return authorized on 09/04 Wal-Mart #1537 Gettysburg PA P000000653594456 Card 4322 | 6.98 | | 5,266.98 |
| 9/5 | | Purchase authorized on 09/03 Amazon Mktpl*21915 Amzn.Com/Bill WA S585246781889089 Card 4322 | | 28.00 | *Clothing* |
| 9/5 | | Purchase authorized on 09/03 Amazon Mktpl*Cp9Gt Amzn.Com/Bill WA S465247021199411 Card 4322 | | 26.50 | *gift* |
| 9/5 | | Purchase authorized on 09/04 Amazon RETA* TI6IL WWW.Amazon.CO WA S585247808922488 Card 4322 | | 19.03 | *Calender* |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/5 | | Purchase authorized on 09/05 Weis Markets 12 Gettysburg PA P000000481477525 Card 6264 | | 68.93 | 5,124.52 Food |
| 9/8 | | Purchase Return authorized on 09/06 Amazon Mktplace PM Amzn.Com/Bill WA S465249695210477 Card 4322 | 8.79 | | |
| 9/8 | | Purchase authorized on 09/04 Adams Endocrinolog Gettysburg PA S305247486384370 Card 4322 | | 20.00 | doctor Apd |
| 9/8 | | Purchase authorized on 09/04 Pennsylvania Cance Gettysburg PA S585247646105955 Card 4322 | | 20.00 | doctor Apd |
| 9/8 | | Recurring Payment authorized on 09/04 Apple.Com/Bill 866-712-7753 CA S385248188162930 Card 4322 | | 0.99 | Storage |
| 9/8 | | Recurring Payment authorized on 09/05 Apple.Com/Bill 866-712-7753 CA S465248556409275 Card 6264 | | 0.99 | Storage |
| 9/8 | | Recurring Payment authorized on 09/05 Apple.Com/Bill 866-712-7753 CA S585248559348810 Card 6264 | | 10.59 | Streaming |
| 9/8 | | Purchase authorized on 09/05 Tst*Sign of The Bu Gettysburg PA S385249000466115 Card 6264 | | 111.30 | Diner out |
| 9/8 | | Purchase authorized on 09/06 Etsy, Inc. 718-8557955 NY S585249637948261 Card 4322 | | 15.89 | |
| 9/8 | | Purchase authorized on 09/06 Sq *Rockwell Lanes Gettysburg PA S585249759415265 Card 6264 | | 1.59 | Food |
| 9/8 | | Purchase authorized on 09/06 Sq *Rockwell Lanes Gettysburg PA S385249779694611 Card 6264 | | 5.82 | Food |
| 9/8 | | Purchase authorized on 09/06 Tommys Pizza Gettysburg PA S585249811373579 Card 6264 | | 14.45 | Food |
| 9/8 | | Purchase authorized on 09/07 McDannells Fruit F Biglerville PA S385250676482047 Card 6264 | | 14.00 | Fruit |
| 9/8 | | Purchase authorized on 09/08 Hot Topic #784 Gettysburg PA P000000283270737 Card 4322 | | 8.48 | |
| 9/8 | | Purchase authorized on 09/08 Cvs/Pharmacy #01 01921--1 Gettysburg PA P305251572681342 Card 6264 | | 32.57 | 4,876.64 drugs |
| 9/9 | | Purchase authorized on 08/30 Amazon Mktpl*0982F Amzn.Com/Bill WA S615252476431913 Card 4322 | | 26.48 | |
| 9/9 | | Purchase with Cash Back $ 20.00 authorized on 09/09 Weis Markets 12 Gettysburg PA P000000482874051 Card 4322 | | 49.84 | 4,800.32 Food |
| 9/10 | | Purchase authorized on 09/08 Pepperidge Farm - Gettysburg PA S385251542284687 Card 4322 | | 15.38 | Food |
| 9/10 | | Purchase authorized on 09/09 Sunoco 0286836200 Biglerville PA S585252656398107 Card 6264 | | 26.70 | Gas |
