**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan Kim Patrono** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | **1:25-bk-02214** | | |
| (if known) | | | |

■ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  | | **Unsecured claim** |
|---|---|---|

**1**

**American  Express**
P.O. Box 96001
Los Angeles, CA 90096

_____
_____
Contact
_____
Contact phone

**What is the nature of the claim?** _____  **$31,389.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)       _____
         Value of security:        - _____
         Unsecured claim       _____

**2**

**Bank of America**
PO Box 15019
Wilmington, DE 19850

_____
_____
Contact

**What is the nature of the claim?** _____  **$9,247.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)       _____

| | **Jane H. Patrono** | | | |

| | Contact phone | Value of security: | - | |
| | | Unsecured claim | | |

---

| **3** | | What is the nature of the claim? | | **$17,877.00** |

**Barclays**
P O Box 60517
City of Industry, CA 91716

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

| Contact | | | | |
| | Value of security: | - | |
| Contact phone | Unsecured claim | | |

---

| **4** | | What is the nature of the claim? | | **$27,375.00** |

**Discover**
P.O. Box 6103
Carol Stream, IL 60197

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

| Contact | | | | |
| | Value of security: | - | |
| Contact phone | Unsecured claim | | |

---

| **5** | | What is the nature of the claim? | **Parcel No. 07F09-0037-000 consisting of 43.98 acres** | **$1,196,251.16** |

**H&M Holdings**
210 Ridgewood Drive
Gettysburg, PA 17325

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured) — **$1,571,651.16**

| Contact | | | | |
| | Value of security: | - | **$375,400.00** |
| Contact phone | Unsecured claim | | **$1,196,251.16** |

---

| **6** | | What is the nature of the claim? | **28 West Middle Street Gettysburg, PA 17325 Adams County** | **$1,171,651.16** |

**H&M Holdings**
**210 Ridgewood Drive**
**Gettysburg, PA 17325**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

| Contact | ■ Yes. Total claim (secured and unsecured) | **$1,571,651.16** |
|---|---|---|
| | Value of security: | - **$400,000.00** |
| Contact phone | Unsecured claim | **$1,171,651.16** |

---

**7**

| What is the nature of the claim? | **98 East Broadway** | **$1,079,205.95** |
|---|---|---|
| | **Gettysburg, PA 17325** | |
| | **Adams County** | |
| | **Residence** | |

**H&M Holdings**
**210 Ridgewood Drive**
**Gettysburg, PA 17325**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

| Contact | ■ Yes. Total claim (secured and unsecured) | **$1,571,651.16** |
|---|---|---|
| | Value of security: | - **$600,000.00** |
| Contact phone | Unsecured claim | **$1,079,205.95** |

---

**8**

| What is the nature of the claim? | **Parcel No.** | **$1,571,651.16** |
|---|---|---|
| | **07F09-0037E** | |
| | **consisting of .98 acres** | |

**H&M Holdings**
**210 Ridgewood Drive**
**Gettysburg, PA 17325**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

| Contact | ■ Yes. Total claim (secured and unsecured) | **$1,571,651.16** |
|---|---|---|
| | Value of security: | - **$38,500.00** |
| Contact phone | Unsecured claim | **$1,571,651.16** |

---

**9**

| What is the nature of the claim? | **Parcel No.** | **$1,571,651.16** |
|---|---|---|
| | **07F09-0037D-000** | |
| | **consisting of 29.37** | |
| | **acres** | |

**H&M Holdings**

**210 Ridgewood Drive**
**Gettysburg, PA 17325**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$1,571,651.16**
Value of security:    - **$213,100.00**
Unsecured claim    **$1,571,651.16**

---

| 10 | | | |
|---|---|---|---|

**H&M Holdings**
**210 Ridgewood Drive**
**Gettysburg, PA 17325**

What is the nature of the claim?    **Parcel No. 07F09-0037-000 consisting of 43.98 acres**    **$1,571,651.16**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$1,571,651.16**
Value of security:    - **$375,400.00**
Unsecured claim    **$1,571,651.16**

---

| 11 | | | |
|---|---|---|---|

**H&M Holdings**
**210 Ridgewood Drive**
**Gettysburg, PA 17325**

What is the nature of the claim?    **30-32 West Middle Street Gettysburg, PA 17325  Adams County**    **$1,571,651.16**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$1,571,651.16**
Value of security:    - **$375,000.00**
Unsecured claim    **$1,571,651.16**

---

| 12 | | | |
|---|---|---|---|

**H&M Holdings**
**210 Ridgewood Drive**
**Gettysburg, PA 17325**

What is the nature of the claim?    **28 West Middle Street Gettysburg, PA 17325 Adams County**    **$1,571,651.16**

As of the date you file, the claim is: Check all that apply
☐ Contingent

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Case 1:25-bk-02214-HWV    Doc 71    Filed 11/05/25    Entered 11/05/25 13:58:04    Desc
Main Document    Page 4 of 51

☐ Unliquidated
■ Disputed
☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____

☐ No

Contact    ■ Yes. Total claim (secured and unsecured)  **$1,571,651.16**
                     Value of security:  - **$400,000.00**

Contact phone            Unsecured claim  **$1,571,651.16**

---

**13**    **H&M Holdings**
    **210 Ridgewood Drive**
    **Gettysburg, PA 17325**

What is the nature of the claim?    **2018-SU-813 & 814**    **$1,571,651.16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____

■ No

Contact    ☐ Yes. Total claim (secured and unsecured)
                     Value of security:  -

Contact phone            Unsecured claim

---

**14**

    **H&M Holdings**
    **210 Ridgewood Drive**
    **Gettysburg, PA 17325**

What is the nature of the claim?    **98 East Broadway**    **$1,571,561.16**
                                  **Gettysburg, PA 17325**
                                  **Adams County**
                                  **Residence**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____

