IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| ALAN KIM PATRONO, fdba PATRONO & : | |
| MURPHY LLC, fdba APPLE LEAF : | |
| ABSTRACTING & SETTLEMENT CO. and : | |
| JANE H. PATRONO, : | |
| : | CASE NO. 1:25-bk-02214-HWV |
| Debtors. : | |

**ORDER**

Upon consideration of the Plan of Reorganization ("Plan") filed by the Debtor on November 5, 2025, Doc. 72, it is

**ORDERED** that:

1. Within three (3) days after the entry of this Order, the Debtor shall serve a copy of this Order, the Plan, and a ballot conforming to Official Form 314 (Class Ballot for Accepting or Rejecting Plan of Reorganization) on all creditors, equity holders, and parties in interest, and file a certificate of service with the court no later than seven (7) days after entry of this Order.

2. **December 3, 2025** is fixed as the last day for filing an election of application of 11 U.S.C. § 1111(b)(2) by a class of secured creditors in accordance with Interim Rule 3014.

3. **December 3, 2025** is the date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to vote to accept or reject the Plan.

4. **December 3, 2025** is fixed as the last day for filing written acceptances or rejections of the Plan. A written summary of ballots (Local Form 3018-1) must be filed by the

1

Debtor with the Court and transmitted to the U.S. Trustee no later than **December 10, 2025**.

5. **December 10, 2025** is fixed as the last day for filing written objections to confirmation of the Plan.

6. The hearing on confirmation of the Plan will be held on **December 16, 2025** at **10:00 a.m.** at the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102. Creditor attendance is not required; however, attendance will assist the Court if creditors wish to speak either in support of, or in opposition to, any of the matters before the Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 5, 2025