IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Alan Kim Patrono and Jane H. Patrono,
Debtors

Chapter 11

Case No. 1:25-bk-02214

## <u>ORDER</u>

Upon consideration of the Debtors' Motion to Appoint Marshall L. Miller and Mountain Realty ERA Powered as Realtor for the Debtors, Doc. 55, and the Objection to same, Doc. 57, and the hearings held on November 4 and 18, 2025, for the reasons stated on the record, it is

**ORDERED** that the Debtors' Motion is **GRANTED** in part. Marshall L. Miller and Mountain Realty ERA Powered are appointed as Realtor for the Debtors for the purpose of listing for sale the real estate owned by the Debtors at 28 West Middle Street, Gettysburg, Pennsylvania, pursuant to the Amended Listing Agreement. (Doc. 83.)

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 21, 2025