# Notice Recipients

District/Off: 0314–1                User: AutoDocketer                Date Created: 11/21/2025
Case: 1:25–bk–02214–HWV             Form ID: pdf010                   Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Lawrence V. Young          lyoung@cgalaw.com

TOTAL: 1