# EXHIBIT B

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 8/12/2025 | 3 | LY | Instruct Paralegal Shearer regarding tickling certain dates that must be followed. | 0.10 | $450.00 | $45.00 | Excessive amount of time. |
| 8/14/2025 | 4 | LY | Email exchange with Kim regarding the right of related parties to ask Bankruptcy Court to stay the Common Pleas court and issue a stay. | 0.20 | $450.00 | $99.00 | Representation of Jonathan Patrono not approved. |
| 8/14/2025 | 4 | RAS | Listen to voicemail from Cherie at ACNB insurance regarding additional information and questions she has. She said she will send an email laying out questions and did not leave her call back number. | 0.20 | $160.00 | $32.00 | Excessive amount of time. |
| 8/18/2025 | 5 | LY | Begin review of the e-mails and attached exhibits forwarded over the weekend from the clinet; print over 130 pages of e-mails and exhibits; e-mail to Kim regarding his sisters-in-law's objectives. | 0.30 | $450.00 | $135.00 | Excessive amount of time. |
| 8/18/2025 | 5 | RAS | Review emails, print out pictures for Attorney Young. [NOTE: this was changed from 2/11/26 submission which said "Larry"] Review secure email from M&T Bank with DIP account information. Forward to US Trustee. | 0.30 | $160.00 | $48.00 | Compiled time entries. |

| |
|---|
| Representation of Jonathan Patrono |
| Duplicate Time Entries |
| Kim Patrono's Drafting Being Billed to Estate by LY |
| Improper Billing for Matters Unrelated to Proper Administration of Estate |
| Excessive Time |
| Vague Billing |
| Compiled Time Entries |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 8/18/2025 | 5 | RAS | Prepare schedules for updated petition completion. Telephone from Attorney Young [NOTE: this was changed from 2/11/26 submission which said "Larry"] to let me know that Wells Fargo DIP account was opened because they will give Kim a debit card. A statement will be sent. Email to Kim with a list of information still needed for petition completion. | 3.70 | $160.00 | $592.00 | Compiled time entries. |
| 8/21/2025 | 6 | LY | E-mail exchange with Kim regarding his concerns about Judge George and Attorney Mathis [sic] going to extreme measures to circumvent the bankruptcy filing. | 0.20 | $450.00 | $90.00 | *Advancement of False Narrative in violation of PA Rules of Professional Conduct.* |
| 8/22/2025 | 7 | RAS | [NOTE: this was changed from 2/11/26 submission which said "Larry"] Review Attorney Young's notes on petition and make revisions. Telephone call from Kim Patrono to compare notes with changes Attorney Young wanted. | 1.60 | $160.00 | $256.00 | Comingled time entries. |
| 8/25/2025 | 7 | BCD | Meeting with Attorney Lawrence V. Young regarding extension of automatic stay to state court litigation/co-defendant; conduct legal research and prepare overview of third circuit authority | 2.00 | $375.00 | $750.00 | Representation of Jonathan Patrono not approved. |
| 8/25/2025 | 7 | LY | Review e-mail from Kim containing a draft Motion to Extend the Stay to Non-Debtor Defendants in the | 0.30 | $450.00 | $135.00 | Alan Kim Patrono drafting. |
| 8/25/2025 | 7 | LY | Common Pleas litigation; e-mail to Kim with my analysis of the Motion, and suggested improvements; e-mail exchange with Kim regarding filing in both the Bankruptcy Court and the Common Pleas Court. | | | | Representation of Jonathan Patrono not approved. |

4915-3997-9921 v2-3/17/26

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 8/25/2025 | 7 | LY | E-mail exchange with Kim confirming that Jonathan has to file the Motion to Extend the Automatic Stay. | 0.20 | $450.00 | $90.00 | Representation of Jonathan Patrono not approved. |
| 8/25/2025 | 7 | LY | Begin review of the 88-page 4th Circuit Opinion on extending the Automatic Stay; interoffice conference with Attorney Diefenderfer regarding who is the one to seek to extend the Automatic Stay. | 0.50 | $450.00 | $225.00 | Representation of Jonathan Patrono not approved. |
| 8/25/2025 | 8 | LY | Review Kim's e-mail again requesting we file to protect Jonathan from the Common Pleas litigation. | 0.10 | $450.00 | $45.00 | Representation of Jonathan Patrono not approved. |
| 8/25/2025 | 8 | LY | E-mail exchange with Kim regarding filing a Motion to Extend the Automatic Stay to Jonathan. | 0.20 | $450.00 | $90.00 | Representation of Jonathan Patrono not approved. |
| 8/26/2025 | | BCD | Meeting with Attorney Young for research assignment (.1); Perform research on 3rd party auto stay/Preliminary injunctions and forward results in a memo to Attorney Young (.5) | 0.60 | $275.00 | $165.00 | Representation of Jonathan Patrono not approved. |
