IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Alan Kim Patrono and Jane H. Patrono,<br>Debtors | Chapter 11<br><br>Case No. 1:25-bk-00938 |

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2026 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

| Name | Mode of Service |
|---|---|
| United States Trustee | Via CM/ECF |
| Lisa Ann Rynard, Esquire | Via CM/ECF |
| Joseph P Schalk, Esquire | Via CM/ECF |
| Rachel Wolf, Esquire | Via CM/ECF |

I hereby certify that on September 2, 2026 I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and sent notification of such filing to the following Filing Users by email:

| | |
|---|---|
| American Express | Via facsimile to 623-444-3001 |
| Bank of America | Via email: lauren.mogensen@bofa.com |
| Barclays | Via email: clientservices@barclays.com |
| Discover | Via email: mrdiscpc@discover.com |
| M&T Bank | Via email: rjones@mtb.com |
| Mette Evans & Woodside | Via email: admartin@mette.com |
| Smigel, Anderson & Sacks | Via email: kkrone@sasllp.com |
| American Honda Financial | Via facsimile to: (310) 224-6102 |
| Zwicker and Associates | Via email: bknotices@zwickerpc.com |
| Internal Revenue Service | Via email: Ryann.Loftus@usdoj.gov |
| Credit One Bank | Via facsimile to: (702) 269-1195 |
| Dunes Real Estate | Via email: bsmith@basmithlaw.com |
| Hyundai Motor Finance | Via email: Cheryl.dickerson@hcs.com |
| Members 1st Credit Union | Via email: bankruptcy@members1st.org |
| Sam's Club Synchrony | Via email: AIS@aisinfo.com |
| PA Department of Revenue | Via email: RA-RV-BET-HBG-TA-EM@pa.gov |

{02433117/1}

| | |
|---|---|
| H&M Holdings and Hauser Family Farms | Via email to counsel at:<br>Paige Macdonald-Matthes: pmm@obermayer.com<br>Michael Vagnoni: michael.vagnoni@obermayer.com |

Dated: 9/2/2026

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
(717) 848-4900