**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| ALAN KIM PATRONO, fdba PATRONO & MURPHY LLC, fdba APPLE LEAF ABSTRACTING & SETTLEMENT CO. AND JANE H. PATRONO, | : | |
| | : | CASE NO. 1:25-bk-02214-HWV |
| Debtors. | : | |

**ORDER**

Upon consideration of the Motion for Expedited Hearing regarding Debtors' Motion to Incur Debt /Obtain Credit, Doc. 213, it is

**ORDERED** that an expedited hearing on the Motion to Incur Debt/Obtain Credit, Doc. 212, shall be held on **Wednesday, September 16, 2026 at 9:30 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, 4th Floor, Sylvia H. Rambo United States Courthouse, 1501 N. 6th St, Harrisburg, PA 17102. It is further

**ORDERED** that counsel for the Debtors shall electronically serve this Order along with the Motion upon all creditors. Electronic service shall occur before the close of business on September 2, 2026.[1] Proof of service, which indicates that all creditors have received notice, must be filed with the Court in advance of the hearing. Objections to the Motion will be entertained until the date and time of the hearing. It is further

[1] In the event that electronic service is impossible, counsel for the Debtor is permitted to execute service by any means recognized under the Federal Rules to effectuate notice.

**ORDERED** that counsel for the Debtors shall file the proposed credit agreement, or an explanation of why such agreement is unavailable, as an exhibit to the Motion as required by Local Rule 4001-3(b) within 2 days, on or before September 4, 2026.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 2, 2026