IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ALAN KIM PATRONO<br>JANE H. PATRONO<br>Debtors | Chapter 11<br><br>Case No. 1:25-bk-02214-HWV |

DEBTORS' MOTION
TO INCUR DEBT PURSUANT TO 11 U.S.C. §364

COMES NOW, this 2nd day of September 2026, the Debtors, by and through their counsel, CGA Law Firm, Lawrence V. Young, Esquire, and does file the within Motion averring that:

1. Movant is the within Debtors, Alan Kim Patrono and Jane H. Patrono (hereinafter "Debtors") which filed a voluntary Chapter 11 Petition on August 8, 2025.

JURISDICTION AND VENUE

2. The issues and matters set forth in this Motion constitute a core proceeding under 28 U.S. §157(b)(2).

3. Jurisdiction in the Bankruptcy Court is appropriate pursuant to 28 U.S.C. §1334.

4. Venue is appropriate in the United States Bankruptcy Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. §1409.

5. The within Motion is brought pursuant to 11 U.S.C. §364 wherein the Debtors seek to incur a debt in as so much as to roll over the Home Equity Line of Credit ("HELOC") into a fixed rate amortized loan with Members 1st Federal Credit Union. The Debtors' current HELOC with Members 1st Federal Credit Union matures on September 20, 2026.

{00746452/1}

## RELIEF REQUESTED

6. Members 1st Federal Credit Union has made it clear that it will not renew the HELOC on an interest only basis, but will rewrite the loan into a loan with a twenty (20) year amortization.

7. The new fixed rate, fixed term loan will be for the balance of the HELOC of One Hundred Thousand Three Hundred Thirty Seven dollars and sixty cents ($100,337.60).

8. The term of the new loan will be twenty (20) years.

9. The monthly payment of the new loan will be $761.76, having an interest rate of 6.75%. The Debtors believe they will be able to afford this monthly payment.

WHEREFORE, the Debtors request that this Honorable Court enter an Order granting them the authority to incur debt in the form of a roll over mortgage as their current HELOC matures on September 20, 2026.

Respectfully submitted

/s/Lawrence V. Young, Esquire
Lawrence V. Young, Esquire
Sup. Ct. I.D. No. 21009
135 North George Street
York, PA 17401
(717) 848-4900
Counsel for Debtors