IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ALAN KIM PATRONO<br>JANE H. PATRONO<br>Debtors | Chapter 11<br><br>Case No. 1:25-bk-02214-HWV |

ORDER APPROVING DEBTORS' MOTION
TO INCUR DEBT PURSUANT TO 11 U.S.C. §364

UPON CONSIDERATION of the Motion filed by the Debtors seeking to Incur Debt pursuant to 11 U.S.C. §364, it is hereby

ORDERED THAT the Debtors are hereby authorized to incur debt to roll over current HELOC to a fixed rate amortized loan with Members 1st Federal Credit Union.

{00783839/1}