| 9/10 | | Purchase authorized on 09/09 Jersey Mikes 8064 Gettysburg PA S465252712234320 Card 6264 | | 60.41 | Dinner |
| 9/10 | | Purchase authorized on 09/10 Marshalls #1447 Gettysburg PA P000000854926120 Card 4322 | | 20.01 | Toiletries |
| 9/10 | | Purchase authorized on 09/10 Wine and Spirits 0101 Gettysburg PA P000000582649405 Card 6264 | | 57.20 | Wine |
| 9/10 | | Purchase authorized on 09/10 Weis Markets 12 Gettysburg PA P000000482566644 Card 6264 | | 82.24 | 4,538.38 Food |
| 9/11 | | Mobile Deposit : Ref Number :712110590129 | 1,000.00 | | |
| 9/11 | | Mobile Deposit : Ref Number :812110590429 | 1,000.00 | | |
| 9/11 | | Purchase authorized on 09/09 Tst*Carriage House Emmitsburg MD S385252606117686 Card 4322 | | 21.42 | Dinner |
| 9/11 | | Kmf Kmfusa.Com 250910 2415766035 Alan Patrono | | 261.69 | Lease 6,255.27 |
| 9/12 | | Purchase authorized on 09/11 McDannells Fruit F Biglerville PA S585254515156548 Card 4322 | | 12.00 | Fruit |
| 9/12 | | Purchase authorized on 09/11 Apple.Com/Bill 866-712-7753 CA S585254604342343 Card 4322 | | 21.19 | Streaming |
| 9/12 | | Purchase authorized on 09/11 Kindle Unltd*PA3Vs 888-802-3080 WA S385254827887437 Card 4322 | | 12.71 | Book |
| 9/12 | | Purchase authorized on 09/11 Prime Video Channe Amzn.Com/Bill WA S465255025159415 Card 4322 | | 9.53 | Streaming |
| 9/12 | | Bill Pay Pcsri on-Line xxxxxx9287 on 09-12 | | 25.00 | Medical Bill |
| 9/12 | | Bill Pay Pcsri on-Line xxxxxx9287 on 09-12 | | 302.66 | Medical Bill |
| 9/12 | | Purchase with Cash Back $ 20.00 authorized on 09/12 Weis Markets 12 Gettysburg PA P000000884162328 Card 4322 | | 113.46 | Food Plus |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 9/12 | | Purchase authorized on 09/12 Giant 6267 Gettysburg PA P585255629669079 Card 4322 | | 33.37 *Food* | 5,725.35 |
| 9/15 | | Bill Pay Adams County Tax Claim Bureau Recurring No Account Number on 09-15 | | 327.39 *Real Estate tax* | |
| 9/15 | | Purchase authorized on 09/13 Sq *Garryowen Iris Gettysburg PA S385256756749188 Card 6264 | | 36.46 *Dinner Out* | |
| 9/15 | | Purchase authorized on 09/13 Ebay O*17-13565-49 Ebay.Com/Ebp CA S465256844227164 Card 4322 | | 21.18 *gift* | |
| 9/15 | | Recurring Payment authorized on 09/13 Apple.Com/Bill 866-712-7753 CA S305257225266384 Card 4322 | | 21.19 *Bach payment Streaming* | |
| 9/15 | | Purchase authorized on 09/14 McDannells Fruit F Biglerville PA S465257761178632 Card 6264 | | 14.00 *Fruit* | |
| 9/15 | | Firstenergy Opco-ACH 250915 100019584141 Alan K Patrono | | 293.78 *Electric* | 5,011.35 |
| 9/16 | | Purchase authorized on 09/15 Amazon Mktpl*Yl1to Amzn.Com/Bill WA S305258775894716 Card 4322 | | 36.62 *Tea* | |
| 9/16 | | Bill Pay Honda Financial Services Recurring No Account Number on 09-16 | | 506.47 *Lease* | |
| 9/16 | | Bill Pay Members 1st Federal Credit Union on-Line No Account Number on 09-16 | | 699.42 *Mtg payment* | |