☐ No

Contact    ■ Yes. Total claim (secured and unsecured)  **$1,571,561.16**
                     Value of security:  - **$600,000.00**

Contact phone            Unsecured claim  **$1,571,561.16**

---

**15**

    **H&M Holdings**
    **210 Ridgewood Drive**
    **Gettysburg, PA 17325**

What is the nature of the claim?    **Parcel No.**    **$1,535,246.29**
                                    **07F09-0037E**
                                  **consisting of .98 acres**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

_____

| | Does the creditor have a lien on your property? | |
|---|---|---|
| | ☐ No | |
| Contact | ■ Yes. Total claim (secured and unsecured) | **$1,571,651.16** |
| | Value of security: | - **$38,500.00** |
| Contact phone | Unsecured claim | **$1,535,246.29** |

---

**16**

**H&M Holdings**
**210 Ridgewood Drive**
**Gettysburg, PA 17325**

| What is the nature of the claim? | **Parcel No. 07F09-0037D-000 consisting of 29.37 acres** | **$1,358,551.16** |
|---|---|---|

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

| Does the creditor have a lien on your property? | |
|---|---|
| ☐ No | |
| Contact    ■ Yes. Total claim (secured and unsecured) | **$1,571,651.16** |
| Value of security: | - **$213,100.00** |
| Contact phone    Unsecured claim | **$1,358,551.16** |

---

**17**

**H&M Holdings**
**210 Ridgewood Drive**
**Gettysburg, PA 17325**

| What is the nature of the claim? | **30-32 West Middle Street Gettysburg, PA 17325  Adams County** | **$1,208,093.89** |
|---|---|---|

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

| Does the creditor have a lien on your property? | |
|---|---|
| ☐ No | |
| Contact    ■ Yes. Total claim (secured and unsecured) | **$1,571,651.16** |
| Value of security: | - **$375,000.00** |
| Contact phone    Unsecured claim | **$1,208,093.89** |

---

**18**

**M&T Bank**
**P.O. Box 62014**
**Baltimore, MD 21264**

| What is the nature of the claim? | | **$17,813.00** |
|---|---|---|

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

| Does the creditor have a lien on your property? | |
|---|---|
| ■ No | |
| Contact    ☐ Yes. Total claim (secured and unsecured) | |

---

| Debtor 1 | **Alan Kim Patrono** | | Case number (*if known*) | **1:25-bk-02214** |
|---|---|---|---|---|
| Debtor 2 | **Jane H. Patrono** | | | |

| | | Value of security: | - |
|---|---|---|---|
| Contact phone | | Unsecured claim | |

---

**19**

**Mette, Evans & Woodside**
**3401 North Front Street**
**Harrisburg, PA 17110-0950**

What is the nature of the claim?    **Legal Fees**    **$325,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

| Contact | | Value of security: | - |
|---|---|---|---|
| Contact phone | | Unsecured claim | |

---

**20**

**Smigel, Anderson & Sacks**
**4431 N. Front Street**
**3rd Floor**
**Harrisburg, PA 17110**

What is the nature of the claim?    **$90,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

| Contact | | Value of security: | - |
|---|---|---|---|
| Contact phone | | Unsecured claim | |

---

**Part 2:**    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Alan Kim Patrono**
    **Alan Kim Patrono**
    Signature of Debtor 1

X **/s/ Jane H. Patrono**
    **Jane H. Patrono**
    Signature of Debtor 2

Date   **11/05/2025**

Date   **11/05/2025**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Alan Kim Patrono** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Jane H. Patrono** |
| (Spouse, if filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:25-bk-02214** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

**1.1**

**98 East Broadway**
Street address, if available, or other description

**Gettysburg      PA      17325-0000**
City            State      ZIP Code

**Adams**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$600,000.00** | **$600,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**tenants by the entireties**

☐ **Check if this is community property**
(see instructions)

1.2

**If you own or have more than one, list here:**

**28 West Middle Street**

Street address, if available, or other description

**Gettysburg**      **PA**     **17325-0000**

City            State         ZIP Code

**Adams**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants in Common**

☐ **Check if this is community property**
(see instructions)

---

1.3

**If you own or have more than one, list here:**

**30-32 West Middle Street**

Street address, if available, or other description

**Gettysburg**      **PA**     **17325-0000**

City            State         ZIP Code

**Adams**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$375,000.00** | **$375,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**tenants by the entireties**

☐ **Check if this is community property**
(see instructions)

---

| 1.4 | **If you own or have more than one, list here:** | | |
|---|---|---|---|

**410 Cashtown Road**

Street address, if available, or other description

**Gettysburg**          **PA**          **17325-0000**

City          State          ZIP Code

**Adams**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**1/3 Interest in Hauser Family Farms and Winery**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$2,250,000.00**

Current value of the portion you own?    **$2,250,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

---

| 1.5 | **If you own or have more than one, list here:** | | |
|---|---|---|---|

**Parcel No. 07F09-0037D-000 consisting of 29.37 acres**

Street address, if available, or other description

City          State          ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$213,100.00**

Current value of the portion you own?    **$213,100.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

**1.6 If you own or have more than one, list here:**

**Parcel No. 07F09-0037-000 consisting of 43.98 acres**

Street address, if available, or other description

_____

City                State        ZIP Code

_____

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $375,400.00 | $375,400.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

**1.7 If you own or have more than one, list here:**

**Parcel No. 07F09-0037E consisting of .98 acres**

Street address, if available, or other description

_____

City                State        ZIP Code

_____

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $38,500.00 | $38,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................=> | **$4,252,000.00** |

---

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ■ No
- ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.................................................................=>