| 8/26/2025 | 8 | LY | Briefly review § 362(a) and § 105 in preparation for drafting the documents to have the Automatic Stay extended to Jonathan Patrono; preparation of a Motion and proposed Order to Extend the Stay, and a Motion and proposed Order for an expedited hearing. | 0.70 | $450.00 | $315.00 | Representation of Jonathan Patrono not approved. |
| 8/26/2025 | 8 | LY | Review, revise and finalize the Motion for extending the Automatic Stay to Jonathan Patrono. | 0.20 | $450.00 | $90.00 | Representation of Jonathan Patrono not approved. |
| 8/26/2025 | 8 | RAS | Per dictation from Larry, prepare Motion to Expand the Automatic Stay to Include Jonathan Patrono and Motion for Expedited Hearing for same. Give to Larry for review. Email to Kim for review. | 1.60 | $160.00 | $256.00 | Representation of Jonathan Patrono not approved. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 8/26/2025 | 8 | RAS | Review email from Kim Patrono regarding question about adding a line in regarding Adams County hearing tomorrow. Discuss with Larry and respond to Kim. | 0.20 | $160.00 | $32.00 | Representation of Jonathan Patrono not approved. |
| 8/26/2025 | 8 | RAS | Revise Motion for Expedited Hearing Request, per Kim's suggestion. Efile. | 0.40 | $160.00 | $64.00 | Representation of Jonathan Patrono not approved. |
| 8/26/2025 | 8 | RAS | Efile Motion to Extend the Automatic Stay and serve on Paige Macdonald-Matthes. | 0.30 | $160.00 | $48.00 | Representation of Jonathan Patrono not approved. |
| 8/26/2025 | 9 | RAS | Review email from Jill Smith at Judge George's office verifying receipt of documents. Forward copy to Kim Patrono. | 0.20 | $160.00 | $32.00 | Representation of Jonathan Patrono not approved. |
| 8/26/2025 | 9 | RAS | Reviewed email from Kim Patrono forwarded by Larry with email address for Judge George. Email copies of Motions regarding request to expand the reach of the Automatic Stay to Judge George | 0.20 | $160.00 | $32.00 | Representation of Jonathan Patrono not approved. |
| 8/27/2025 | 9 | LY | Email exchange with Kim regarding the Bankruptcy Court denying our request for a emergency hearing, and a hearing on September 16 at 9:30 a.m. | 0.20 | $450.00 | $90.00 | Representation of Jonathan Patrono not approved. |
| 8/27/2025 | 9 | LY | E-mail from the Chambers of Judge George advising he will go forward with the hearing today; forward to Kim. | 0.20 | $450.00 | $90.00 | Duplicate effort with 08/27/2025 RAS |
| 8/27/2025 | 9 | LY | E-mail exchange with Kim regarding the ongoing Common Pleas litigation and why H&M should be regraded as a sham entity by the Bankruptcy Court. | 0.20 | $450.00 | $90.00 | *Res judicata* |
| 8/27/2025 | 9 | LY | E-mail exchange with Kim regarding the continuing issue of the true identity of H&M and why it matters. | 0.20 | $450.00 | $90.00 | *Res judicata* |

4915-3997-9921 v2-3/17/26

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 8/27/2025 | 9 | RAS | Review email that Judge George will continue with hearing until Judge Van Eck signs an Order. | 0.20 | $160.00 | $32.00 | Duplicate effort with 08/27 LY. |
| 8/28/2025 | 9 | LY | Extended telephone conference with KP and Atty. Aaron Martin to discuss the pending Adams county litigation and the Bankruptcy Court hearing to have Jonathan protected by the Automatic Stay | 0.40 | $450.00 | $180.00 | Comingled time entries. |
| 8/28/2025 | 9 | LY | Extended telephone conferenced with Kim Patrono and Attorney Aaron Martin to discuss the pending Adams County litigation, and the Bankruptcy Court hearing to have Jonathan protected by the Automatic Stay. | 0.40 | $450.00 | $180.00 | Representation of Jonathan Patrono not approved. |
| 8/29/2025 | 10 | RAS | Download, print and prepare documents for Motion to Dismiss and Objection filed. | 1.20 | $160.00 | $192.00 | excessive amount of time. |
| 9/1/2025 | 10 | LY | Review the notebook full of pleadings (approx.. 250 pages) filed by {PMM} seeking to dismiss the Chapter 11 Filing of Alan and Jane Patrono; review our file for relevant related documents in order to prepare a to the Motion to Dismiss; Review Schedules and the Court's scheduling Order; prepare settlement proposal | 3.50 | $450.00 | $1,575.00 | Comingled time entries. |
| 9/2/2025 | 10 | LY | Telephone call with Kim to discuss at length the Motion to Stay filed by H&M Holding and Attorney [PMM] and our Responses to be drafted and submitted 8/18; and the remaining issues still on the Docket at the Court of Common Pleas should the case be remanded. | 2.30 | $450.00 | $1,035.00 | Comingled time entries. |