| 9/16 | | Purchase authorized on 09/16 Weis Markets 12 Gettysburg PA P000000785362280 Card 4322 | | 25.94 *Food* | |
| 9/16 | | Purchase authorized on 09/16 Rutter's #36 York Springs PA P000000486575070 Card 6264 | | 3.58 *Food* | |
| 9/16 | | Purchase authorized on 09/16 Weis Markets 12 Gettysburg PA P000000454503178 Card 6264 | | 16.94 *Food* | |
| 9/16 | | Columbia Gas of BILLPAY 250916 104234360020003 Alan K Patrono | | 97.29 | 3,625.09 |
| 9/17 | | Mobile Deposit : Ref Number :509170024066 | *Part g55* (5,000.00) | | |
| 9/17 | | Purchase authorized on 09/16 Penn National Ins WWW.Pennnatio PA S585259723424467 Card 6264 | | 55.50 *Umbrella Ins.* | |
| 9/17 | | Purchase authorized on 09/16 Walmart.Com 8009256278 Bentonville AR P000000582206115 Card 4322 | | 12.69 *Vitamins* | |
| 9/17 | < | Business to Business ACH Debit - Ipfs800-277-8878 Ipfspmtnyt 565735 Alan Kim Patrono | | 71.98 *atty insurance* | 8,484.92 |
| 9/18 | | Purchase authorized on 09/17 Prime Video Channe Amzn.Com/Bill WA S585261026842279 Card 4322 | | 7.41 *Streaming* | |
| 9/18 | | Purchase authorized on 09/18 Samsclub #4855 Hanover PA P000000786756841 Card 6264 | | 303.62 *Food* | 8,173.89 |
| 9/19 | | Mobile Deposit : Ref Number :109190451480 | *Closed Mrt* (100.00) | | |
| 9/19 | | Purchase authorized on 09/19 7-Eleven Biglerville PA P000000754113580 Card 4322 | | 4.74 *Soda* | 8,269.15 |
| 9/22 | | Purchase authorized on 09/20 Wal-Mart #1537 Gettysburg PA P000000754808320 Card 6264 | | 137.84 *drugs & household Supplies* | |
| 9/22 | | Purchase authorized on 09/20 Tst*Carriage House Emmitsburg MD S305263856459042 Card 6264 | | 104.98 *Dinner out* | |
| 9/22 | | Purchase authorized on 09/21 Comcast / Xfinity 800-266-2278 PA S585264264229130 Card 6264 | | 338.76 *Phone, Internet & T.V* | |
| 9/22 | | Purchase authorized on 09/21 Amazon RETA* 457Ho WWW.Amazon.CO WA S585264660553858 Card 4322 | | 31.79 *gift* | |
| 9/22 | | Purchase authorized on 09/21 Oss Health 717-718-2000 PA S585264736219932 Card 6264 | | 96.43 *Doctor* | |
| 9/22 | | Purchase authorized on 09/22 PY *Hollabaugh Brother Biglerville PA P000000581042410 Card 4322 | | 40.49 *Food* | 7,518.86 |
| 9/23 | | Purchase authorized on 09/21 Amazon Mktpl*L49T1 Amzn.Com/Bill WA S305264587899362 Card 4322 | | 31.77 *gifts* | |
| 9/23 | | Purchase authorized on 09/21 Pennsylvania Cance 717-3344033 PA S465264739517953 Card 6264 | | 25.00 *Doctor* | |
| 9/23 | | Purchase authorized on 09/21 Pennsylvania Cance 717-3344033 PA S305264743870839 Card 6264 | | 282.66 *Doctor* | |
| 9/23 | | Recurring Payment authorized on 09/22 Comcast / Xfinity 800-266-2278 PA S385265342734048 Card 6264 | *double Payment not sure why yet.* | 338.76 | |
| 9/23 | | Purchase authorized on 09/22 Amazon Mktpl*5D0Ys Amzn.Com/Bill WA S585265769204497 Card 4322 | | 36.45 *Christmas gifts* | |



## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/23 | | Purchase authorized on 09/22 WWW.Redbubble.Com Redbubble.Com CA S465265802299909 Card 4322 | | 28.89 *gift* | |
| 9/23 | | Purchase authorized on 09/23 Trader Joe S #56 3545 Get Camp Hill PA P305266635889161 Card 6264 | | 49.43 *Food* | |
| 9/23 | | Purchase authorized on 09/23 Wine and Spirits 0101 Gettysburg PA P000000583885986 Card 6264 | | 64.40 *Wine* | |
| 9/23 | | Waste Management Payment 250921 000261406333004 Log IN to The My WM Account Page for Payment Deta | | 67.65 *garbage* | 6,593.85 |
| 9/24 | | Purchase authorized on 09/24 Weis Markets 12 Gettysburg PA P000000887487490 Card 6264 | | 14.70 *Food* | |
| 9/24 | | Purchase authorized on 09/24 Wal-Mart #1537 Gettysburg PA P000000981315915 Card 6264 | | 10.98 *Food* | 6,568.17 |
| 9/25 | | Mobile Deposit : Ref Number :912250505483  *Rent plus 55* | (2,200.00) | | |
| 9/25 | | Purchase authorized on 09/23 Thea Mechanicsburg PA S385266679363531 Card 6264 | | 51.46 *lunch* | |
| 9/25 | | Recurring Payment authorized on 09/24 Apple.Com/Bill 866-712-7753 CA S585267426067179 Card 4322 | | 13.77 *Streaming* | |
| 9/25 | | Purchase authorized on 09/24 McDonald's F17811 Gettysburg PA S305267657134144 Card 6264 | | 5.18 *Food* | |
| 9/25 | | Purchase authorized on 09/24 Vc* Confederate WO Vetcove.Com FL S385267667415847 Card 6264 | | 67.99 *Dog Madicine* | |
| 9/25 | | Purchase authorized on 09/25 Sams Club #4855 Hanover PA P000000882523899 Card 4322 | | 27.05 *Gas* | |
| 9/25 | | Purchase with Cash Back $ 20.00 authorized on 09/25 Samsclub #4855 Hanover PA P000000352503925 Card 4322 | | 147.23 *Food* | 8,455.49 |
| 9/26 | | Purchase authorized on 09/25 Goodwill Keystone Hanover PA S585268658352150 Card 4322 | | 27.35 *Merch for Raffle baskets* | |
| 9/26 | | Purchase authorized on 09/25 Prime Video Channe Amzn.Com/Bill WA S585268744419852 Card 4322 | | 8.47 *Streaming* | |
| 9/26 | | Purchase authorized on 09/26 Weis Markets 12 Gettysburg PA P000000586211555 Card 4322 | | 66.29 *Food* | 8,353.38 |
| 9/29 | | Purchase authorized on 09/25 LA Bella Italia 717-3341978 PA S465268794410507 Card 6264 | | 40.43 *DINNER* | |
| 9/29 | | Purchase authorized on 09/27 Notarynoa-800.422. Notaries.Com FL S465270582788908 Card 6264 | | 251.95 *Notary Renewal* | |
| 9/29 | | Purchase authorized on 09/27 Amazon Mktpl*NJ2Xt Amzn.Com/Bill WA S465270615179649 Card 4322 | | 47.00 *Lamps + Bulbs* | |
| 9/29 | | Purchase authorized on 09/28 Sunoco 03630589 Gettysburg PA P000000389493474 Card 6264 | | 21.50 *Gas* | |
| 9/29 | | Purchase with Cash Back $ 20.00 authorized on 09/29 Cvs/Pharmacy #01 01921--1 Gettysburg PA P305272478641460 Card 4322 | | 58.86 *drugs plus* | 7,933.64 |
| 9/30 | | Purchase authorized on 09/29 Comm of PA Ob/Oco 717-425-6646 PA S305272557721476 Card 6264 | | 42.00 *Notary Renewal* | |
| 9/30 | | Purchase authorized on 09/29 Prime Video Channe Amzn.Com/Bill WA S585272780330663 Card 4322 | | 13.77 *Streaming* | 7,877.87 |
| Totals | | | $9,322.75 | $8,014.92 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