   **$0.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| See Attached list | $10,365.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| Assets owned by Alan Kim Patrono-See attached list. | $7,525.00 |
|---|---|
| Assets located at 98 East Broadway-See attached list. | $45,445.00 |
| 1 antique blanket chest | $150.00 |
| 1 antique full length mirror | $200.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Wearing apparel | $2,000.00 |
| Knitted Beaver jacket | $150.00 |
| Mink Stole | $100.00 |
| Two (2) mink coats | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Jewelry-See attached list | $66,975.00 |
| Gold charm bracelet with 10 gold charms | $3,000.00 |
| I ounce gold nugget | $3,300.00 |
| I gold chow chow pendent. | $750.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................... | **$140,460.00**

| Part 4: | Describe Your Financial Assets | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.........................................................................................................

| | | |
|---|---|---|
| | **Cash** | $4,000.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................   Institution name:

| 17.1. | **Checking** | **Members 1st FCU** | **$1,311.84** |
|---|---|---|---|
| 17.2. | **Checking** | **Merril Lynch Bank of America** | **$2,222.00** |
| 17.3. | **Checking** | **ACNB** | **$1,438.00** |
| 17.4. | **Checking** | **DIP Account** | **$30.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................

    Institution or issuer name:

| **Two $100 bonds.  One from 1984 and one from 1985** | **$460.00** |
|---|---|
| **One $25 Bond from 1946** | **$120.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them..................

    Name of entity:  % of ownership:

| **Patrono and Murphy** | | % | **$0.00** |
|---|---|---|---|
| **Apple Leaf Abstracting and Settlement Co** | | % | **$0.00** |
| **1/3 Hauser Family Farms-only asset is the winery consisting of the winery building, the storage facility, residence and old peach packing house situated on 170 acres.** | **33.3** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:  Institution name:

| **IRA** | **$1,000.00** |
|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☒ No
    ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☒ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☒ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☒ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☒ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

    ☐ No
    ☒ Yes.  Give specific information..

| | |
|---|---|
| **Counterclaim for rent funds from Hauser Hill to Hauser Family Farms.  $15,000 per month claimed by opposing party as rent.  Debtor wife is entitled to 1/3 of rent paid.** | **$0.00** |
| **Refund from United Debt Settlement** | **$2,494.34** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
■ Yes. Describe each claim.........

| | |
|---|---|
| **Paige McDonald Mathis, Esquire representing Melinda Davis and Hannah Hauser. Claim for abuse of process and tortious interference with contracts. Claim for Abuse of process in filing a Motion to strike a letter as violation of Court order. Claim for abuse of process in filing a false affidavit claiming that they did not consent to the removal of John Murphy and that they fired Post & Schell as a result. Claim for using a false pleading alleging that Melinda's signature was forged.** | **Unknown** |
| **Claim against David Tayman for abuse of process regarding the false affidavit claiming no consent.** | **Unknown** |
| **Claim against law firm in California. Law firm of Eric Collins Johnson, 225 Bush Street, San Francisco, CA 94101 Breach of contract for purchase of Brigatine Quarter timeshare.** | **$0.00** |
| **Claim against Hannah Hauser for Contribution for corporation operations** | **$1,000,000.00** |
| **Claim against Melinda Hauser Davis for Contribution for corporation operations** | **$1,000,000.00** |
| **Claim against Hannah Hauser for Depressed rent to exclude Jane Hauser Patrono from rental income** | **$480,000.00** |
| **Claim against Melinda Hauser Davis for Depressed rent to exclude Jane Hauser Patrono from rental income** | **$480,000.00** |

**35. Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................**

| **$2,973,076.18** |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☒ No. Go to Part 6.
    - ☐ Yes.  Go to line 38.

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☒ No. Go to Part 7.
    - ☐ Yes.  Go to line 47.

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☒ No
    - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................    **$0.00**

**Part 8:**    **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................. | | **$4,252,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$140,460.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$2,973,076.18** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$3,113,536.18** | Copy personal property total   **$3,113,536.18** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$7,365,536.18** |

14. Attach an itemized, **room by room** list of all household goods, furniture, furnishings and appliances, giving an auction or "yard sale" value for each item.

| | | |
|---|---|---|
| 1. | Glassed in side porch | $ |
| 2. | Wicker couch, table, 2 chairs, rocking chair, wooden refrigerator, and garden stool | $ 500 |
| 3. | Kitchen | $ |
| 4. | Pots and pans | $ 500 |
| 5. | cutlery | $ 200 |
| 6. | wooden table | $ 200 |
| 7. | dry sink | $ 150 |
| 8. | refrigerator | $ 500 |
| 9. | Dining room | $ |
| 10. | 13 dining room table chairs | $ 300 |
| 11. | glassware | $ 100 |
| 12. | Living room | $ |
| 13. | couch | $ 200 |
| 14. | 6 chairs | $ 200 |
| 15. | coffee table | $ 50 |
| 16. | baby grand piano | $ 0 |
| 17. | pie shaped table | $ 100 |
| 18. | Downstairs hallway | $ |
| 19. | cooking and serving items | $ 200 |
| 20. | 2 vacuums | $ 100 |
| 21. | miscellaneos decorative items | $ 200 |
| 22. | Family room | $ |
| 23. | 2 couches | $ 500 |
| 24. | 3 table lamps | $ 25 |
| 25. | 2 floor lamps | $ 25 |
| 26. | lazy floor style chair | $ 150 |
| 27. | pie crust table | $ 15 |
| 28. | miscellaneous decorations | $ 100 |
| 29. | 6 face masks | $ 100 |
| 30. | metal mirror | $ 25 |
| 31. | 2 credenzas | $ 50 |
| 32. | Primary first floor bedroom | $ |
| 33. | Settee with pull out bed | $ 300 |
| 34. | exercise bike | $ 50 |
| 35. | 2 wicker boxes | $ 25 |
| 36. | bedding, towels and lighting | $ 50 |
| 37. | Sewing room | $ |
| 38. | sewing machine and table | $ 250 |
| 39. | single bed and mattress | $ 100 |
| 40. | numerous books | $ 50 |
| 41. | 4 wall paintings | $ 400 |
| 42. | Upstairs primary | $ |
| 43. | Queen poster bed | $ 300 |
| 44. | tv hutch | $ 100 |
| 45. | 32" samsung tv | $ 100 |
| 46. | 2 dressers | $ 200 |