| 9/2/2025 | 10 | LY | E-mail exchange with Aaron Martin at Mette regarding Paige's gratuitous copying of Judge George on her bankruptcy filings. | 0.20 | $450.00 | $90.00 | Not ex parte; Aaron Martin and Ron Finick copied. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/9/2025 | 11 | RM | Preparation of draft correspondence to Attorney Macdonald-Matthes regarding violation of Rule 3.3 in the forwarding of Motion to Judge. | 0.40 | $125.00 | $50.00 | Not ex parte, not rule violation, not appropriate expense incurred. |
| 9/10/2025 | 11 | LY | Review Kim's email with the revisions and edits he is suggesting to the draft of our Answer. | 0.20 | $450.00 | $90.00 | LY billing for Kim drafting. |
| 9/12/2025 | 11 | LY | Prepare second draft of letter to Attorney Paige McDonald and attention regarding Pennsylvania Rule of Professional Conduct 3.3. | 0.20 | $450.00 | $90.00 | not ex parte not rule violation. |
| 9/12/2025 | 11 | RAS | Prepare revisions to letter to Attorney Paige Macdonald Matthes regarding direct contact with Judge George. Return draft and draft with revisions to Larry for review. | 0.20 | $160.00 | $32.00 | not ex parte not rule violation. |
| 9/12/2025 | 11 | RAS | Finalize letter to Paige Macdonald-Matthes. Email and mail original. | 0.20 | $160.00 | $32.00 | not ex parte not rule violation. |
| 9/16/2025 | 12 | LY | Review the exhibit I intend to use as supportive of our Motion to Extend Automatic Stay to Jonathan | 0.30 | $450.00 | $135.00 | Representation of Jonathan Patrono not approved. |
| 9/16/2025 | 12 | LY | Travel to Harrisburg to appear before Bankruptcy Judge Van Eck, along with Kim, Jonathan, Attorney Aaron Martin, to seek to extend the Automatic Stay to protect Jonathan, resulting in a continuance. | 3.30 | $450.00 | $1,485.00 | Representation of Jonathan Patrono not approved. |
| 9/19/2025 | 13 | LY | Telephone call from Kim and Jane to discuss (1) pre and post petition payments to Attorney Aaron Martin and the preference issues; (2) preparing for next week's hearing on the issues of applying the automatic stay to Jonathan, and not dismiss the Chapter 11; and (3) settlement prospects | 0.70 | $450.00 | $315.00 | Comingled time entries. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/19/2025 | 13 | LY | Telephone call from Kim and Jane to discuss (1) pre and post petition payments to Attorney Aaron Martin and the preference issues; (2) preparing for next week's hearing **on the issues of applying the automatic stay to Jonathan,** and not dismiss the Chapter 11; and (3) settlement prospects | 0.70 | $450.00 | $315.00 | Representation of Jonathan Patrono not approved. |
| 9/22/2025 | 13 | LY | Review case decisions somewhat favorable to our case to extend the Automatic Stay. | 0.30 | $450.00 | $135.00 | Representation of Jonathan Patrono not approved. |
| 9/22/2025 | 13 | LY | Telephone call from Kim and Jane to discuss the testimony for tomorrow's hearing, the settlement proposal, the history of the business, the three sisters' involvements and the issues to be decided. | 0.70 | $450.00 | $315.00 | Duplicate entry. Compare line 12 on page 13. |
| 9/22/2025 | 13 | LY | Telephone call with Attorney Paige Macdonald Matthis [sic] to discuss the settlement proposal from the clients, and my own thoughts. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 13 on page 13. |
| 9/22/2025 | 13 | LY | Telephone call to Kim and Jane to report on my settlement discussions. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 16 on page 13. |
| 9/22/2025 | 13 | LY | Telephone call from Paige MacDonald Matthis [sic] with her settlement proposal; telephone call to Kim (voice mail) regarding that a settlement offer has been proposed. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 15 on page. |
| 9/22/2025 | 13 | LY | Telephone call to Kim to discuss the settlement proposal made by Attorney MacDonald-Matthis [sic]. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 14 on page 13. |
| 9/22/2025 | 13 | LY | Revie [sic] e-mail authorizing a settlement offer; telephone call to Attorney Macdonald-Matthis [sic] (voice mail) with the offer. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 3 on page 13. |

4915-3997-9921 v2-3/17/26

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/22/2025 | 13 | LY | Telephone call from Kim and Jane to discuss the testimony for tomorrow's hearing, the settlement proposal, the history of the business, the three sisters' involvements and the issues to be decided. | 0.70 | $450.00 | $315.00 | Duplicate entry. Compare line 5 on page 13. |