ACNB BANK

PO Box 3129
Gettysburg PA 17325-3129

RETURN SERVICE REQUESTED

ALAN K PATRONO
JANE H PATRONO
98 E BROADWAY
GETTYSBURG PA 17325-1303

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | Bank Name | ACNB Bank |
| | Phone Number | (888) 334-2262 |
| | Mailing Address | PO Box 3129<br>Gettysburg, PA 17325-3129 |



# Give Yourself the Advantage

Keeping a close watch.

**Identity Theft Monitoring,**
**Credit Monitoring,** and
**ID Theft Aid and Restoration**
with Advantage Reward Checking.

'Benefits are offered and provided by BaZing and are subject to additional terms and conditions available at www.bazing.com.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Advantage Rewards Checking | XXXXXXXXX9671 | $2,268.02 |

# Advantage Rewards Checking - XXXXXXXXX9671

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/26/2025 | Beginning Balance | $4,066.19 |
| | 1 Credit(s) This Period | $1,717.00 |
| | 10 Debit(s) This Period | $3,515.17 |
| 09/25/2025 | Ending Balance | $2,268.02 |
| | Service Charges | -$7.95 |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/26/2025 | Beginning Balance | | | $4,066.19 |
| 08/28/2025 | Check - Item Processing 1547 | $11.00 | | $4,055.19 |



Member FDIC
EQUAL HOUSING LENDER



## Advantage Rewards Checking - XXXXXXXXX9671 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/28/2025 | Check 1539 | $437.55 *reported lust month* | | $3,617.64 |
| 09/08/2025 | External Withdrawal DONEGAL INS GRP 800-877-0600 - INSURANCE | $1,343.00 *28 + 30 Insurance* | | $2,274.64 |
| 09/09/2025 | External Withdrawal FirstEnergy 8005457741 - OPCO-ACH | $429.22 *30 Electric* | | $1,845.42 |
| 09/12/2025 | Over Counter Check 1443 | $60.00 *Cash* | | $1,785.42 |
| 09/12/2025 | Check 1442 | $1,000.00 *Sent K Walls* | | $785.42 |
| 09/15/2025 | Over Counter Check 1444 | $28.00 *Cash* | | $757.42 |
| 09/15/2025 | Check 70018 | $99.00 *Cash* | | $658.42 |
| 09/18/2025 | External Withdrawal FirstEnergy 8005457741 - OPCO-ACH | $99.45 *Electric house* | | $558.97 |
| 09/24/2025 | External Deposit COMM OF PA - PA HOUSE AP0109791924 | | $1,717.00 | $2,275.97 |
| 09/25/2025 | Maintenance Service Charge | $7.95 | | $2,268.02 |
| **09/25/2025** | **Ending Balance** | | | **$2,268.02** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1442 | 09/12/2025 | $1,000.00 | 1444 | 09/15/2025 | $28.00 | 1547* | 08/28/2025 | $11.00 |
| 1443 | 09/12/2025 | $60.00 | 1539* | 08/28/2025 | $437.55 | 70018* | 09/15/2025 | $99.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/26/2025 | $4,066.19 | 09/09/2025 | $1,845.42 | 09/18/2025 | $558.97 |
| 08/28/2025 | $3,617.64 | 09/12/2025 | $785.42 | 09/24/2025 | $2,275.97 |
| 09/08/2025 | $2,274.64 | 09/15/2025 | $658.42 | 09/25/2025 | $2,268.02 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $80.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| Maintenance Service Charge | -$7.95 |
| Total Service Charge | -$7.95 |



# MEMBERS 1st
## FEDERAL CREDIT UNION
PO Box 8893 · Camp Hill, PA 17001
800.237.7288 · members1st.org




ALAN K PATRONO
JANE H PATRONO
98 E BROADWAY
GETTYSBURG PA 17325



**A CHECKING ACCOUNT**
WITH IDENTITY PROTECTION, SHOPPING REWARDS AND MORE.

**1st DEFENSE™ CHECKING**
FEDERALLY INSURED BY NCUA.



**1st DEFENSE™ CHECKING**

**ALWAYS ON DUTY**
NOW AVAILABLE IN DIGITAL BANKING
FEDERALLY INSURED BY NCUA.



## ACCOUNT BALANCES AT A GLANCE

Your current Member Loyalty Rewards level is Titanium.

| | |
|---|---|
| CHECKING | 0.00 |
| SAVINGS | 5.00 |
| CERTIFICATES | 0.00 |
| LOANS | 99,819.18 |

## CHECKING (0011)

**BEGINNING BALANCE:** **$1,179.29**

| Eff. Date | Post Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| 09/03 | 09/03 | Withdrawal Adjustment POS #072988 ETSY, INC. ETSY.COM*UNSTA WWW.ETSY.COM/ BROOKLYN NY | 19.73 | | 1,199.02 |
| 09/11 | 09/11 | Check 1073 Tracer 938500000000702 | | 142.36 | 1,056.66 |
| 09/12 | 09/12 | Check 1075 Tracer 938600000003731 | | 1,000.00 | 56.66 |
| 09/19 | 09/19 | Withdrawal | | 56.66 | 0.00 |
| | 09/19 | CHECKING CLOSED | | | |

*[handwritten: Can't find, Sent to wells, Reduced to cash]*

*This is the final statement presenting information on this product
Please retain this final statement for tax reporting purposes.