102138381/115

| | | | |
|---|---|---|---|
| 47. | 2 floor lamps | $ | 100 |
| 48. | one settee | $ | 200 |
| 49. | 4 table lamps | $ | 200 |
| 50. | 2 closets of clothes | $ | 1000 |
| 51. | dressing table | $ | 100 |
| 52. | 6 paintings | $ | 600 |
| 53. | 4 floor throw rugs | $ | 100 |
| 54. | Upstairs 2nd bedroom | $ | |
| 55. | crafts | $ | 50 |
| 56. | dresser | $ | 50 |
| 57. | clothes | $ | 1000 |
| 58. | pull out sofa | $ | 250 |
| 59. | Samsung tv | $ | 25 |
| 60. | 2 table lamps | $ | 25 |
| 61. | Office | $ | |
| 62. | marble top desk | $ | 100 |
| 63. | HP Printer | $ | 50 |
| 64. | 2 file cabinets | $ | 50 |
| 65. | I Pad | $ | 250 |
| 66. | | $ | |
| 67. | | $ | |
| 68. | | $ | |
| 69. | | $ | |
| 70. | | $ | |
| 71. | | $ | |
| 72. | | $ | |
| 73. | | $ | |
| 74. | | $ | |
| 75. | | $ | |
| 76. | | $ | |
| 77. | | $ | |
| 78. | | $ | |
| 79. | | $ | |
| 80. | | $ | |
| 81. | | $ | |
| 82. | | $ | |
| 83. | | $ | |
| 84. | | $ | |
| 85. | | $ | |
| 86. | | $ | |
| 87. | | $ | |
| 88. | | $ | |
| 89. | | $ | |
| 90. | | $ | |
| **Total** | | $ | |

15. Do you have any life insurance that you have purchased on your own?

{02138381/1}6

Alan and Jane Patrono

Assets located at 28 west middle street

Owned by AKP.

1. Lionel post war train engine, tender, car carrier and caboose.

Value 500.

2. Lionel pre war train engine, tender, caboose, and 2 cars.

Value 500

Jointly owned property

FIRST FLOOR HALLWAY

4 oriental vintage runner rugs. Value 500

1 vintage antique 10 light chandelier. Value 500.