| 9/22/2025 | 13 | LY | Telephone call with Attorney Paige Macdonald Matthis [sic] to discuss the settlement proposal from the clients, and my own thoughts. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 6 on page 13. |
| 9/22/2025 | 13 | LY | Telephone call to Kim and Jane to report on my settlement discussions. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 7 on page 13. |
| 9/22/2025 | 13 | LY | Telephone call from Paige MacDonald Matthis [sic] with her settlement proposal; telephone call to Kim (voice mail) regarding that a settlement offer has been proposed. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 8 on page 13 to line 15. |
| 9/22/2025 | 13 | LY | Telephone call to Kim to discuss the settlement proposal made by Attorney MacDonald-Matthis [sic]. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare lines 15 and 16 page 13. |
| 9/23/2025 | 13 | LY | Review cases again and exhibits to prepare for today's hearing; travel to HBG to wait for our case to be called Participate in a hearing before Judge Van Eck resulting in the Automatic Stay being lifted for the Common Pleas Court to proceed, but with the Bankruptcy Court retaining jurisdiction over the assets. | 5.50 | $450.00 | $2,475.00 | Comingled time entries. |
| 9/23/2025 | 14 | LY | Review cases again and exhibits to prepare for today's hearing; travel to Harrisburg to wait for our case to be called; participate in a hearing before Judge Van Eck resulting in the Automatic Stay being lifted for the Common Pleas Court to proceed, but with the Bankruptcy Court retaining jurisdiction over the assets. | 5.50 | $450.00 | $2,475.00 | Duplicate entry. Compare lines 2 and 6 on page 14. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/23/2025 | 14 | LY | Telephone call with Aaron Martin and Joel Reedy to discuss the bankruptcy proceedings and outcome, and the Common Pleas ligation [sic] as it relates to the bankruptcy. | 0.30 | $450.00 | $135.00 | Duplicate entry. Compare line 7. |
| 9/23/2025 | 14 | LY | E-mail from Bankruptcy Court forwarding the Order entered in open court this morning; forward to Kim and Aaron Martin. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare lines 3 and 8 on page 14. |
| 9/23/2025 | 14 | LY | E-mail from Attorney Joel Reedy with Mette Evans to have them appointed as Special Counsel in the case; forwarded to Paralegal Shearer. | 0.30 | $450.00 | $135.00 | Duplicate entry. Compare lines 5 and 9 on page 14. |
| 9/23/2025 | 14 | LY | Review cases again and exhibits to prepare for today's hearing; travel to Harrisburg to wait for our case to be called; participate in a hearing before Judge Van Eck resulting in the Automatic Stay being lifted for the Common Pleas Court to proceed, but with the Bankruptcy Court retaining jurisdiction over the assets. | 5.50 | $450.00 | $2,475.00 | Duplicate entry. Compare lines 2 and 6 on page 14. |
| 9/23/2025 | 14 | LY | Telephone call with Aaron Martin and Joel Reedy to discuss the bankruptcy proceedings and outcome, and the Common Pleas ligation [sic] as it relates to the bankruptcy. | 0.30 | $450.00 | $135.00 | Duplicate entry. Compare line 3 on page 14. |
| 9/23/2025 | 14 | LY | E-mail from Bankruptcy Court forwarding the Order entered in open court this morning; forward to Kim and Aaron Martin. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compares lines 3 and 8 on page 14. |
| 9/23/2025 | 14 | LY | E-mail from Attorney Joel Reedy with Mette Evans to have them appointed as Special Counsel in the case; forwarded to Paralegal Shearer. | 0.30 | $450.00 | $135.00 | Duplicate entry. Compare lines 5 and 9 on page 14. |
| 9/24/2025 | 14 | LY | Telephone call to Realtor Martin Miller (voice mail) regarding listing certain properties for sale. | 0.10 | $450.00 | $45.00 | Duplicate entry on page 15. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/24/2025 | 14 | LY | Telephone call to Joseph Schalk, Office of U.S. Trustee, regarding the understanding of moving the case forward, liquidating assets, the Adams Count litigation, and Mette Evans fee issues and acing as Special Counsel. | 0.20 | $450.00 | $90.00 | Duplicate with 09/24 entry on page 15. |
| 9/24/2025 | 14 | LY | Telephone call from, telephone call to Realtor Marty Miller regarding sale of 28 E. Middle, and Jane's 1/3 interest in the event center; and having a valuation report in the event center prepared by Scott Hartman. | 0.20 | $450.00 | $90.00 | Duplicate with 09/24 entry on page 15. |