**ENDING BALANCE:** **$0.00**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1073 | 09/11 | 142.36 | 1075* | 09/12 | 1,000.00 | | | |

\* Indicates check out of sequence          2 Checks Cleared for 1,142.36

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 32.00 |
| Total Returned Item Fees | 0.00 | 0.00 |


Total Withdrawals       1,179.29

## REGULAR SAVINGS (0000)

| | | | BEGINNING BALANCE: | $5.00 |
|---|---|---|---|---|

| Eff. Date | Post Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|---|
| | | No Activity During This Statement Period | | | |

| | | | ENDING BALANCE: | $5.00 |
|---|---|---|---|---|

## INTEREST ONLY - HELOCS (0001)

| | | | BEGINNING BALANCE: | $99,819.18 |
|---|---|---|---|---|

| Eff. Date | Post Date | Description | Amount | Finance Charge | Fees | Principal | Balance Subject to Finance Charge |
|---|---|---|---|---|---|---|---|
| 09/24 | 09/24 | Payments by Check | -699.42 | 699.42 | 0.00 | 0.00 | 99,819.18 |
| 09/30 | 09/30 | Loan Interest Rate change from 8.250% to 8.000% effective 10/01/25 | | | | | |

| | ENDING BALANCE: | $99,819.18 |
|---|---|---|

| Annual Percentage Rate | 8.000% | Credit Limit | 0.00 |
|---|---|---|---|
| Daily Rate of | .021917% | 2024 Interest Paid | $9,175.20 |
| Available Credit | 0.00 | | |

** Periodic Rate May Vary On This Loan **

| Payment Amt Due: | 676.85 |
|---|---|
| Payment Due Date: | 10/20/25 |

## YTD SUMMARY

| TOTAL DIVIDENDS PAID | | TOTAL LOAN INTEREST PAID | |
|---|---|---|---|
| 0000 REGULAR SAVINGS | 0.00 | 0001 INTEREST ONLY - HELOCS | 6,203.18 |
| 0011 CHECKING | 1.79 | | |
| Total Year to Date Dividends Paid (Includes Closed Shares) | | 1.79 | |

*This account had to be kept open because of the Heloc.*

## MANAGING YOUR ACCOUNT

To keep your account up-to-date on a regular basis, consider using Online Banking or our toll free 24-Hour Telephone Banking Line. Both are free and provide you with up-to-the-minute information on transactions, as well as give you the capacity to do transfers in case you need to cover transactions. Visit acnb.com to register for Online Banking. Call us at 1.888.334.2262 to sign up for Telephone Banking.

If you have a personal checking account, make sure you're covered with Overdraft Protection. You'll need to sign up for Overdraft Protection and designate the accounts to link to Overdraft Protection. Once Overdraft Protection is set up, funds will transfer from the Overdraft Protection funding account(s) to your checking account to cover any overdrafts in your account.

If you have a difficult time covering transactions in your account for a period of time, a loan may be a good option for you. We have a variety of loans, some of which are secured by collateral and some that are unsecured and don't require collateral. A personal unsecured loan may be just what you need to help cover some transactions. To find out more, please call 1.888.334.2262 and ask for information on our personal unsecured loans.

We at ACNB Bank want to do what we can to help you with your account. Please call us any time you need assistance. We're here to help.

## ACCOUNT RECONCILEMENT

| Checks/Withdrawals Not Yet Posted To Your Account | |
|---|---|
| Description or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total Outstanding | |

### Use These Easy Steps To Reconcile Your Account Records With The Bank Statement

1. In your account register, mark off (with a ✓) each entry that matches a transaction listed on this statement.

2. Make sure that other charges or deductions shown on the statement have been subtracted from your register balance, and that all deposits (and other credit items, if any) have been added.