3 vintage or antique wall sconces. Value 150

FIRST FLOOR 2 FRONT OFFICES

2 vintage oriental rugs. Value 500

2 vintage brass chandeliers

One with globes. Value 250

One with crystal prisms. Value 250

FIRST FLOOR CONFERENCE ROOM

1 Sarouk rug. Value 500

FIRST FLOOR STORAGE ROOM

One vintage oriental runner rug. Value 200

One antique brass 4 bulb chandelier Value 350

2ND FLOOR CONFERENCE ROOM

1 Vintage oriental rug. Value 250

3 vintage brass 4 light ballroom side lights. Value 300

2ND FLOOR FRONT OFFICE

1 Dutch style crystal 5 bulb chandelier. Value 300 1 oriental vintage rug. Value 250

2ND FLOOR BACK OFFICE

1 vintage oriental rug poor shape. Value 50

1 vintage brass 5 bulb chandelier. Value 300

1 vintage 2 light sconce. Value 100

2ND FLOOR BACK OFFICE

1 vintage 5 light chandelier. Value 250

1 vintage 2 light sconce. Value 100

1 vintage oriental rug. Value 250

2ND FLOOR HALLWAY

2 oriental runner rugs. Value 250

2 6 light brass chandeliers Value 200

1 3 light brass wall sconce. Value 100

TOP OF STAIRCASE

1 large crystal basket chandelier. Value 400

3RD FLOOR FRONT OFFICE

1 oriental rug. Value 250

3RD FLOOR 2ND OFFICE

1 oriental rug. Value 250

1 table lamp. Value 25

Alan and Jane Patrono

Assets located at 98 East Broadway

JOINTLY OWNED PROPERTY

KITCHEN

14 bone China cups and saucers. Value 300

4 porcelain teapots. Value 200

DINING ROOM

1 antique banquet table. Value 500

1 antique roll top table. Value 785

1 antique sewing table. Value 400

1 large antique corner cupboard. Value 1000

6 Tiffany sterling table salts. Value 800

Numerous sterling silver items. Value 750

Numerous items of glassware. Value 300

Large sterling silver vase. Value 275

Sterling silver coffee set. Value 750

Sterling silver water pitcher. Value 500

Collection of silver thimbles. Value 300

1 large music box. Value 1000

1 step-back cupboard. Value 2000

10 piece Anri nativity set. Value 4000

1 four piece Sheffield horn cutlery set. Value 240

Twelve place sitting sterling silver flatware. Value 500

LIVING ROOM

1 crystal candle piano lamp. Value 150

1 set of miniature merry go round figures. Value 150

1 svwarski crystal eagle. Value 200

3 Steuben vases. Value 150

1 small corner cabinet Value 200

1 Lladro figurine-Frolicking stags. Value 2675

2 Dutch skating lanterns. Value 40

1 set of brass environs and poker set. Value 200

2 Steuben candlesticks. Value 100

1 set of Russian dolls. Value 50

1 Boehm barn owl. Value 525

19th century Austrian furniture miniatures Value 575

Royal porcelain coffee set. Value 120

1 symphonies music box. Value 200

7 porcelain miniature boxes. Value 240

2 limited edition Boehm mallard ducks. Value 325

1 Turkish silk on silk rug. Value 400

Disney collection. Value 600

Satsuma collection. Value 300

1 end table for banquet table. Value 250

Paperweight collection. Value 300

1 roll top campaign desk Value 325

ENTRANCE HALL

One banquet table end table. Value 250

2 pieces Swarovski crystal figurines. Value 150

1 large Waterford crystal vase. Value 500

1 mappin and Webb tantalus. Value 750

1 French tantalus Value 600

2 3 stem candlesticks. Value 500

1 grandmother's clock. Value 550

1 oriental rug. Value 250

1 Victorian dresser with Mable top and mirror. Value 500

IST FLOOR HALLWAY

2 oriental runners. Value 100

1 Grinch production cel. Value 1860

1 Snow White production cell-Dopey. Value 1860

1 Mickey and Pluto painting signed by Disney. Value 350

1 other Disney lithograph. Value 250

1 banquet table end table. Value 250

2 music boxes. Value 500

1 chow chow painting by Sally's Struthers Value 300

1ST FLOOR BEDROOM

1 French escritoire inlaid desk. Value 1250

1 Victorian antique plant stand. Value 150

1 cylinder music box. Value 1000

1 queen size Victorian bed. Value 1000

1 settee with pull out bed. Value 250

2 Victorian tables. Value 200

FAMILY ROOM

20 piece Harmony kingdom collection. Value 300

5 piece opera glass collection. Value 200

Panasonic 50 inch tv plus cables, dvd and sound Value 1000

1 eames chair. Value 750

1 marble pedestal. Value 300

31 piece brass bell collection. Value 400

1 oriental rug. Value 250

6 face masks. Value 300

1 antique marble top chest. Value 100

1 antique rifle with powder horn. Value 500

2ND FLOOR PRIMARY BEDROOM

1 Fontaine's fox Toonerville Trolley. Value 65

1 Bing bros tin car. Value 120

2 metal Disney bank mold and accompanying bank. Value 500

2ND HALLWAY.

1 miniature chest. Value 200

1 Disney painting with Snow White and 7 dwarfs pins. Value 350

1 oriental runner. Value 300

7 pieces Knowles, Taylor, and Knowles lotus ware. Value 350

2ND BEDROOM

1 crystal dumbo. Value 500

Various collectibles. Value 200

2 antique dressers. Value 250

1 antique marble clock. Value 200

1 unmarked salesman's sample road grader. Value 1250

1 sewing desk. Value 780

1 mickey and Pluto serigraph signed. Value 235

Alan and Jane Patrono

Jewelry-Jointly held

<u>Valued at standard gold weight and/or gemstone value</u>

1. 2 large gold bracelets. Value 3,000

2. 7 gold bracelets. Value 2000

3. 1 Diamond and Platinum tennis bracelet. Value 2250

4. 1 Emerald, Diamond and Gold bracelet. Value 1500

5. 1 Gold, Diamond, and pearl brooch Value 3000

6. 7 gold necklaces. Value 3000

7. White gold and topaz ring. Value 750

8. 8 krugerands. Value 27000

9. Aquamarine and gold pendent Value 250

10 Gold ring with stones. Value 250

11. Gold and diamond ring. Value 5375

12.Elgin Gold pocket watch. Value 200

13. Gold filed Hamilton pocket watch Value 200

14. Antique squash blossom and turquoise necklace. Value 750

15. Chopard gold, diamond, and emerald ring. Value 3000

16. Gold, diamond and citrine pendent. Value 500

17. Gold and stone key fob Value 750

18. Gold and stone bracelet. Value 500

19. Aquamarine and gold ring. Value 1000

20. 27 gold and stone rings. Value 1000

21. Large gold ring with stone. Value 1000

22. Diamond and stone gold ring. Value 250

23. Modern design Aqua pendent. Value 250

24. Platinum, gold and 4 diamonds ring. Value 2500

25. Mallorca pearl necklace. Value 200

26. 3 natural pearl necklaces. Value 300

27. Gold pocket watch 200. Value 200

28. Sapphire and gold bracelet. Value 1000

29. 2 gold and stone rings. Value 300

30. Gold and emerald pendent. Value 300

31. 2 Victorian gold, diamond and pearl sunburst pins. Value 300

32 Gold and semi-precious stone necklace. Value 750

33.Pearl bracelet. Value 100

34. Amethyst heart shape pendent surrounded by diamonds. Value 2000

35. 2 pandora bracelets with multiple charms and 4 gold charms. Value 750

36. Miscellaneous silver items. Value 250

37. Gold, pearl and stone pendant with chain. Value 250

| Debtor 1 | **Alan Kim Patrono** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jane H. Patrono** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | **1:25-bk-02214** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** **Adams County Tax Claim Bureau**<br>Creditor's Name<br><br>**117 Baltimore St., Room 204**<br>**Gettysburg, PA 17325-2313**<br>Number, Street, City, State & Zip Code | **$7,735.61** | **$600,000.00** | **$0.00** |

Describe the property that secures the claim:

**98 East Broadway Gettysburg, PA 17325  Adams County Residence**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred | **2024** | Last 4 digits of account number | **6690** |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Alan Kim Patrono** | | Case number (if known) | **1:25-bk-02214** |
| | First Name     Middle Name     Last Name | | | |
| Debtor 2 | **Jane H. Patrono** | | | |
| | First Name     Middle Name     Last Name | | | |

---

| 2.2 | **Adams County Tax Claim Bureau** | | | |
|---|---|---|---|---|

Creditor's Name

**117 Baltimore St., Room 204**
**Gettysburg, PA 17325-2313**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**     **$2,095.13**     **$38,500.00**     **$0.00**