| 9/24/2025 | 14 | LY | E-mail exchange with Kim responding ot [sic] his observations and questions about moving forward. | 0.20 | $450.00 | $90.00 | Duplicate with 09/24 entry on page 15. |
| 9/24/2025 | 15 | LY | Telephone call to Kim to discuss the appraisals on the various parcels of real estate, a 1031 exchange, a listing contract with Realtor Marty Miller, a valuation report by Scott Hartman, and moving the case forward. | 0.30 | $450.00 | $135.00 | Duplicate entry. Compare lines 1 and 8 on page 15. |
| 9/24/2025 | 15 | LY | E-mail exchange with Kim regarding the option of selling real estate or doing a 1031 exchange. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare lines 2 and 9 on page 15. |
| 9/24/2025 | 15 | LY | Review documents from Realtor Marty Miller regarding listing of 28 E. Middle Street, Gettysburg and Jane's 1/3 interest in Hauser Family Farm, LLC; e-mail Marty on the Plan going forward; instruct Paralegal Shearer regarding drafting the necessary documents | 0.40 | $450.00 | $180.00 | Duplicate entry. Compare lines 3 and 10 on page 15. |
| 9/24/2025 | 15 | LY | Telephone call to Realtor Martin Miller (voice mail) regarding listing certain properties for sale. | 0.10 | $450.00 | $45.00 | Duplicate entry. Compare line 4 on page 15 with line 12 on page 14. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/24/2025 | 15 | LY | Telephone call to Joseph Schalk, Office of U.S. Trustee, regarding the understanding of moving the case forward, liquidating assets, the Adams Count litigation, and Mette Evans fee issues and acing as Special Counsel. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare with line 13 on page 14. |
| 9/24/2025 | 15 | LY | Telephone call from, telephone call to Realtor Marty Miller regarding sale of 28 E. Middle, and Jane's 1/3 interest in the event center; and having a valuation report in the event center prepared by Scott Hartman. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare with line 14 on page 14. |
| 9/24/2025 | 15 | LY | E-mail exchange with Kim responding ot [sic] his observations and questions about moving forward. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare with line 15 on page 14. |
| 9/24/2025 | 15 | LY | Telephone call to Kim to discuss the appraisals on the various parcels of real estate, a 1031 exchange, a listing contract with Realtor Marty Miller, a valuation report by Scott Hartman, and moving the case forward. | 0.30 | $450.00 | $135.00 | Duplicate entry. Compare with line 8 on page 15. |
| 9/24/2025 | 15 | LY | E-mail exchange with Kim regarding the option of selling real estate or doing a 1031 exchange. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare with line 9 on page 15. |
| 9/24/2025 | 15 | LY | Review documents from Realtor Marty Miller regarding listing of 28 E. Middle Street, Gettysburg and Jane's 1/3 interest in Hauser Family Farm, LLC; e-mail Marty on the Plan going forward; instruct Paralegal Shearer regarding drafting the necessary documents. | 0.40 | $450.00 | $180.00 | Duplicate entry. Compare lines 3 and 10 on page 15. |
| 9/25/2025 | 15 | LY | E-mail from Attorney MacDonald-Matthes regarding the correct address for Hauser Family Farms; e-mail to Attorney MacDonald-Matthes [sic] that a correction will be made. | 0.20 | $450.00 | $90.00 | Duplicate entry on page 16. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/25/2025 | 15 | LY | E-mail exchanged with Kim regarding selecting assets to begin immediate liquidating of less important assets, giving consideration to utility and value. | 0.20 | $450.00 | $90.00 | Duplicate entry on page 16. |
| 9/25/2025 | 16 | LY | E-mail exchange with Kim regarding the problems the professional may have with Hanna and Melinda. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare lines 1 and 6 on page 16. |
| 9/25/2025 | 16 | LY | E-mail from Pamela Bowers with Realtor Marty Miller to move ahead with the listing for sale of 28 W. Middle Street and 496 Cashtown Road; forward to Paralegal Shearer for handling to have the Realtor's retention approved by the Bankruptcy Court; begin review of over 70 pages of documents. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare lines 2 and 7 on page 16. |
| 9/25/2025 | 16 | LY | E-mail exchange with Kim regarding selling assets and the jurisdiction of the Bankruptcy Court over the assets; e-mail exchange from Appraiser Scott Hartman regarding connecting tomorrow. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare line 11 on page 15. |