3. In the table provided to the left, list all checks or withdrawals in your register not showing a ✓. These are debit transactions which were not posted to your account during (or prior to) the period covered by this statement.

4. Fill in the spaces in the table below. If the final figure does not agree with the latest balance in your register, recheck the accuracy of all your computations. Any statement irregularity should be reported to the Bank immediately.

| | |
|---|---|
| ENTER Ending Balance On This Statement | |
| ADD Any Deposits Not Credited | |
| SUBTOTAL | |
| SUBTRACT Outstanding Checks/Withdrawals | |
| BALANCE Should Agree With Your Register | |



**ACNB BANK**

24-Hour Telephone Banking Line
1.888.334.2262

View your accounts and pay bills for free using Online Banking and Bill Pay & Presentment. Register at acnb.com.

Member FDIC

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

| TELEPHONE US AT 1.888.334.2262 | OR WRITE US AT | ACNB BANK ELECTRONIC FUNDS TRANSFER P.O. BOX 3129 GETTYSBURG, PA 17325 |
|---|---|---|

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Account Number: 898-44088

24-Hour Assistance: (800) MERRILL



**MERRILL**

A BANK OF AMERICA COMPANY

MR ALAN K PATRONO AND
MRS JANE H PATRONO JTWROS
98 E BROADWAY
GETTYSBURG PA 17325-1303

**Net Portfolio Value:** $ 670.80

Your Financial Advisor:
ADAMS BAKER SCIOTTI GROUP
96 SOUTH GEORGE STREET
YORK PA          17401
1-866-237-0432

# ■ CMA® ACCOUNT

August 30, 2025 · September 30, 2025

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (08/30) | $ 3,170.97 | |
| Total Credits | 5,608.00 | 64,766.48 |
| Total Debits | (8,108.17) | (76,276.02) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | - | - |
| **Closing Value** (09/30) | $ 670.80 | |

| ASSETS | September 30 | August 29 |
|---|---|---|
| Cash/Money Accounts | 670.80 | 3,170.97 |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| Subtotal (Long Portfolio) | 670.80 | 3,170.97 |
| **TOTAL ASSETS** | $ 670.80 | $ 3,170.97 |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | $ 670.80 | $ 3,170.97 |
| MARGIN AVAILABLE CREDIT | 670.00 | |

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |

Case 1:25-bk-02214-HWV   Doc 66   Filed 10/21/25   Entered 10/21/25 08:49:02   Desc
Main Document      Page 15 of 19

# CMA® ACCOUNT

August 30, 2025 - September 30, 2025

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| Opening Cash/Money Accounts | $3,170.97 | |
| **CREDITS** | | |
| Funds Received | - | 1,800.00 |
| Electronic Transfers | 5,608.00 | 52,966.35 |
| Other Credits | - | 10,000.00 |
| *Subtotal* | *5,608.00* | *64,766.35* |
| | | |
| **DEBITS** | | |
| Electronic Transfers | (1,048.17) | (29,301.05) |
| Margin Interest Charged | - | - |
| Other Debits | - | - |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | (7,060.00) | (46,849.97) |
| Advisory and other fees | - | (125.00) |
| *Subtotal* | *(8,108.17)* | *(76,276.02)* |
| **Net Cash Flow** | **($ 2,500.17)** | **($ 11,509.67)** |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | - | 0.13 |
| Security Purchases/Debits | - | - |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | **$ 670.80** | |

## ASSET ALLOCATION*

* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.



| | Allocation |
|---|---|
| ☐ Cash/Money Accounts | 100.00% |
| **TOTAL** | **100%** |

Having an asset allocation that reflects your profile and goals is key to achieving the right outcome. Consult with your advisor to determine an appropriate allocation across all your holdings.

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |

+

Case 1:25-bk-02214-HWV    Doc 66    Filed 10/21/25    Entered 10/21/25 08:49:02    Desc
Main Document      Page 16 of 19



**MERRILL**
**A BANK OF AMERICA COMPANY**

MR ALAN K PATRONO AND

Account Number: 898-44088

## ACCOUNT INVESTMENT OBJECTIVE

August 30, 2025 - September 30, 2025

**GROWTH:** Objective is to accumulate wealth over time through price appreciation rather than current income. The investor should be willing to accept the risk of price volatility and principal loss in seeking to achieve growth.