**Parcel No. 07F09-0037E consisting of .98 acres**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred     **2023 and 2024**     Last 4 digits of account number _____

---

| 2.3 | **Adams County Tax Claim Bureau** | | | |
|---|---|---|---|---|

Creditor's Name

**117 Baltimore St., Room 204**
**Gettysburg, PA 17325-2313**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**     **$11,442.73**     **$375,000.00**     **$0.00**

**30-32 West Middle Street Gettysburg, PA 17325  Adams County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____     Last 4 digits of account number _____

---

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | 1:25-bk-02214 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **H&M Holdings** | Describe the property that secures the claim: | $1,571,561.16 | $600,000.00 | $1,571,561.16 |
|---|---|---|---|---|---|

Creditor's Name

**98 East Broadway Gettysburg, PA 17325  Adams County Residence**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**210 Ridgewood Drive Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     2018-SU-813

Date debt was incurred   **7/27/2018**      Last 4 digits of account number   **813**

| 2.5 | **H&M Holdings** | Describe the property that secures the claim: | $1,571,651.16 | $600,000.00 | $1,079,205.95 |
|---|---|---|---|---|---|

Creditor's Name

**98 East Broadway Gettysburg, PA 17325  Adams County Residence**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**210 Ridgewood Drive Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     2018-SU-814

Date debt was incurred   **7/27/2018**      Last 4 digits of account number   **814**

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | 1:25-bk-02214 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.6 | H&M Holdings | Describe the property that secures the claim: | Unknown | $600,000.00 | Unknown |

Creditor's Name

**98 East Broadway Gettysburg, PA 17325  Adams County Residence**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset)   **2018-SU-1293 Lis Pendens**

**Date debt was incurred**   **12/12/2018**       **Last 4 digits of account number**   **1293**

| 2.7 | H&M Holdings | Describe the property that secures the claim: | Unknown | $600,000.00 | Unknown |

Creditor's Name

**98 East Broadway Gettysburg, PA 17325  Adams County Residence**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **2021-SU-758 Cumberland County**

**Date debt was incurred**   **8/16/2021**       **Last 4 digits of account number**   **758**

| Debtor 1 | **Alan Kim Patrono** | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jane H. Patrono** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.8 | **H&M Holdings** | Describe the property that secures the claim: | $1,571,651.16 | $400,000.00 | $1,171,651.16 |
|---|---|---|---|---|---|

Creditor's Name

**28 West Middle Street Gettysburg, PA 17325  Adams County**

**210 Ridgewood Drive Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2018-SU-813**

Date debt was incurred    **7/27/2018**        Last 4 digits of account number    **813**

| 2.9 | **H&M Holdings** | Describe the property that secures the claim: | $1,571,651.16 | $400,000.00 | $1,571,651.16 |
|---|---|---|---|---|---|

Creditor's Name

**28 West Middle Street Gettysburg, PA 17325  Adams County**

**210 Ridgewood Drive Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2018-SU-814**

Date debt was incurred    **7/27/2018**        Last 4 digits of account number    **814**

| 2.10 | H&M Holdings | | Describe the property that secures the claim: | Unknown | $400,000.00 | Unknown |

**2.10**  **H&M Holdings**
Creditor's Name

**Describe the property that secures the claim:**

**28 West Middle Street Gettysburg, PA 17325  Adams County**

**Unknown**    **$400,000.00**    **Unknown**

**210 Ridgewood Drive Gettysburg, PA 17325**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **2018-SU-1293 Lis Pendens**

Date debt was incurred  **12/12/2018**    Last 4 digits of account number  **1293**

---

**2.11**  **H&M Holdings**
Creditor's Name

**Describe the property that secures the claim:**

**28 West Middle Street Gettysburg, PA 17325  Adams County**

**Unknown**    **$400,000.00**    **Unknown**

**210 Ridgewood Drive Gettysburg, PA 17325**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **2021-SU-758 Cumberland County**

Date debt was incurred  **8/16/2021**    Last 4 digits of account number  **758**

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1 2 | **H&M Holdings** | Describe the property that secures the claim: | **$250,000.00** | **$2,250,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**410 Cashtown Road Gettysburg, PA 17325  Adams County**
**1/3 Interest in Hauser Family Farms and Winery**

**210 Ridgewood Drive**
**Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Date debt was incurred**   **3/25/2020**        **Last 4 digits of account number** _____

| 2.1 3 | **H&M Holdings** | Describe the property that secures the claim: | **$1,571,651.16** | **$375,000.00** | **$1,208,093.89** |
|---|---|---|---|---|---|

Creditor's Name

**30-32 West Middle Street Gettysburg, PA 17325  Adams County**

**210 Ridgewood Drive**
**Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)   **2018-SU-813**

**Date debt was incurred**   **7/27/2018**        **Last 4 digits of account number**   **813**

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.1 4 | **H&M Holdings** | Describe the property that secures the claim: | $1,571,651.16 | $375,000.00 | $1,571,651.1 6 |
|---|---|---|---|---|---|

**Creditor's Name**

**30-32 West Middle Street Gettysburg, PA 17325  Adams County**

**210 Ridgewood Drive Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)    **2018-SU-814**

Date debt was incurred   **7/27/2018**        Last 4 digits of account number    **814**

| 2.1 5 | **H&M Holdings** | Describe the property that secures the claim: | Unknown | $375,000.00 | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

**30-32 West Middle Street Gettysburg, PA 17325  Adams County**

**210 Ridgewood Drive Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)    **2018-SU-1293 Lis Pendens**

Date debt was incurred   **12/12/2018**       Last 4 digits of account number    **1293**

| 2.16 | **H&M Holdings** | | **Unknown** | **$375,000.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**30-32 West Middle Street
Gettysburg, PA 17325  Adams County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset) **2021-SU-758 Cumberland County**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred **8/16/2021**    Last 4 digits of account number **758**