| 9/25/2025 | 16 | LY | E-mail from Attorney MacDonald-Matthes [sic] regarding the correct address for Hauser Family Farms; e-mail to Attorney MacDonald-Matthes [sic] that a correction will be made. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare with line 12 on page 15. |
| 9/25/2025 | 16 | LY | E-mail exchanged with Kim regarding selecting assets to begin immediate liquidating of less important assets, giving consideration to utility and value. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare with line 13 on page 15. |
| 9/25/2025 | 16 | LY | E-mail exchange with Kim regarding the problems the professional may have with Hanna and Melinda. | 0.20 | $450.00 | $90.00 | Duplicate entry. Compare lines 1 and 6 on page 16. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/25/2025 | 16 | LY | E-mail from Pamela Bowers with Realtor Marty Miller to move ahead with the listing for sale of 28 W. Middle Street and 496 Cashtown Road; forward to Paralegal Shearer for handling to have the Realtor's retention approved by the Bankruptcy Court; begin review of over 70 pages of documents. | 0.30 | $450.00 | $135.00 | Duplicate entry. Compare lines 2 and 7 on page 16. |
| 9/25/2025 | 14 | LY | Email from Attorney MacDonald-Matthes [sic] regarding the correct address for Hauser Family Farms; e-mail to Attorney MacDonald-Matthes [sic] that a correction will be made. **COMPARE to 9/26/25 entry from RAS- SAME THING but billed at $32.00 for .4?** | 0.20 | $450.00 | $90.00 | Excessive amount of time. |
| 9/30/2025 | 17 | RAS | Review document boxes with Attorney Young for Kim Patrono to go through. Set up computer for Zoom. | 0.20 | $160.00 | $32.00 | Duplicate entry page 18. |
| 9/30/2025 | 17 | RAS | In office meeting with Kim Patrono. Set up laptop for him to view hearing on Motion for Relief using Zoom. Go over Motions that are to be filed and reason for delay. | 0.30 | $160.00 | $48.00 | Duplicate entry page 18. |
| 9/30/2025 | 18 | RAS | Email to Kathryn Simpson at Mette Evans regarding fee agreement. Kim Patrono does not remember ever signing one. Request one be created if Mette Evans can not find one in their files. | 0.20 | $160.00 | $32.00 | Fabrication of document, improperly suggested. |
| 9/30/2025 | 18 | RAS | Email from Kathryn Simpson regarding fee agreement found from 2019. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare lines 2 and 5 on page 18 and line 2 on page 19. |
| 9/30/2025 | 18 | RAS | Email from Kathryn Simpson regarding fee agreement and updated revised Affidavit to be email by noon today. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare with line 2 on page 19. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/30/2025 | 18 | RAS | After hearing follow up with Kim Patrono. Make copies of documents he wanted to take originals of. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare with line 3 on page 19. |
| 9/30/2025 | 18 | RAS | Email from Kathi Simpson regarding fee agreement. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare with line 4 on page 19. |
| 9/30/2025 | 18 | RAS | Review email from Kathi Simpson regarding new fee agreement. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare with line 5 on page 19. |
| 9/30/2025 | 18 | RAS | Review email from Kathi Simpson regarding new fee agreement that was sent to Kim and Jane Patrono. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare with line 6 on page 19. |
| 9/30/2025 | 18 | RAS | Review voicemail from Kim Patrono regarding his conversation with Aaron Martin about the fee agreement. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare with line 7 on page 19. |
| 9/30/2025 | 18 | RAS | Revise Motion to Employ Realtor. Print for Attorney Young to review. | 0.40 | $160.00 | $64.00 | Duplicate entry. Compare with line 8 on page 19. |
| 9/30/2025 | 18 | RAS | Review email from Kathi Simpson regarding signed fee application. Respond with copy of agreement signed by Kim and Jane Patrono. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare with line 9 on page 19. |
| 9/30/2025 | 18 | RAS | Review email regarding Affidavit and final billing being prepared for application. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare page 19 entries. |
| 9/30/2025 | 18 | RAS | Prepare revisions to Motion to Employ Mette Evans & Woodside. Email to Kathi Simpson requesting final billing numbers. | 0.50 | $160.00 | $80.00 | Duplicate entry. Compare page 19 entries. |