If you have changes to your investment objective, please contact your Financial Advisor(s).

## YOUR CMA BANK DEPOSIT INTEREST SUMMARY

| Money Account Description | Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 3,170 | 909 | .01 | 0.00 | 670 |
| **TOTAL ML Bank Deposit Program** | 3,170 | | | 0.00 | 670 |

## YOUR CMA ASSETS

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.80 | 0.80 | | .80 | | |
| +ML BANK DEPOSIT PROGRAM | 670.00 | 670.00 | 1.0000 | 670.00 | | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 670.80 | | 670.80 | | .01 |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL  YIELD .01%** | 670.80 | 670.80 | | | |

## YOUR CMA TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Taxable Interest** | | | | | |

+

Case 1:25-bk-02214-HWV   Doc 66   Filed 10/21/25   Entered 10/21/25 08:49:02   Desc
Main Document      Page 17 of 19

## YOUR CMA TRANSACTIONS

**DIVIDENDS/INTEREST INCOME TRANSACTIONS** (continued)

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Taxable Interest** | | | | | |
| | *Subtotal (Taxable Interest)* | | | | *.13* |
| | **NET TOTAL** | | | | **.13** |

**CASH/OTHER TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 09/03 | VERIZON WIRELESS 00000000225851 91600001 | Pre-Authorized Withdrawal | | 167.99 | *Cell phones* |
| 09/05 | PENN NATIONAL IN Alan patrono | Pre-Authorized Withdrawal | | 626.91 | *house insurance* |
| 09/17 | SSA TREAS 310 JANE H PATRONO | Direct Deposit | | | 1,573.00 |
| 09/17 | SSA TREAS 310 ALAN K PATRONO | Direct Deposit | | | 4,035.00 |
| 09/23 | GETTYSBURG MUNIC ALAN K PATRONO | Pre-Authorized Withdrawal | | 253.27 | *Water + Sewer* |
| | *Subtotal (Electronic Transfers)* | | | *1,048.17* | *5,608.00* |
| | **NET TOTAL** | | | | **4,559.83** |

**CHECKS WRITTEN/BILL PAYMENT**

| Date Written | Date Cleared | Check Number | Description | Debit | Credit |
|---|---|---|---|---|---|
| | 09/02 | 4068§ | CHECK | 60.00 | |
| | 09/02 | 4069§ | CHECK | 2,000.00 | |

+

Case 1:25-bk-02214-HWV    Doc 66    Filed 10/21/25    Entered 10/21/25 08:49:02    Desc
Main Document      Page 18 of 19


MR ALAN K PATRONO AND

Account Number: 898-44088

## *YOUR CMA TRANSACTIONS*

August 30, 2025 - September 30, 2025

**CHECKS WRITTEN/BILL PAYMENT** (continued)

| Date Written | Date Cleared | Check Number | Description | | Debit | Credit |
|---|---|---|---|---|---|---|
| | 09/18 | 4276*§ | CHECK | *To Wells* | 5,000.00 | |
| | | **NET TOTAL** | | | 7,060.00 | |

\* Indicates gap in check sequence
§ Check Image available online

To report Lost or Stolen Visa Cards or Checks, please call (800) CMA-LOST.

## *YOUR CMA  MONEY ACCOUNT TRANSACTIONS*

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 09/02 | ML BANK DEPOSIT PROGRAM | 2,060.00 | | 09/18 | ML BANK DEPOSIT PROGRAM | | 608.00 |
| 09/03 | ML BANK DEPOSIT PROGRAM | 168.00 | | 09/23 | ML BANK DEPOSIT PROGRAM | 254.00 | |
| 09/05 | ML BANK DEPOSIT PROGRAM | 626.00 | | | | | |
| | **NET TOTAL** | | | | | 2,500.00 | |

+

Case 1:25-bk-02214-HWV    Doc 66    Filed 10/21/25    Entered 10/21/25 08:49:02    Desc
Main Document      Page 19 of 19