---

| 2.17 | **H&M Holdings** | | **$1,571,651.16** | **$375,400.00** | **$1,196,251.16** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Parcel No. 07F09-0037-000 consisting of 43.98 acres**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset) **2018-SU-813**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred **7/27/2018**    Last 4 digits of account number **813**

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.18 | H&M Holdings | Describe the property that secures the claim: | $1,571,651.16 | $375,400.00 | $1,571,651.16 |
|---|---|---|---|---|---|

**Creditor's Name**

**Parcel No. 07F09-0037-000 consisting of 43.98 acres**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset)   **2018-SU-814**

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** 7/27/2018     **Last 4 digits of account number** 814

---

| 2.19 | H&M Holdings | Describe the property that secures the claim: | Unknown | $375,400.00 | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

**Parcel No. 07F09-0037-000 consisting of 43.98 acres**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset)   **2018-SU-1293 Lis Pendens**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** 12/12/2018     **Last 4 digits of account number** 1293

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 10 of 17

Case 1:25-bk-02214-HWV     Doc 71     Filed 11/05/25     Entered 11/05/25 13:58:04     Desc
Main Document     Page 37 of 51

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 0 | **H&M Holdings** | **Describe the property that secures the claim:** | **Unknown** | **$375,400.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> Parcel No. 07F09-0037-000
> consisting of 43.98 acres

**210 Ridgewood Drive**
**Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **2021-SU-758 Cumberland County**

Date debt was incurred **8/16/2021**   Last 4 digits of account number **758**

---

| 2.2 1 | **H&M Holdings** | **Describe the property that secures the claim:** | **$1,571,651.16** | **$213,100.00** | **$1,358,551.16** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> Parcel No. 07F09-0037D-000
> consisting of 29.37 acres

**210 Ridgewood Drive**
**Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **2018-SU-813**

Date debt was incurred **7/27/2018**   Last 4 digits of account number **813**

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| | | | |
|---|---|---|---|
| **2.2 2** | **H&M Holdings** | Describe the property that secures the claim: | $1,571,651.16 $213,100.00 $1,571,651.16 |
| | Creditor's Name | **Parcel No. 07F09-0037D-000 consisting of 29.37 acres** | |

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **2018-SU-814**

**Date debt was incurred**  **7/27/2018**        **Last 4 digits of account number**   **814**

| | | | |
|---|---|---|---|
| **2.2 3** | **H&M Holdings** | Describe the property that secures the claim: | **Unknown** $213,100.00 **Unknown** |
| | Creditor's Name | **Parcel No. 07F09-0037D-000 consisting of 29.37 acres** | |

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **2018-SU-1293 Lis Pendens**

**Date debt was incurred**  **12/12/2018**        **Last 4 digits of account number**   **1293**

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 4 | **H&M Holdings** | **Describe the property that secures the claim:** | **Unknown** | **$213,100.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

<table>
<tr><td>Parcel No. 07F09-0037D-000 consisting of 29.37 acres</td></tr>
</table>

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **2021-SU-758 Cumberland County**

Date debt was incurred  **8/16/2021**   Last 4 digits of account number   **758**

| 2.2 5 | **H&M Holdings** | **Describe the property that secures the claim:** | **$1,571,651.16** | **$38,500.00** | **$1,535,246.29** |
|---|---|---|---|---|---|

Creditor's Name

<table>
<tr><td>Parcel No. 07F09-0037E consisting of .98 acres</td></tr>
</table>

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) **2018-SU-813**

Date debt was incurred  **7/27/2018**   Last 4 digits of account number   **813**

| Debtor 1 | **Alan Kim Patrono** | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jane H. Patrono** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 6 | **H&M Holdings** | Describe the property that secures the claim: | $1,571,651.16 | $38,500.00 | $1,571,651.1 6 |
|---|---|---|---|---|---|

Creditor's Name

> **Parcel No. 07F09-0037E consisting of .98 acres**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **2018-SU-814**

**Date debt was incurred   7/27/2018**     **Last 4 digits of account number    814**

| 2.2 7 | **H&M Holdings** | Describe the property that secures the claim: | Unknown | $38,500.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

> **Parcel No. 07F09-0037E consisting of .98 acres**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **2018-SU-1293 Lis Pendens**

**Date debt was incurred   12/12/2018**     **Last 4 digits of account number    1293**

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.2 8 | **H&M Holdings** | **Describe the property that secures the claim:** | **Unknown** | **$38,500.00** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Parcel No. 07F09-0037E consisting of .98 acres**

**210 Ridgewood Drive
Gettysburg, PA 17325**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset)   **2021-SU-758 Cumberland County**

Date debt was incurred   **8/16/2021**       Last 4 digits of account number   **758**

| 2.2 9 | **Members 1st Credit Union** | **Describe the property that secures the claim:** | **$99,819.18** | **$600,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**98 East Broadway Gettysburg, PA 17325  Adams County Residence**

**5000 Louise Drive
Mechanicsburg, PA 17055**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   _____       Last 4 digits of account number   **9142**

| Debtor 1 | **Alan Kim Patrono** | | | Case number (if known) | **1:25-bk-02214** |
|---|---|---|---|---|---|

First Name    Middle Name    Last Name

Debtor 2 **Jane H. Patrono**

First Name    Middle Name    Last Name

---

| 2.30 | **Members 1st Federal Credit Union** | Describe the property that secures the claim: | $1,475,000.00 | $2,250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**410 Cashtown Road Gettysburg, PA 17325 Adams County
1/3 Interest in Hauser Family Farms and Winery**