| 9/30/2025 | 18 | RAS | Email to Kim Patrono regarding copies of Motion to Appoint realtor. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare page 19 entries. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/30/2025 | 18 | RAS | Efile Motion to Employ Marshall Miller as Realtor. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare page 19 entries. |
| 9/30/2025 | 18 | RAS | Efile Motion to Employ Aaron Martin as Special Counsel | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare page 19 entries. |
| 9/30/2025 | 18 | RAS | Email to Kim Patrono regarding copies of Motion to Appoint Mette Evans as Special Counsel. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare page 19 entries. |
| 9/30/2025 | 18 | RAS | Review document boxes with Attorney Young for Kim Patrono to go through. Set up computer for Zoom. | 0.20 | $160.00 | $32.00 | Duplicate entry. See entry below on page 18. |
| 9/30/2025 | 18 | RAS | In office meeting with Kim Patrono. Set up laptop for him to view hearing on Motion for Relief using Zoom. Go over Motions that are to be filed and reason for delay. | 0.30 | $160.00 | $48.00 | Duplicate entry. See entry right above on page 18. |
| 9/30/2025 | 18 | RAS | Email to Kathryn Simpson at Mette Evans regarding fee agreement. Kim Patrono does not remember ever signing one. Request one be created if Mette Evans can not find one in their files. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare first entry page 18. |
| 9/30/2025 | 19 | RAS | Email from Kathryn Simpson regarding fee agreement found from 2019. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare second entry on page 18. |
| 9/30/2025 | 19 | RAS | Email from Kathryn Simpson regarding fee agreement and updated revised Affidavit to be email by noon today. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. Compare third entry on page 18. |
| 9/30/2025 | 19 | RAS | After hearing follow up with Kim Patrono. Make copies of documents he wanted to take originals of. | 0.20 | $160.00 | $32.00 | Duplicate entry. See fourth entry on page 18. |

4915-3997-9921 v2-3/17/26

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/30/2025 | 19 | RAS | Email from Kathi Simpson regarding fee agreement. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. See fifth entry on page 18. |
| 9/30/2025 | 19 | RAS | Review email from Kathi Simpson regarding new fee agreement. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. See sixth entry on page 18. |
| 9/30/2025 | 19 | RAS | Review email from Kathi Simpson regarding new fee agreement that was sent to Kim and Jane Patrono. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. See seventh entry on page 18. |
| 9/30/2025 | 19 | RAS | Review voicemail from Kim Patrono regarding his conversation with Aaron Martin about the fee agreement. | 0.20 | $160.00 | $32.00 | Duplicate entry. See eighth entry on page 18. |
| 9/30/2025 | 19 | RAS | Revise Motion to Employ Realtor. Print for Attorney Young to review. | 0.40 | $160.00 | $64.00 | Duplicate entry. See ninth entry on page 18. |
| 9/30/2025 | 19 | RAS | Review email from Kathi Simpson regarding signed fee application. Respond with copy of agreement signed by Kim and Jane Patrono. | 0.20 | $160.00 | $32.00 | Duplicate entry. See tenth entry on page 18. |
| 9/30/2025 | 19 | RAS | Review email regarding Affidavit and final billing being prepared for application. Respond. | 0.20 | $160.00 | $32.00 | Duplicate entry. See eleventh entry on page 18. |
| 9/30/2025 | 19 | RAS | Prepare revisions to Motion to Employ Mette Evans & Woodside. Email to Kathi Simpson requesting final billing numbers. | 0.50 | $160.00 | $80.00 | Duplicate entry. See twelfth entry on page 18. |
| 9/30/2025 | 19 | RAS | Email to Kim Patrono regarding copies of Motion to Appoint realtor. | 0.20 | $160.00 | $32.00 | Duplicate entry. See thirteenth entry on page 18. |
| 9/30/2025 | 19 | RAS | Efile Motion to Employ Marshall Miller as Realtor. | 0.20 | $160.00 | $32.00 | Duplicate entry. See fourteenth entry on page 18. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 9/30/2025 | 19 | RAS | Efile Motion to Employ Aaron Martin as Special Counsel | 0.20 | $160.00 | $32.00 | Duplicate entry. See fifteenth entry on page 18. |
| 9/30/2025 | 19 | RAS | Email to Kim Patrono regarding copies of Motion to Appoint Mette Evans as Special Counsel. | 0.20 | $160.00 | $32.00 | Duplicate entry. See sixteenth entry on page 18. |
| 10/6/2025 | 19 | JKL | Research re: appointment of special counsel | 3.30 | $395.00 | $1,303.50 | Vague, post dates filing of Motion. |