**5000 Marketplace Way
Enola, PA 17025-2431**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

**Date debt was incurred**   **10/26/2011**     **Last 4 digits of account number** _____

---

| 2.31 | **Members 1st Federal Credit Union** | Describe the property that secures the claim: | $321,000.00 | $2,250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**410 Cashtown Road Gettysburg, PA 17325 Adams County
1/3 Interest in Hauser Family Farms and Winery**

**5000 Marketplace Way
Enola, PA 17025-2431**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

**Date debt was incurred**   **10/26/2011**     **Last 4 digits of account number** _____

---

| Debtor 1 | Alan Kim Patrono | | | Case number (if known) | 1:25-bk-02214 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jane H. Patrono | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.3 2 | **PNC Bank** | Describe the property that secures the claim: | $0.00 | $375,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**6750 Miller Road
Brecksville, OH
44141-3262**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Date debt was incurred**    **5/7/07**

Describe the property that secures the claim:

**30-32 West Middle Street
Gettysburg, PA 17325  Adams
County**

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Mortgage**

**Last 4 digits of account number**    _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $21,026,816.57 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $21,026,816.57 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| Debtor 1 | **Alan Kim Patrono** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Jane H. Patrono** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:25-bk-02214** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| **4.1** | **American  Express**<br>Nonpriority Creditor's Name<br>**P.O. Box 96001**<br>**Los Angeles, CA 90096**<br>Number Street City State Zip Code | Last 4 digits of account number   **9413** | **$31,389.00** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐■ Other. Specify _____

26762

| 4.2 | **Bank of America** | | Last 4 digits of account number    1559 | | $9,247.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 15019**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **Barclays** | | Last 4 digits of account number    6607 | | $17,877.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 60517**
**City of Industry, CA 91716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.4 | **Credit One Bank** | | Last 4 digits of account number    8713 | | $2,353.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 60500**
**City of Industry, CA 91716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Case 1:25-bk-02214-HWV    Doc 71    Filed 11/05/25    Entered 11/05/25 13:58:04    Desc
Main Document      Page 46 of 51

| | | | |
|---|---|---|---|
| **4.5** | **Discover** | Last 4 digits of account number  **9190** | **$27,375.00** |

Nonpriority Creditor's Name
**P.O. Box 6103**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | | |
|---|---|---|---|
| **4.6** | **H&M Holdings** | Last 4 digits of account number | **$1,571,651.16** |

Nonpriority Creditor's Name
**210 Ridgewood Drive**
**Gettysburg, PA 17325**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **2018-SU-813 & 814**

---

| | | | |
|---|---|---|---|
| **4.7** | **Hannah M. Hauser** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**210 Ridgewood Drive**
**Fairfield, PA 17320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **2018-SU-813 & 814**

---

| 4.8 | **Hauser Family Farms LLCC** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**30 W Middle Street**
**Gettysburg, PA 17325**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **2018-SU-813 & 814**

---

| 4.9 | **M&T Bank** | Last 4 digits of account number **0299** | **$17,813.00** |

Nonpriority Creditor's Name
**P.O. Box 62014**
**Baltimore, MD 21264**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.10 | **Melinda H. Davis** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**48 Beachwood Drive**
**Fairfield, PA 17320**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **2018-SU-813 & 814**

---

| 4.1 1 | **Members First Credit Card** | Last 4 digits of account number   **7142** | **$4,833.00** |

Nonpriority Creditor's Name
**PO Box 2165**
**Midland, MI 48641**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.1 2 | **Mette, Evans & Woodside** | Last 4 digits of account number _____ | **$325,000.00** |

Nonpriority Creditor's Name
**3401 North Front Street**
**Harrisburg, PA 17110-0950**
Number Street City State Zip Code

**When was the debt incurred?**   **2020-2025**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal Fees**

---

| 4.1 3 | **Smigel, Anderson & Sacks** | Last 4 digits of account number _____ | **$90,000.00** |

Nonpriority Creditor's Name
**4431 N. Front Street**
**3rd Floor**
**Harrisburg, PA 17110**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| | |
|---|---|
| Name and Address<br>**Paige Macdonald-Matthes, Esquire**<br>**Obermayer Rebmann Maxwell and**<br>**Hippel, LL**<br>**200 Locust Street, Suite 400**<br>**Harrisburg, PA 17101** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Paige Macdonald-Matthes, Esquire**<br>**Obermayer Rebmann Maxwell and**<br>**Hippel, LL**<br>**200 Locust Street, Suite 400**<br>**Harrisburg, PA 17101** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Paige Macdonald-Matthes, Esquire**<br>**Obermayer Rebmann Maxwell and**<br>**Hippel, LL**<br>**200 Locust Street, Suite 400**<br>**Harrisburg, PA 17101** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Paige Macdonald-Matthes, Esquire**<br>**Obermayer Rebmann Maxwell and**<br>**Hippel, LL**<br>**200 Locust Street, Suite 400**<br>**Harrisburg, PA 17101** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,097,538.16 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,097,538.16 |

Case 1:25-bk-02214-HWV    Doc 71    Filed 11/05/25    Entered 11/05/25 13:58:04    Desc
Main Document      Page 50 of 51

**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re   **Alan Kim Patrono**
        **Jane H. Patrono**                   Case No.   **1:25-bk-02214**

                          Debtor(s)         Chapter   **11**

## AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule A/B to add Contingent Claims**
**Schedules D,E/F to add Secured debts from Judgment Liens, to move claim for Smigel, Anderson & Sacks to Schedule F and to add claim o Mette, Evans & Woodside to Schedule F.**
**Updated List of 20 Largest Creditors.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **11/05/2025**                  **/s/ Lawrence V. Young**
                                          **Lawrence V. Young 21009**
                                          Attorney for Debtor(s)
                                          **CGA Law Firm**
                                          **135 North George Street**
                                          **York, PA 17401-1132**
                                          **717-848-4900 Fax:717-843-9039**
                                          **lyoung@cgalaw.com**