| 10/23/2025 | 23 | LY | Telephone call to Attorney Aaron Martin and Kim Patrono to discuss the fact that he and Jane do not agree. | 0.20 | $450.00 | $90.00 | No benefit to estate. |
| 10/25/2025 | 23 | LY | Take the entire file home and review all materials to pull what is needed going forward. | 1.20 | $450.00 | $540.00 | vague |
| 10/31/2025 | 24 | LY | Email from Cornerstone Law Firm regarding their invoice for fees in representing Aaron Martin and Mette Evans Woodside in the bankruptcy proceedings. | 0.20 | $450.00 | $90.00 | Not appropriate charge by Debtor's counsel. |
| 11/3/2025 | 25 | RAS | Update Chapter 11 Plan to correct the spelling of Hannah Hauser | 0.20 | $160.00 | $32.00 | .2 for a connection of a single typo? - Excessive. |
| 11/5/2025 | 26 | LY | E-mail exchange with counsel for Mette regarding ho to apply for approval of counsel fees, and my suggestion on how to proceed. | 0.20 | $450.00 | $90.00 | Improper to bill. |
| 11/7/2025 | 26 | LY | Telephone call from, telephone call to Attorney Dorry Mott for Jonathan Patrono regarding potential representation. | 0.10 | $450.00 | $45.00 | Representation of Jonathan Patrono not approved. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 11/14/2025 | 28 | LY | Review e-mail from Attorney Jennifer Bruce forwarding the threat of Rule 9011 sanctions; respond to the e-mail; forward the e-mail to Kim Patrono; attorney Aaron Martin and the CGA Executive Committee the e-mail threatening Rule 9011 sanctions; begin review of the content of the letter. | 0.50 | $450.00 | $225.00 | Improper to bill. |
| 11/14/2025 | 28 | LY | E-mail exchange with Attorney Martin and Kim Patrono regarding dealing with Pauge's [sic] threat to seek sanctions again CGA, and the Pa S. Ct. Disciplinary Board Rules. | 0.30 | $450.00 | $135.00 | Improper to bill. |
| 11/14/2025 | 28 | LY | Telephone call from, telephone call to Kim regarding Paige's threat to seek Rule 9014, and the use of that threat as a trial strategy. | 0.20 | $450.00 | $90.00 | Improper to bill. |
| 11/17/2025 | 28 | LY | E-mail to Attorney Aaron Martin and Kim Patrono regarding Paige's threat to seek sanctions per rule 9011, and if she made similar threats again Aaron. | 0.20 | $450.00 | $90.00 | Improper to bill. |
| 11/19/2025 | 29 | LY | Telephone call from Kim regarding Paige possibly attempting to execute on the non-bankrupt parties' assets. | 0.20 | $450.00 | $90.00 | Not part of this bankruptcy - improper to bill. |
| 11/9/2025 | 34 | LY | Telephone call from, telephone call to Attorney Joel Reedy regarding continued representation of McNees petitioning the court for fees, and the issue of plan confirmation and filing a ballot. | 0.30 | $450.00 | $135.00 | Conflict of interest - improper to bill. |

**NOTE: Given the plethora of errors in the Fee App all time spent by LY re reviewing time records is excessive as follows:**

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 11/5/2025 | 23 | LY | Review time records and status of case and instruct Paralegal Shearer to file Fee APP | 0.30 | $450.00 | $135.00 | Excessive amount of time. |
| 12/2/2025 | 27 | LY | Same as 11/5/25 | 0.20 | $450.00 | $90.00 | Excessive amount of time. |
| 1/11/2026 | 32 | LY | Review notes and time entries; instruct RAS re prep of Motion, Notice and Order to Approve | 0.30 | $450.00 | $135.00 | Excessive amount of time. |

| Date | Invoice Page No. | Timekeeper | Description | Hours | Rate | Amount | Reason for Objection |
|---|---|---|---|---|---|---|---|
| 1/25/2026 | 33 | LY | Review all cases cited by Judge Van Eck and make notes to prepare a Brief in Opp. To H&M's Motion to Dismiss The Sub-Chapter V Petition; organize the materials to be used in the Brief in Opp.; review notes from recent 341 and conference with Judge Van Eck; instruct Paralegal Shearer regarding the preparation of an Amended Sub Chapter V Plan to include the IRS claim ad re-structure the claims of various creditors; review real estate Contracts and documents fort[sic] 28 and 30 W. Middle Street, Gettysburg; instruct Paralegal Shearer regarding The preparation of the necessary motion, notice and Order to have the realtor appointed and the sale of the two Properties.  NOTE:  Attorney Young already billed $675 in this Fee App for this despite not having prior court approval. | 4.00 | $450.00 | $1,800.00 | Comingled time entries. |

| Total For |
|---|
| Representation of Jonathan Patrono - $4,844.00 |
| Duplicate Time Entries - $10,839.00 |
| Kim Patrono Drafting - $225.00 |
| Improper Billing - $1,631.00 |
| Excessive Time - $918.00 |
| Comingled Time Entries - $11,381.00 |
| Vague - $1,843.50 |